IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827 (SLR) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiff LVL Patent Group, LLC and defendant Sprint Spectrum L.P. ("Sprint"), subject to the approval of the Court, that the time for Sprint to move, answer or otherwise respond to the Complaint is hereby extended through and including November 30, 2011.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Karen Jacobs Louden |
| _____ | _____ |
| Richard D. Kirk (#922) | Karen Jacobs Louden (#2881) |
| Stephen B. Brauerman (#4952) | 1201 N. Market Street |
| 222 Delaware Avenue, Ste. 900 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| *Attorneys for Plaintiff* | *Attorneys for defendant Sprint Spectrum L.P.* |

SO ORDERED this _____ day of _____, 2011.

_____
J.

4549223.1