IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827 (SLR) |
| | ) |
| CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED by and between Plaintiff LVL Patent Group, LLC and Defendant Motorola Mobility, Inc. ("Motorola"), subject to the approval of the Court, that the time for Motorola to move, answer or otherwise respond to the Complaint is hereby extended through and including November 30, 2011.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Karen Jacobs Louden* |
| Richard D. Kirk (#922) <br> Stephen B. Brauerman (#4952) <br> 222 Delaware Avenue <br> Suite 900 <br> Wilmington, DE  19801 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com | Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> klouden@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Motorola Mobility, Inc.* |

SO ORDERED this _____ day of October 2011.

_____
J.