IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:11-cv-00827-SLR ) |
| CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**

Plaintiff LVL Patent Group, LLC and Defendant TracFone Wireless, Inc. ("TracFone") hereby stipulate, subject to the approval of the Court, that the time for the TracFone to answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including November 30, 2011.

Dated:  October 19, 2011

| | |
|---|---|
|   */s/ Stephen B. Brauerman*   |   */s/ Kenneth L. Dorsney*   |
| Richard D. Kirk (#922) | Kenneth L. Dorsney (#3726) |
| Stephen B. Brauerman (#4952) | Mary B. Matterer (#2696) |
| BAYARD, P.A. | MORRIS JAMES LLP |
| 222 Delaware Avenue, Suite 900 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| rkirk@bayardlaw.com | (302) 888-6800 |
| Brauerman@bayardlaw.com | kdorsney@morrisjames.com |
| | mmatterer@morrisjames.com |
| *Attorneys for Plaintiffs* | |
| *LVL Patent Group, LLC.* | *Attorneys for Defendant* |
| | *TracFone Wireless, Inc.* |

      **IT IS SO ORDERED** this \_\_\_\_ day of _____, 2011.

_____
United States District Court Judge