# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION,<br><br>   Defendants. | C.A. No. 11-827-SLR |

## STIPULATION TO EXTEND TIME

  IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff LVL Patent Group, LLC and Defendant Casio America, Inc. ("Casio"), subject to the approval of the Court, that Casio's time to move, answer, or otherwise respond to the Complaint in this action shall be extended to November 30, 2011.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Richard L. Horwitz* |
| Richard D. Kirk (#922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman (#4952) | David E. Moore (#3983) |
| 222 Delaware Avenue, Suite 900 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 429-4232 | (302) 984-6000 |
| rkirk@bayardlaw.com | rhorwitz@potteranderson.com |
| sbrauerman@bayardlaw.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiff LVL Patent Group, LLC* | *Attorneys for Defendant Casio America, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2011.

                                                        United States District Judge

1031890 / 37380