## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827-SLR |
| | ) |
| CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff

LVL Patent Group, LLC and Defendant Apple, Inc. ("Apple"), subject to the approval of the

Court, that Apple's time to move, answer, or otherwise respond to the Complaint in this action

shall be extended to December 7, 2011.

BAYARD, P.A.                                POTTER ANDERSON & CORROON LLP


/s/ Stephen B. Brauerman                    /s/ Richard L. Horwitz
Richard D. Kirk (#922)                      Richard L. Horwitz (#2246)
Stephen B. Brauerman (#4952)                David E. Moore (#3983)
222 Delaware Avenue, Suite 900              1313 N. Market Street
Wilmington, DE 19899                        Wilmington, DE 19801
(302) 429-4232                              (302) 984-6000
rkirk@bayardlaw.com                         rhorwitz@potteranderson.com
sbrauerman@bayardlaw.com                    dmoore@potteranderson.com

*Attorneys for Plaintiff LVL Patent Group, LLC*   *Attorneys for Defendant Apple, Inc.*


IT IS SO ORDERED this _____ day of _____, 2011.


_____
United States District Judge


1031893/38428

2