# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 11-827-SLR |
| CELLCO PARTNERSHIP, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LVL Patent Group, LLC and Defendant Nokia Inc. ("Nokia"), through their undersigned counsel and subject to the approval of the Court, that the time for Nokia to move, answer, or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including November 30, 2011.

_/s/Richard D. Kirk_  
Richard D. Kirk  
rkirk@bayardlaw.com  
Stephen B. Brauerman  
sbrauerman@bayardlaw.com  
Bayard, P.A.  
222 Delaware Avenue - Suite 900  
Wilmington, DE  19899  
(302) 429-4232  
*Attorneys for Plaintiff LVL Patent Group, LLC*

_/s/Jeffrey L. Moyer_  
Jeffrey L. Moyer  
moyer@rlf.com  
Richards, Layton & Finger, P.A.  
920 N. King Street  
One Rodney Square  
Wilmington, DE  19801  
(302) 651-7700  

*Attorneys for Defendant Nokia Inc.*

IT IS SO ORDERED this ___ day of October, 2011.

_____  
United States District Judge