**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-827-SLR |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP; AT&T | ) | |
| MOBILITY, LLC; SPRINT SPECTRUM L.P.; | ) | |
| T-MOBILE USA, INC.; CRICKET | ) | |
| COMMUNICATIONS, INC.; LEAP | ) | |
| WIRELESS INTERNATIONAL, INC.; | ) | |
| VIRGIN MOBILE USA, L.P.; UNITED | ) | |
| STATES CELLULAR CORPORATION; | ) | |
| METROPCS WIRELESS, INC.; TRACFONE | ) | |
| WIRELESS, INC.; BOOST MOBILE, LLC; | ) | |
| APPLE, INC.; RESEARCH IN MOTION | ) | |
| CORPORATION; NOKIA INC.; SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, | ) | |
| INC.; MOTOROLA MOBILITY, INC.; HTC | ) | |
| AMERICA, INC.; SHARP ELECTRONICS | ) | |
| CORPORATION; PANTECH WIRELESS, | ) | |
| INC.; LG ELECTRONICS MOBILECOMM | ) | |
| U.S.A., INC.; HEWLETT-PACKARD | ) | |
| COMPANY; SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS (USA), INC.; CASIO | ) | |
| AMERICA, INC.; FUTUREWEI | ) | |
| TECHNOLOGIES, INC. DBA HUAWEI; | ) | |
| ZTE (USA) INC.; KYOCERA WIRELESS | ) | |
| CORP.; AND SANYO NORTH AMERICA | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR**
**DEFENDANT PANTECH WIRELESS, INC. TO RESPOND TO COMPLAINT**

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the

deadline for defendant Pantech Wireless, Inc. ("Defendant") to answer, move or otherwise

respond to the Complaint filed in this matter until November 30, 2011.  The grounds for this

motion are that Defendant requested, and Plaintiff has agreed, to extend the deadline to answer,

move, or otherwise respond to the Complaint, as set forth above, while Defendant selects counsel

and investigates Plaintiff's claims.  Defendant consents to the filing of this motion.

October 21, 2011                                   BAYARD, P.A.

OF COUNSEL:                                        /s/ *Stephen B. Brauerman*

Marc A. Fenster                                    Richard D. Kirk (rk0922)
Russ, August & Kabat                               Stephen B. Brauerman (sb4952)
12424 Wilshire Boulevard, Twelfth Floor            222 Delaware Avenue, Suite 900
Los Angeles, CA  90025-1031                        Wilmington, DE  19801
(310) 826-7474                                     (302) 655-5000
mfenster@raklaw.com                                rkirk@bayardlaw.com
                                                   sbrauerman@bayardlaw.com

                                                   *Attorneys for Plaintiff,*
                                                   *LVL Patent Group, LLC*


         **IT IS  SO ORDERED** this _____ day of October, 2011.


                          _____
                          The Honorable Sue L. Robinson
                          United States District Judge