# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827-SLR |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant United States Cellular Corporation shall move, answer or otherwise respond to the complaint in the above-captioned action is extended to and including November 30, 2011.

| | |
|---|---|
| /s/ Stephen B. Brauerman | Steven J. Fineman |
| Richard D. Kirk (#0922) | Steven J. Fineman(#4025) |
| rkirk@bayardlaw.com | fineman@rlf.com |
| Stephen B. Brauerman (#4952) | Richards, Layton & Finger, P.A. |
| sbrauerman@bayardlaw.com | 920 N. King Street |
| Bayard, P.A. | One Rodney Square |
| 222 Delaware Avenue - Suite 900 | Wilmington, DE   19801 |
| Wilmington, DE   19899 | (302) 651-7700 |
| (302) 655-5000 | |
| *Attorneys for Plaintiff LVL Patent Group, LLC* | *Attorneys for Defendant United States Cellular Corporation* |

IT IS SO ORDERED this ___ day of October, 2011.

_____
United States District Judge