**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827-SLR |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Research in Motion Corporation shall move, answer or otherwise respond to the Complaint in the above-captioned action is extended to and including November 30, 2011.

Dated:  October 24, 2011

| BAYARD, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Kevin F. Brady* |
| Richard D. Kirk (#0922) | Kevin F. Brady (#2248) |
| rkirk@bayardlaw.com | kbrady@cblh.com |
| Stephen B. Brauerman (#4952) | The Nemours Building |
| sbrauerman@bayardlaw.com | 1007 N. Orange Street |
| 222 Delaware Avenue, Suite 900 | P. O. Box 2207 |
| P. O. Box 25130 | Wilmington, DE  19899 |
| Wilmington, DE  19899 | 302-658-9141 |
| 302-655-5000 | *Attorneys for Defendant Research in Motion Corporation* |
| *Attorneys for Plaintiff LVL Patent Group, LLC* | |

IT IS SO ORDERED this _____ day of October, 2011.

_____
U.S.D.J.