# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION,<br><br>　　　　　Defendants. | Civil Action No.  11-827-SLR |

sd-572189

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff LVL Patent Group, LLC and defendant Kyocera Wireless Corp. hereby stipulate and agree, subject to the approval of the Court, that the time for Kyocera Wireless Corp. to answer, move, or otherwise respond to the Complaint shall be extended through and including November 30, 2011.

Dated: October 24, 2011   BAYARD, P.A.

/s/ Stephen B. Brauerman

Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
302.655.5000

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
mfenster@raklaw.com
310.826.7474

*Attorneys for Plaintiff LVL Patent Group, LLC*

Dated: October 24, 2011   YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
jshaw@ycst.com
(302) 571-6600

1

sd-572189

       David C. Doyle
       M. Andrew Woodmansee
       Mary Prendergast
       MORRISON & FOERSTER LLP
       12531 High Bluff Drive, Suite 100
       San Diego, California  92130-2040

    *Attorneys for Defendant Kyocera Wireless Corp.*

So ordered this _____ day of _____, 2011,

_____
United States District Judge

sd-572189