# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-827-SLR |
| ) | |
| CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; ) | |
| SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; ) | |
| CRICKET COMMUNICATIONS, INC.; LEAP ) | |
| WIRELESS INTERNATIONAL, INC.; VIRGIN ) | |
| MOBILE USA, L.P.; UNITED STATES CELLULAR ) | |
| CORPORATION; METROPCS WIRELESS, INC.; ) | |
| TRACFONE WIRELESS, INC.; BOOST MOBILE, ) | |
| LLC; APPLE, INC.; RESEARCH IN MOTION ) | |
| CORPORATION; NOKIA INC.; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, INC.; ) | |
| MOTOROLA MOBILITY, INC.; HTC AMERICA, ) | |
| INC.; SHARP ELECTRONICS CORPORATION; ) | |
| PANTECH WIRELESS, INC.; LG ELECTRONICS ) | |
| MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD ) | |
| COMPANY; SONY ERICSSON MOBILE ) | |
| COMMUNICATIONS (USA), INC.; CASIO ) | |
| AMERICA, INC.; FUTUREWEI TECHNOLOGIES, ) | |
| INC. D/B/A HUAWEI; ZTE (USA) INC.; KYOCERA ) | |
| WIRELESS CORP.; and SANYO NORTH AMERICA ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LVL Patent Group, LLC and Defendants Cricket Communications, Inc. and Leap Wireless International, Inc., through their undersigned counsel and subject to the approval of the Court, that the time for Cricket Communications, Inc. and Leap Wireless International, Inc. to move, answer, or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including November 30, 2011.

RLF1 5519280v. 1

| | |
|---|---|
| /s/ Stephen B. Brauerman | /s/ Kelly E. Farnan |
| Richard D. Kirk (#922) | Kelly E. Farnan (#4395) |
| rkirk@bayardlaw.com | Farnan@rlf.com |
| Stephen B. Brauerman (#4952) | Richards, Layton & Finger, P.A. |
| sbrauerman@bayardlaw.com | 920 N. King Street |
| Bayard, P.A. | One Rodney Square |
| 222 Delaware Avenue - Suite 900 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 651-7700 |
| (302) 429-4232 | |
| *Attorneys for Plaintiff LVL Patent Group, LLC* | *Attorneys for Defendants Cricket Communications, Inc. and Leap Wireless International, Inc.* |

IT IS SO ORDERED this ___ day of October, 2011.

_____
United States District Judge