## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-827-SLR |
| CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael A. Dorfman of Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, IL 60661 to represent Defendant SANYO North America Corporation in this action.

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: October 28, 2011
1032241/37366

*Attorneys for Defendant SANYO North America Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

IT IS SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court

- ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 28, 2011              Signed:*/s/ Michael A. Dorfman*
                                    Michael A. Dorfman
                                    Katten Muchin Rosenman LLP
                                    525 W. Monroe Street
                                    Chicago, IL 60661
                                    Tel: (312) 902-5574
                                    michael.dorfman@kattenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 28, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 28, 2011, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
mfenster@raklaw.com
*Attorneys for Plaintiff*

Collins J. Seitz, Jr.
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Motorola Mobility Inc. and Sprint Spectrum L.P.*

Jeffrey L. Moyer
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
*Attorneys for Defendant Nokia Inc.*

Michael A. Dorfman
Timothy J. Vezeau
Dennis C. Lee
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
michael.dorfman@kattenlaw.com
timothy.vezeau@kattenlaw.com
dennis.lee@kattenlaw.com
*Attorneys for Defendant Sanyo North America Corporation*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com
*Attorneys for Defendant United States Cellular Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
kdorsney@morrisjames.com
*Attorneys for Defendant TracFone Wireless Inc.*

By:    */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       POTTER ANDERSON & CORROON LLP
       Tel: (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

1031885 / 37380 / 37366