IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 11-827 (SLR) ) |
| CELLCO PARTNERSHIP, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiff LVL Patent Group, LLC and defendant Futurewei Technologies, Inc. d/b/a Huawei ("Huawei"), subject to the approval of the Court, that the time for Huawei to move, answer or otherwise respond to the Complaint is hereby extended through and including November 30, 2011.

BAYARD, P.A.                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen B. Brauerman*                    */s/ Karen Jacobs Louden*

Richard D. Kirk (#922)                        Karen Jacobs Louden (#2881)
Stephen B. Brauerman (#4952)                  1201 N. Market Street
222 Delaware Avenue, Ste. 900                 P.O. Box 1347
Wilmington, DE 19801                          Wilmington, DE 19899
(302) 655-5000                                (302) 658-9200
*Attorneys for Plaintiff*                     *Attorneys for defendant Futurewei Technologies, Inc. d/b/a/ Huawei*

SO ORDERED this _____ day of _____, 2011.

_____
J.

4576152.1