IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-00827-SLR |
| ) | |
| CELLCO PARTNERSHIP, et al ) | |
| , ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Cecil S. Chung, Wayne M. Helge and Alan A. Wright of the law firm of H. C. Park & Associates, PLC to represent Defendant Pantech Wireless Inc. in this matter.

Dated: November 2, 2011         */s/ Richard K. Herrmann*
                                 Richard K. Herrmann (I.D. #405)
                                 Mary B. Matterer (I.D. #2696)
                                 MORRIS JAMES LLP
                                 500 Delaware Avenue, Suite 1500
                                 Wilmington, DE 19801
                                 (302) 888-6800
                                 rherrmann@morrisjames.com

                                 *Attorneys for Defendant Pantech Wireless Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____           _____

                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: October 27, 2011         Signed: _____
                                       Cecil S. Chung
                                       H. C. Park & Associates, PLC
                                       850 Leesburg Pike, Suite 7500
                                       Vienna, VA  22182
                                       (703) 288-5105
                                       cchung@park-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: October 28, 2011

Signed: /s/ Wayne M. Helge
Wayne M. Helge
H. C. Park & Associates, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA 22182
(703) 288-5105
whelge@park-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the District of Columbia and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: October 28, 2011        Signed: _____
                              Alan A. Wright
                              H. C. Park & Associates, PLC
                              850 Leesburg Pike, Suite 7500
                              Vienna, VA  22182
                              (703) 288-5105
                              awright@park-law.com