**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION,<br><br>        Defendants. | C.A. No. 11-827-SLR |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT LG ELECTRONICS
MOBILECOMM U.S.A., INC. TO RESPOND TO COMPLAINT**

Plaintiff LVL Patent Group, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant LG Electronics Mobilecomm U.S.A., Inc. ("Defendant") to answer, move or otherwise respond to the Complaint filed in this matter until November 30, 2011. The grounds for this motion are that Defendant requested, and Plaintiff has agreed, to extend the

deadline to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendant selects counsel and investigates Plaintiff's claims. Defendant consents to the filing of this motion.

| | |
|---|---|
| November 3, 2011 | BAYARD, P.A. |
| | |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Russ, August & Kabat | 222 Delaware Avenue, Suite 900 |
| 12424 Wilshire Boulevard, Twelfth Floor | Wilmington, DE  19801 |
| Los Angeles, CA  90025-1031 | (302) 655-5000 |
| (310) 826-7474 | rkirk@bayardlaw.com |
| mfenster@raklaw.com | sbrauerman@bayardlaw.com |
| | |
| | *Attorneys for Plaintiff,* |
| | *LVL Patent Group, LLC* |

**IT IS  SO ORDERED** this _____ day of November, 2011.

_____
The Honorable Sue L. Robinson
United States District Judge