IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>CELLCO PARTNERSHIP, et al.<br><br>    Defendants. | C. A. No. 11-827-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following counsel to represent Defendant Samsung Telecommunications America, Inc. in this matter:

> Cono Carrano, Esquire [ccarrano@akingump.com]
> Jin-Suk Park, Esquire [jspark@akingump.com]
> Amanda R. Johnson, Esquire [arjohnson@akingump.com]
> AKIN GUMP STRAUSS HAUER & FELD, LLP
> 1333 New Hampshire Avenue, NW
> Washington, DC  20036
>
> Kellie Johnson, Esquire [kmjohnson@akingump.com]
> AKIN GUMP STRAUSS HAUER & FELD, LLP
> 1700 Pacific Avenue
> Suite 4100
> Dallas, TX  75201

In accordance with the Court's Standing Order for District Court Fund effective July 23, 2009, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        */s/ Adam W. Poff*
        Adam W. Poff (#3990)
        Pilar G. Kraman (#5199)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE  19801
        (302) 571-6600
        *apoff@ycst.com*
        *pkraman@ycst.com*

        *Attorneys For Defendant*
        *SAMSUNG TELECOMMUNICATIONS*
        *AMERICA, INC.*

Dated: November 7, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Cono Carrano, Esquire, Jin-Suk Park, Esquire, Amanda R. Johnson, Esquire and Kellie Johnson, Esquire is GRANTED.

Date: _____ \_\_\_\_\_, 2011

        _____
        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE FOR CONO CARRANO

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York (2622116) and District of Columbia (445995), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 3, 2011

Cono Carrano
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Direct: 202-887-4000
Fax: 202-887-4288
ccarrano@akingump.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE FOR JIN-SUK PARK

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York (4030565), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 3, 2011

Jin-Suk Park
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Direct: 202-887-4000
Fax: 202-887-4288
jspark@akingump.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE FOR AMANDA R. JOHNSON

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Virginia (68278), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 3, 2011

Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Direct: 202-887-4000
Fax: 202-887-4288
arjohnson@akingump.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE FOR KELLIE JOHNSON

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Texas (240700003), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 3, 2011

_____
Kellie Johnson
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
Direct: 214-969-2800
Fax: 214-969-4343
kmjohnson@akingump.com

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on November 7, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> Bayard, P.A.
> 222 Delaware Avenue
> Suite 900
> Wilmington, DE 19899-5130
> *rkirk@bayardlaw.com*
>
> *Attorneys for Plaintiff*
>
> Collins J. Seitz, Jr., Esquire
> Seitz Ross Aronstam & Moritz LLP
> 100 S. West Street, Suite 400
> Wilmington, DE 19801
> *cseitz@seitzross.com*
>
> *Attorneys for Defendant Cellco Partnership*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> *rhorwitz@potteranderson.com*
> *dmoore@potteranderson.com*
>
> *Attorneys for Defendants Apple Inc.,*
> *Casio America Inc. and Sanyo North America Corp.*

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*jday@ashby-geddes.com*

*Attorneys for Defendant AT&T Mobility LLC*

Steven J. Fineman, Esquire
Kelley E. Farnan, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*fineman@rlf.com*

*Attorneys for Defendant U.S. Cellular Corporation*

Kelley E. Farnan, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*farnan@rlf.com*

*Attorneys for Defendants Cricket Communications Inc.*
*and Leap Wireless International Inc.*

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*
*klouden@mnat.com*

*Attorneys for Defendant Motorola Mobility Inc.,*
*Spring Spectrum L.P. and Futurewei Technologies Inc.*

2

Mary B. Graham, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*mgraham@mnat.com*

*Attorneys for Defendant*
*Sony Ericsson Mobile Communications (USA) Inc.*

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*moyer@rlf.com*

*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*rherrmann@morrisjames.com*

*Attorneys for Defendant Pantech Wireless Inc.*

Kenneth L. Dorsney, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*kdorsney@morrisjames.com*

*Attorneys for Defendant TracFone Wireless Inc.*

Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
*kbrady@cblh.com*

*Attorneys for Defendant Research in Motion Corp.*

John W. Shaw, Esquire
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*

*Attorneys for Defendant Kyocera Wireless Corp.*

I further certify that on November 7, 2011, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ *Adam W. Poff*
                                    Adam W. Poff (No. 3990)
                                    Pilar G. Kraman (No. 5199)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19899
                                    (302) 571-6600
                                    *apoff@ycst.com*
                                    *pkraman@ycst.com*

                                    *Attorneys for Defendant*
                                    *Samsung Telecommunications America, Inc.*