IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827 (SLR) |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiff LVL Patent Group, LLC and defendant Boost Mobile, LLC ("Boost Mobile"), subject to the approval of the Court, that the time for Boost Mobile to answer, move or otherwise respond to the Complaint is hereby extended through and including November 30, 2011.

BAYARD, P.A.

/s/ Stephen B. Brauerman
_____
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Ste. 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
*Attorneys for defendant Boost Mobile, LLC*

SO ORDERED this _____ day of _____, 2011.

_____
J.

4585536.1