IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-827-SLR ) |
| CELLCO PARTNERSHIP, et al., | ) ) ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant AT&T Mobility, LLC shall answer, move, or otherwise plead in response to the Complaint is extended through and including November 30, 2011.

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Richard D. Kirk* | */s/ John G. Day* |
| Richard D. Kirk (I.D. #922) | John G. Day (I.D. #2403) |
| Stephen B. Brauerman (I.D. #4952) | Tiffany Geyer Lydon (I.D. #3950) |
| 222 Delaware Avenue | Andrew C. Mayo (I.D. #5207) |
| Suite 900 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 654-1888 |
| sbrauerman@bayardlaw.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff* | amayo@ashby-geddes.com |
| | *Attorneys for Defendant AT&T Mobility, LLC* |

SO ORDERED, this _____ day of November, 2011

_____
United States District Judge

{00572768;v1}