IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION,<br><br>        Defendants. | C.A. No. 11-827-SLR |

**SECOND UNOPPOSED MOTION TO EXTEND TIME FOR SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. TO RESPOND TO COMPLAINT**

Defendant Samsung Telecommunications America, LLC ("STA")[1] respectfully moves

this Court to extend the deadline for defendant STA to answer, move or otherwise respond to the

---

[1] LVL's Complaint names Samsung Telecommunications America, Inc. as defendant. Samsung Telecommunications America, Inc., however, is not an existing entity. It appears that LVL intended to name STA. Therefore, while it appears that LVL improperly named Samsung

Complaint filed in this matter until November 30, 2011. On October 18, 2011, this Court granted Plaintiff LVL Patent Group, LLC's ("LVL") first motion to extend time for STA to answer, move or otherwise respond to the Complaint to November 23, 2011.

The grounds for this motion are that STA has requested, and Plaintiff LVL has agreed to, an additional seven day extension to November 30, 2011 to answer, move, or otherwise respond to the Complaint, as set forth above, while Defendant investigates Plaintiff's claims. LVL consents to the filing of this motion.

Dated: November 8, 2011

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

ATTORNEYS FOR DEFENDANT
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

IT IS SO ORDERED this _____ day of November, 2011.

_____
The Honorable Sue L. Robinson
United States District Judge

---

Telecommunications America, Inc. as a defendant, in an abundance of caution, STA files this extension for all/any Samsung named defendants.

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on November 8, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> Bayard, P.A.
> 222 Delaware Avenue
> Suite 900
> Wilmington, DE 19899-5130
> *rkirk@bayardlaw.com*
>
> *Attorneys for Plaintiff*
>
> Collins J. Seitz, Jr., Esquire
> Seitz Ross Aronstam & Moritz LLP
> 100 S. West Street, Suite 400
> Wilmington, DE 19801
> *cseitz@seitzross.com*
>
> *Attorneys for Defendant Cellco Partnership*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> *rhorwitz@potteranderson.com*
> *dmoore@potteranderson.com*
>
> *Attorneys for Defendants Apple Inc.,*
> *Casio America Inc. and Sanyo North America Corp.*

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*jday@ashby-geddes.com*

 *Attorneys for Defendant AT&T Mobility LLC*

Steven J. Fineman, Esquire
Kelley E. Farnan, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*fineman@rlf.com*

*Attorneys for Defendant U.S. Cellular Corporation*

Kelley E. Farnan, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*farnan@rlf.com*

*Attorneys for Defendants Cricket Communications Inc.*
*and Leap Wireless International Inc.*

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*
*klouden@mnat.com*

*Attorneys for Defendant Motorola Mobility Inc.,*
*Spring Spectrum L.P. and Futurewei Technologies Inc.*

2

Mary B. Graham, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*mgraham@mnat.com*

*Attorneys for Defendant*
*Sony Ericsson Mobile Communications (USA) Inc.*


Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*moyer@rlf.com*

*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*rherrmann@morrisjames.com*

*Attorneys for Defendant Pantech Wireless Inc.*

Kenneth L. Dorsney, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*kdorsney@morrisjames.com*

*Attorneys for Defendant TracFone Wireless Inc.*

Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
*kbrady@cblh.com*

*Attorneys for Defendant Research in Motion Corp.*

John W. Shaw, Esquire
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*

*Attorneys for Defendant Kyocera Wireless Corp.*

Denise Seastone Kraft, Esquire
Aleine M. Porterfield, Esquire
DLA Piper LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
*denise.kraft@dlapiper.com*
*aleine.porterfield@dlapiper.com*

*Attorneys for Sharp Electronics Corporation*

I further certify that on November 8, 2011**,** I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
*apoff@ycst.com*
*pkraman@ycst.com*