IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-827 (SLR) |
| CELLCO PARTNERSHIP, et al., | ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Yar R. Chaikovsky of MCDERMOTT WILL & EMERY LLP, 275 Middlefield Road, Suite 100, Menlo Park, CA 94025 to represent defendants Futurewei Technologies Inc. d/b/a Huawei and HTC America Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

---

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Defendants Futurewei*
  *Technologies Inc. d/b/a Huawei and HTC*
  *America Inc.*

November 9, 2011

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Yar R. Chaikovsky is granted.

Dated: _____          _____
                                                                                    United States District Judge

4589602

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 11/8/11

Yar R. Chaikovsky
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
(650) 815-7400

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011 I electronically filed the foregoing document, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on November 9, 2011 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue, Ste. 900<br>Wilmington, DE 19891<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster<br>Bruce K. Kuyper<br>Fredericka Ung<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Flr.<br>Los Angeles, CA 90025-1031 | *VIA ELECTRONIC MAIL* |
| Collins J. Seitz, Jr.<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Ste. 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>*Attorneys for Cellco Partnership* | *VIA ELECTRONIC MAIL* |
| Michael K. Kellogg<br>Evan T. Leo<br>Wan J. Kim<br>KELLOGG, HUBER, HANSEN, TODD,<br>EVANS, & FIGEL PLLC<br>1615 M Street, N.W., Ste 400<br>Washington, DC 20036 | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| John G. Day<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for AT&T Mobility LLC* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Motorola Mobility, Inc.* | *VIA ELECTRONIC MAIL* |
| Jonathan E. Retsky<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>*Attorneys for Motorola Mobility, Inc.* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Sony Ericsson Mobile Communications (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Justin E. Pierce<br>Jeffri A. Kaminski<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004<br>*Attorneys for Sony Ericsson Mobile Communications (USA), Inc.* | *VIA ELECTRONIC MAIL* |

Richard L. Horwitz                                          *VIA ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
*Attorneys for Apple, Casio America, Inc. Sanyo*
*North America Corporation*

Scott D. Stimpson                                           *VIA ELECTRONIC MAIL*
David C. Lee
Katherine M. Lieg
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Casio America, Inc.*

Michael A. Dorfman                                          *VIA ELECTRONIC MAIL*
Timothy J. Vezeau
Dennis C. Lee
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Sanyo North America*
*Corporation*

Karen Jacobs Louden                                         *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Sprint Spectrum L.P.*

Steven J. Fineman                                           *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE 19801
*Attorneys for United States Cellular*
*Corporation*

| | |
|---|---|
| Kenneth L. Dorsney<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Ste. 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>*Attorneys for TracFone Wireless Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey L Moyer<br>RICHARDS, LAYTON & FINGER, PA<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Nokia Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan<br>RICHARDS, LAYTON & FINGER, PA<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Cricket Communications Inc. and Leap Wireless International Inc.* | *VIA ELECTRONIC MAIL* |
| Kevin F. Brady<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Research In Motion* | *VIA ELECTRONIC MAIL* |
| John W. Shaw<br>Shaw LLC<br>800 Delaware Avenue, 4th Floor<br>P.O. Box 1948<br>Wilmington, DE 19899<br>*Attorneys for Kyocera Wireless Corp.* | *VIA ELECTRONIC MAIL* |
| Richard K. Herrmann<br>Mary B. Matterer<br>MORRIS JAMES LLP<br>500 Delaware Ave., Ste. 1500<br>*Attorneys for Pantech Wireless* | *VIA ELECTRONIC MAIL* |

Cecil Chung  
Wayne Helge  
Alan A. Wright  
H.S. PARK & ASSOCIATES, PLC  
850 Leesburg Pike, Ste. 7500  
Vienna, VA 22182

*VIA ELECTRONIC MAIL*

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)