IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827 (SLR) |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John A. Lee and Cary Chien of MCDERMOTT WILL & EMERY LLP, 275 Middlefield Road, Suite 100, Menlo Park, CA 94025 to represent defendant Futurewei Technologies Inc. d/b/a Huawei in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Defendant Futurewei
Technologies Inc. d/b/a Huawei*

November 9, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

John A. Lee, and Cary Chien is granted.


Dated: _____      _____

United States District Judge

4580221

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: **November 4, 2011**

John A. Lee
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
jlee@mwe.com
(650) 815-7400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 11/8/11

Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
cchien@mwe.com
(650) 815-7400

4580221

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011 I electronically filed the foregoing document, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on November 9, 2011 upon the following in the manner indicated:

Richard D. Kirk                                   *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Ste. 900
Wilmington, DE  19891
*Attorneys for Plaintiff*

Marc A. Fenster                                   *VIA ELECTRONIC MAIL*
Bruce K. Kuyper
Fredericka Ung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Flr.
Los Angeles, CA  90025-1031

Collins J. Seitz, Jr.                             *VIA ELECTRONIC MAIL*
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Ste. 400
Wilmington, DE  19801
(302) 576-1600
*Attorneys for Cellco Partnership*

Michael K. Kellogg                                *VIA ELECTRONIC MAIL*
Evan T. Leo
Wan J. Kim
KELLOGG, HUBER, HANSEN, TODD,
EVANS, & FIGEL PLLC
1615 M Street, N.W., Stel 400
Washington, DC  20036

John G. Day                                          *VIA ELECTRONIC MAIL*
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for AT&T Mobility LLC*

Jack B. Blumenfeld                                   *VIA ELECTRONIC MAIL*
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Motorola Mobility, Inc.*

Jonathan E. Retsky                                   *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Motorola Mobility, Inc.*

Mary B. Graham                                       *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Sony Ericsson Mobile
Communications (USA) Inc.*

Justin E. Pierce                                     *VIA ELECTRONIC MAIL*
Jeffri A. Kaminski
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004
*Attorneys for Sony Ericsson Mobile
Communications (USA), Inc.*

Richard L. Horwitz                                    *VIA ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
*Attorneys for Apple, Casio America, Inc. Sanyo*
*North America Corporation*

Scott D. Stimpson                                     *VIA ELECTRONIC MAIL*
David C. Lee
Katherine M. Lieg
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Casio America, Inc.*

Michael A. Dorfman                                    *VIA ELECTRONIC MAIL*
Timothy J. Vezeau
Dennis C. Lee
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Sanyo North America*
*Corporation*

Karen Jacobs Louden                                   *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Sprint Spectrum L.P.*

Steven J. Fineman                                     *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE 19801
*Attorneys for United States Cellular*
*Corporation*

Kenneth L. Dorsney                                    *VIA ELECTRONIC MAIL*
MORRIS JAMESLLP
500 Delaware Avenue, Ste. 1500
P.O. Box 2306
Wilmington, DE  19899
*Attorneys for TracFone Wireless Inc.*

Jeffrey L Moyer                                       *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE 19801
*Attorneys for Nokia Inc.*

Kelly E. Farnan                                       *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for Cricket Communications Inc. and*
*Leap Wireless International Inc.*

Kevin F. Brady                                        *VIA ELECTRONIC MAIL*
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Research In Motion*

John W. Shaw                                          *VIA ELECTRONIC MAIL*
Shaw LLC
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp.*

Richard K. Herrmann                                   *VIA ELECTRONIC MAIL*
Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
*Attorneys for Pantech Wireless*

Cecil Chung                                              *VIA ELECTRONIC MAIL*
Wayne Helge
Alan A. Wright
H.S. PARK & ASSOCIATES, PLC
850 Leesburg Pike, Ste. 7500
Vienna, VA  22182


                                              */s/ Karen Jacobs Louden*

                                              _____
                                              Karen Jacobs Louden (#2881)

- 10 -