# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-827-SLR |
| ) | |
| CELLCO PARTNERSHIP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Harrison J. Frahn IV, Jason M. Bussey, and Jeffrey E. Danley of Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, California 94304 to represent Defendant Apple Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 10, 2011
103428/38428

*Defendant Apple Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: November 10, 2011                       Signed: */s/ Harrison J. Frahn*
                                                                     Harrison J. Frahn IV
                                                                       Simpson Thacher & Bartlett LLP
                                                                       2550 Hanover Street,
                                                                       Palo Alto, California 94304
                                                                       Telephone: (650) 251-5065
                                                                       hfrahn@stblaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: November 10, 2011                    Signed: */s/ Jason M. Bussey*
                                                                    Jason M. Bussey
                                                                    Simpson Thacher & Bartlett LLP
                                                                    2550 Hanover Street,
                                                                    Palo Alto, California 94304
                                                                    Telephone: (650) 251-5272
                                                                    jbussey@stblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 10, 2011  Signed: */s/ Jeffrey E. Danley*
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street,
Palo Alto, California 94304
Telephone: (650) 251-5072
jdanley@stblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on November 10, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 10, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff* | Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Russ, August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>mfenster@raklaw.com<br>*Attorneys for Plaintiff* |
| Scott D. Stimpson<br>David C. Lee<br>Katherine M. Lieb<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10020<br>sstimpson@sillscummis.com<br>dlee@sillscummis.com<br>klieb@sillscummis.com<br>*Attorneys for Defendant Casio America Inc.* | Collins J. Seitz, Jr.<br>David E. Ross<br>Seitz Ross Aronstam & Moritz LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>cseitz@seitzross.com<br>dross@seitzross.com<br>*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless* |

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Motorola Mobility Inc. and Sprint Spectrum L.P.*

Jeffrey L. Moyer
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Cecil S. Chung
Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA 22182
cchung@park-law.com
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Samsung
Telecommunications America Inc.*

Kellie Johnson
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 752021
kmjohnson@akingump.com
*Attorneys for Defendant Samsung
Telecommunications America Inc.*

Denise S. Kraft
Aleine Porterfield
919 North Market St., Suite 1500
Wilmington, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Sharp Electronics
Corporation*

Kevin F. Brady
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
kbrady@cblh.com
*Attorneys for Defendant Research in Motion
Corporation*

Cono Carrano
Jin-Suk Park
Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
*Attorneys for Defendant Samsung
Telecommunications America Inc.*

Michael A. Dorfman
Timothy J. Vezeau
Dennis C. Lee
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
michael.dorfman@kattenlaw.com
timothy.vezeau@kattenlaw.com
dennis.lee@kattenlaw.com
*Attorneys for Defendant Sanyo North America
Corporation*

Christopher P. Broderick
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Christopher.broderick@dlapiper.com
*Attorneys for Defendant Sharp Electronics
Corporation*

3

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
kdorsney@morrisjames.com
*Attorneys for Defendant TracFone Wireless Inc.*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

By: /s/ *Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

1031885 / 37380 / 37366