**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | |
| Plaintiff, | |
| v. | C. A. No. 11-827-SLR |
| CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; LEAP WIRELESS INTERNATIONAL, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC. DBA HUAWEI; ZTE (USA) INC.; KYOCERA WIRELESS CORP.; AND SANYO NORTH AMERICA CORPORATION, | DEMAND FOR JURY TRIAL |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff LVL Patent Group, LLC ("LVL") and Defendant Hewlett-Packard Company ("HP") hereby stipulate and agree that the deadline for HP to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended from November 14, 2011, up to and including December 14, 2011.

| BAYARD, P.A. | RATNERPRESTIA |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Rex A Donnelly* |
| Richard D. Kirk (#922) | Rex A. Donnelly (#3492) |
| Stephen B. Brauerman (#4952) | 1007 Orange Street, Suite 1100 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 778-2500 (phone) |
| (302) 655-5000 | (302) 778-2600 (fax) |
| rkirk@bayardlaw.com | radonnelly@ratnerprestia.com |
| sbrauerman@bayardlaw.com | |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Bruce D. Kuyper (*pro hac vice*) | M. Elizabeth Day |
| Fredericka Ung (*pro hac vice*) | Marc C. Belloli |
| Mark A. Fenster (*pro hac vice*) | Feinberg Day Alberti & Thompson LLP |
| Russ, August & Kabat | 401 Florence Street, Suite 200 |
| 12424 Wilshire Boulevard, 12th Floor | Palo Alto, CA 94301 |
| Los Angeles, CA 90025 | (650) 618-4360 |
| (310) 826-7474 | eday@feinday.com |
| bkuyper@raklaw.com | mbelloli@feinday.com |
| fung@raklaw.com | |
| mfenster@raklaw.com | *Attorneys for Defendant* |
| | *Hewlett-Packard Company* |
| *Attorneys for Plaintiff* | |
| *LVL Patent Group, LLC* | |

    IT IS SO ORDERED this _____ day of November, 2011.

                             _____
                             UNITED STATES DISTRICT JUDGE

#4544281

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on November 14, 2011, I electronically filed the attached STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*
*LVL Patent Group, LLC*

                RATNERPRESTIA

                */s/ Rex A. Donnelly*
                Rex A. Donnelly [#3492]
                1007 Orange Street, Suite 1100
                Wilmington, DE 19801-1231
                Phone: (302) 778-2500
                Fax: (302) 778-2600
                radonnelly@ratnerprestia.com