**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LVL PATENT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827-SLR |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Dominic E. Massa and Dana O. Burwell, of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109 and Christopher R. Noyes, Omar Khan and Andrea Pacelli of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022 to represent defendant Research in Motion Corporation in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Kevin F. Brady*

*Of Counsel:*

Dominic E. Massa
Dana O. Burwell
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Christopher R. Noyes
Omar Khan
Andrea Pacelli
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Dated:  November 21, 2011

Kevin F. Brady (#2248)
kbrady@cblh.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
302-658-9141

*Attorneys for Defendant Research in Motion Corporation*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:  November __, 2011  _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 11/17/11

Dominic E. Massa
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
dominic.massa@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 11/18/11

Christopher R. Noyes
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
christopher.noyes@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 11/17/2011

Omar Khan
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
omar.khan@wilmerhale.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 11/17/2011

[signature]

Andrea Pacelli
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
andrea.pacelli@wilmerhale.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 11/17/11

Dana O. Burwell
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
dana.burwell@wilmerhale.com

## CERTIFICATE OF SERVICE

I, Kevin Brady, hereby certify that on November 21, 2011, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following counsel of record, and the document is available for viewing and downloading from CM/ECF:

I further certify that I caused copies of the forgoing document to be served on November 21, 2011, upon the following via electronic mail:

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Bruce D. Kuyper
Fredricka Ung
Marc A. Fenster
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
bkuyper@raklaw.com
fung@raklaw.com
mfenster@raklaw.com
*Attorneys for Plaintiff*

Collins J. Seitz, Jr.
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
*Attorneys for Defendant
Cellco Partnership*

Evan T. Leo
Kiran S. Raj
Michael E. Joffre
Michael K. Kellogg
W. Joss Nichols
Wan J. Kim
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
eleo@khhte.com
kraj@khhte.com
mjoffre@khhte.com
mkellogg@khhte.com
jnichols@khhte.com
wkim@khhte.com
*Attorneys for Defendant
Cellco Partnership*

John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th floor
Wilmington, DE 19899
jday@ashby-geddes.com

Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899

*Attorneys for Defendant*
*AT&T Mobility LLC*

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
PILLSBURY WINTHROP SHAW
PITTMAN LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
*Attorneys for Defendant*
*AT&T Mobility LLC*

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
farnan@rlf.com
*Attorneys for Defendants*
*Cricket Communications Inc. and Leap*
*Wireless International Inc.*

Kenneth Laurence Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
kdorsney@morrisjames.com
*Attorneys for Defendant*
*TracFone Wireless Inc.*

kjlefiling@mnat.com
*Attorneys for Defendants*
*Sprint Spectrum L.P., Boost Mobile LLC,*
*HTC America Inc. and Futurewei*
*Technologies Inc. doing business as Huawei*

Steven J. Fineman
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com
*Attorneys for Defendant*
*United States Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant*
*United States Cellular Corporation*

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
rhorwitz@potteranderson.com
*Attorneys for Defendant*
*Apple Inc.*

<div style="display: flex;">

<div>

Jeffrey L. Moyer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
*Attorneys for Defendant*
*Nokia Inc.*

</div>

<div>

Harrison J. Frahn IV
Jason M. Bussey
Jeffrey E. Danley
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
hfrahn@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com
*Attorneys for Defendant*
*Apple Inc.*

Adam Wyatt Poff
YOUNG, CONWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th floor
Wilmington, DE 19899
apoff@ycst.com
*Attorneys for Defendant*
*Samsung Telecommunications America Inc.*

Amanda R. Johnson
Cono A. Carrano
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
arjohnson@akingump.com
ccarrano@akingump.com
jspark@akingump.com
*Attorneys for Defendant*
*Samsung Telecommunications America Inc.*

Kellie Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
kmjohnson@akingump.com
*Attorneys for Defendant*
*Samsung Telecommunications America Inc.*

</div>

</div>

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jbbefiling@mnat.com<br>kjlefiling@mnat.com<br>*Attorneys for Defendant*<br>*Motorola Mobility Inc.* | Denise Seastone Kraft<br>Aleine Michelle Porterfield<br>DLA PIPER LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Denise.kraft@dlapiper.com<br>Aleine.porterfield@dlapiper.com<br>*Attorneys for Defendant*<br>*Sharp Electronics Corporation* |
| | Christopher P. Broderick<br>DLA PIPER LLP<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704<br>christopher.broderick@dlapiper.com<br>*Attorneys for Defendant*<br>*Sharp Electronics Corporation* |
| Richard K. Herrmann<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>rhermann@morrisjames.com<br>*Attorneys for Defendant*<br>*Pantech Wireless Inc.* | Rex A. Donnelly, IV<br>RATNER & PRESTIA<br>1007 Orange Street, Suite 1100<br>Wilmington, DE 19899<br>radonnelly@ratnerprestia.com<br>*Attorneys for Defendant*<br>*Hewlett-Packard Company* |
| Cecil S. Chung<br>Wayne M. Helge<br>Alan A. Wright<br>H. C. PARK & ASSOCIATES, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA 22182<br>awright@park-law.com<br>cchung@park-law.com<br>whelge@park-law.com<br><br>*Attorneys for Defendant*<br>*Pantech Wireless Inc.* | |
| Mary B. Graham<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>mbgefiling@mnat.com | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 |

11

*Attorneys for Defendant*
*Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
VENABLE LLC
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@veneble.com
*Attorneys for Defendant*
*Sony Ericsson Mobile Communications (USA) Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
MCDERMOTT WILL AND EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendant*
*Futurewei Technologies Inc. d/b/a Huawei*

Dennis C. Lee
Michael A. Dorfman
Timothy J. Vezeau
525 W. Monroe Street
Chicago, IL 60661
dennis.lee@kattenlaw.com
michael.dorfman@kattenlaw.com
timothy.vezeau@kattenlaw.com
*Attorneys for Defendant*
*Sanyo North America Corporation*

rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants*
*Casio America Inc. and*
*Sanyo North America Corporation*

David C. Lee
Katherine M. Lieb
Scott D. Stimpson
SILLS CUMMIS & GROSSP.C.
30 Rockefeller Plaza
New York, NY 10112
dlee@sillscummis.com
klieb@sillscummis@.com
sstimpson@sillscummis.com
*Attorneys for Defendant*
*Casio America Inc.*

John W. Shaw
SHAW KELLER LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
*Attorneys for Defendant*
*Kyocera Wireless Corp.*

 

                                                     */s/ Kevin F. Brady*
                                                     Kevin F. Brady (#2248)

4519822v1