## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LVL PATENT GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827-SLR |
| | ) | |
| CELLCO PARTNERSHIP; AT&T | ) | |
| MOBILITY, LLC; SPRINT SPECTRUM L.P.; | ) | |
| T-MOBILE USA, INC.; CRICKET | ) | |
| COMMUNICATIONS, INC.; LEAP | ) | |
| WIRELESS INTERNATIONAL,INC.; | ) | |
| VIRGIN MOBILE USA, L.P.; UNITED | ) | |
| STATES CELLULAR CORPORATION; | ) | |
| METROPCS WIRELESS, INC.; TRACFONE | ) | |
| WIRELESS, INC., BOOST MOBILE, LLC; | ) | |
| APPLE, INC.; RESEARCH IN MOTION | ) | |
| CORPORATION; NOKIA INC.; SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, | ) | |
| INC.; MOTOROLA MOBILITY, INC.; HTC | ) | |
| AMERICA, INC.; SHARP ELECTRONICS | ) | |
| CORPORATION; PANTECH WIRELESS, | ) | |
| INC.; LG ELECTRONICS MOBILECOMM | ) | |
| U.S.A., INC.; HEWLETT-PACKARD | ) | |
| COMPANY; SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS (USA), INC.; CASIO | ) | |
| AMERICA, INC.; FUTUREWEI | ) | |
| TECHNOLOGIES, INC. DBA HUAWEI; | ) | |
| ZTE (USA) INC.; KYOCERA WIRELESS | ) | |
| CORP.; AND SANYO NORTH AMERICA | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HERBY STIPULATED by Plaintiff LVL Patent Group, LLC, ("LVL") and

Defendant Cellco Partnership ("Cellco") that the time for Cellco to move, answer or otherwise

respond to the LVL's Complaint is extended until November 30, 2011.

BAYARD, P.A.                                    SEITZ ROSS ARONSTAM & MORITZ LLP*

_____/s/ Stephen B. Brauerman_____              _____/s/ Collins J. Seitz, Jr._____
Richard D. Kirk, Esquire (DE Bar #922)          Collins J. Seitz Jr. (DE Bar #2237)
Stephen B. Brauerman, Esquire (DE Bar #4952)    David E. Ross (DE Bar #5228)
222 Delaware Avenue, Suite 900                  100 S. West Street, Suite 400
Wilmington, DE 19899                            Wilmington DE 19801
302.655.5000                                    302.576.1600
rkirk@bayardlaw.com                             cseitz@seitzross.com
sbrauerman@bayardlaw.com                        dross@seitzross.com
                                                *Garrett Moritz not admitted in Delaware

*Attorneys for LVL Patent Group, LLC*           *Attorneys for Cellco Partnership*

Dated:  November 22, 2011                        Dated:  November 22, 2011


        IT IS SO ORDERED this ___day of _____, 2011


                                    _____
                                    Honorable Sue L. Robinson