IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827 (SLR) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by LVL Patent Group LLC, subject to the approval of the Court, that the time to move, answer or otherwise respond to the Complaint (D.I. 1) for all defendants in this action who currently have a due date prior to December 7, 2011 is extended to December 7, 2011.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Richard D. Kirk* | /s/ *Mary B. Graham* |
| Richard D. Kirk, Esquire (#922) | Mary B. Graham (#2256) |
| Stephen B. Brauerman, Esquire (#4952) | 1201 N. Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | mgraham@mnat.com |
| sbrauerman@bayardlaw.com | *Attorneys for Sony Ericsson Mobile* |
| *Attorneys for LVL Patent Group, LLC* | *Communications (USA) Inc. (filed also on behalf of other defendants requesting an extension of time, with their consent)* |

November 22, 2011

4618458

- 2 -

SO ORDERED this ___ day of November____, 2011.

                                                         UNITED STATES DISTRICT JUDGE