## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 11-827-SLR |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff LVL Patent Group, LLC hereby dismisses all of its claims against Defendants Leap Wireless International, Inc.; Kyocera Wireless Corporation; Samsung Telecommunications America Inc.; and Sanyo North America Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice, with each party to bear its own costs and attorneys' fees.

November 22, 2011

OF COUNSEL:

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA  90025-1031
(310) 826-7474
mfenster@raklaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff,*
*LVL Patent Group, LLC*

**IT IS  SO ORDERED** this _____ day of November, 2011.

_____
The Honorable Sue L. Robinson
United States District Judge