IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYBERFONE SYSTEMS, LLC (formerly )
known as LVL PATENT GROUP, LLC), )
)
Plaintiff, )
)   C.A. No. 11-827 (SLR)
v. )
)
CELLCO PARTNERSHIP, et al., )
)
Defendants. )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Daniel R. Foster of MCDERMOTT WILL & EMERY LLP, 18191 Von

Karman Avenue, Suite 500, Irvine, California 92612-7108 to represent defendant HTC America,

Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Defendant HTC America, Inc.*

November 28, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been ____ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Dated: November 28, 2011

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

Daniel R. Foster is granted.


Dated: _____    _____
                                                    United States District Judge

4580221

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011 I electronically filed the foregoing document, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on November 28, 2011 upon the following in the manner indicated:

Richard D. Kirk                                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Ste. 900
Wilmington, DE  19891
*Attorneys for Plaintiff*

Marc A. Fenster                                          *VIA ELECTRONIC MAIL*
Bruce K. Kuyper
Fredericka Ung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Flr.
Los Angeles, CA  90025-1031
*Attorneys for Plaintiff*

Collins J. Seitz, Jr.                                    *VIA ELECTRONIC MAIL*
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Ste. 400
Wilmington, DE  19801
(302) 576-1600
*Attorneys for Cellco Partnership*

Michael K. Kellogg                                       *VIA ELECTRONIC MAIL*
Evan T. Leo
Wan J. Kim
KELLOGG, HUBER, HANSEN, TODD,
EVANS, & FIGEL PLLC
1615 M Street, N.W., Stel 400
Washington, DC  20036
*Attorneys for Cellco Partnership*

John G. Day                                          *VIA ELECTRONIC MAIL*
Tiffany Geyer Lydon
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for AT&T Mobility LLC*

Evan Finkel                                          *VIA ELECTRONIC MAIL*
Mark R. Kendrick
Michael Horikawa
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017
*Attorneys for AT&T Mobility LLC*

Jack B. Blumenfeld                                   *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Motorola Mobility, Inc.*

Jonathan E. Retsky                                   *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Motorola Mobility, Inc.*

Mary B. Graham                                       *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Sony Ericsson Mobile
Communication (USA) Inc.*

Justin E. Pierce                                    *VIA ELECTRONIC MAIL*
Jeffri A. Kaminski
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004
*Attorneys for Sony Ericsson Mobile*
*Communications (USA), Inc.*

Richard L. Horwitz                                  *VIA ELECTRONIC MAIL*
David Ellis Moore
POTTER ANDERSON & CORROON
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
*Attorneys for Apple Inc., Casio America, Inc.*
*Sanyo North America Corporation*

Harrison J. Frahn IV                                *VIA ELECTRONIC MAIL*
Jason M. Bussey
Jeffrey E. Danley
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
*Attorneys for Apple Inc.*

Scott D. Stimpson                                   *VIA ELECTRONIC MAIL*
David C. Lee
Katherine M. Lieg
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Casio America, Inc.*

Michael A. Dorfman                                  *VIA ELECTRONIC MAIL*
Timothy J. Vezeau
Dennis C. Lee
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
*Attorneys for Sanyo North America*
*Corporation*

Karen Jacobs Louden                                    *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Sprint Spectrum L.P.*

Yar R. Chaikovsky                                      *VIA ELECTRONIC MAIL*
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
*Attorneys for HTC America Inc.*

Steven J. Fineman                                      *VIA ELECTRONIC MAIL*
Gregory P. Williams
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for United States Cellular
Corporation*

Robert D. Leighton                                     *VIA ELECTRONIC MAIL*
Richard J. O'Brien
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
*Attorneys for United States Cellular
Corporation*

Kenneth L. Dorsney                                     *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Ste. 1500
P.O. Box 2306
Wilmington, DE  19899
*Attorneys for TracFone Wireless Inc.*

Jeffrey L Moyer                                        *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for Nokia Inc.*

Kelly E. Farnan                                          *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for Cricket Communications Inc. and*
*Leap Wireless International Inc.*


Kevin F. Brady                                           *VIA ELECTRONIC MAIL*
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Research In Motion*

Dominic E. Massa                                         *VIA ELECTRONIC MAIL*
Dana O. Burwell
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
*Attorneys for Research In Motion*

Christopher R. Noyes                                     *VIA ELECTRONIC MAIL*
Omar Khan
Andrea Pacelli
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Research In Motion*

John W. Shaw                                             *VIA ELECTRONIC MAIL*
Shaw LLC
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp.*

Richard K. Herrmann                                      *VIA ELECTRONIC MAIL*
Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
*Attorneys for Pantech Wireless*

Cecil Chung                                          *VIA ELECTRONIC MAIL*
Wayne Helge
Alan A. Wright
H.S. PARK & ASSOCIATES, PLC
850 Leesburg Pike, Ste. 7500
Vienna, VA 22182
*Attorneys for Pantech Wireless*


Adam Wyatt Poff                                      *VIA ELECTRONIC MAIL*
Pilar G. Kraman
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Samsung Telecommunications
America Inc.*


Cono Carrano                                         *VIA ELECTRONIC MAIL*
Jin-Suk Park
Amanda Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
*Attorneys for Samsung Telecommunications
America Inc.*


Kellie Johnson                                       *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
*Attorneys for Samsung Telecommunications
America Inc.*


Denise Seaston Kraft                                 *VIA ELECTRONIC MAIL*
Aleine Michelle Porterfield
DLA PIPER LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*Attorneys for Sharp Electronics Corporation*

Christopher P. Broderick                                    *VIA ELECTRONIC MAIL*
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
*Attorneys for Sharp Electronics Corporation*

Rex A. Donnelly                                             *VIA ELECTRONIC MAIL*
RATNERPRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

M. Elizabeth Day                                            *VIA ELECTRONIC MAIL*
Marc C. Belloli
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
*Attorneys for Hewlett-Packard Company*

/s/ Karen Jacobs Louden

Karen Jacobs Louden (#2881)