AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   11-827-SLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   METROPCS WIRELESS, INC.
was received by me on *(date)*   11/28/11

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   PAUL MATTHEWS (PROCESS AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)*   METROPCS WIRELESS, INC.
C/O THE PRENTICE HALL CORPORATION SYSTEMS, INC 2711 CENTERVILLE RD, WILMINGTON, DE   on *(date)*   11/28/11   , or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   11/28/11 _____          _____
                                                         *Server's signature*

                                              KEVIN S. DUNN _____
                                                         *Printed name and title*

                                              PO BOX 1360 WILMINGTON, DE 19899
                                              302-475-2600
                                              _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court
## for the
## District of Delaware

CyberFone Systems, LLC,

|                           Plaintiff,

v.

Cellco Partnership, *et al.*,

|                          Defendants.

Civil Action No. 11-827-SLR

TRIAL BY JURY DEMANDED

### Summons in a Civil Action

To:     MetroPCS Wireless, Inc.
        c/o The Prentice-Hall Corporation System, Inc.
        2711 Centerville Road, Suite 400
        Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV 2 3 2011

_____
DATE

_____
DEPUTY CLERK'S SIGNATURE