IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC<br><br>     Plaintiffs,<br><br>     v.<br><br>CELLCO PARTNERSHIP, et al.<br><br>     Defendants. | C. A. No. 11-827-SLR |

## ENTRY OF APPEARANCE

Please enter the appearances of Adam W. Poff and Pilar G. Kraman as counsel for defendant Samsung Telecommunications America, LLC, in the above-captioned case.

                YOUNG CONAWAY STARGATT
                & TAYLOR, LLP

                */s/ Pilar G. Kraman*
                Adam W. Poff (#3990)
                Pilar G. Kraman (#5199)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, DE  19801
                (302) 571-6600
                *apoff@ycst.com*
                *pkraman@ycst.com*

                *Attorneys for defendant Samsung*
                *Telecommunications America, LLC*

Dated:  December 1, 2011

## CERTIFICATE OF SERVICE

I, Pilar . Kraman, Esquire, hereby certify that on December 1, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk, Esquire
>Stephen B. Brauerman, Esquire
>Bayard, P.A.
>222 Delaware Avenue
>Suite 900
>Wilmington, DE 19899-5130
>*rkirk@bayardlaw.com*
>
>*Attorneys for Plaintiff*
>
>Collins J. Seitz, Jr., Esquire
>Seitz Ross Aronstam & Moritz LLP
>100 S. West Street, Suite 400
>Wilmington, DE 19801
>*cseitz@seitzross.com*
>
>*Attorneys for Defendant Cellco Partnership*
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>*rhorwitz@potteranderson.com*
>*dmoore@potteranderson.com*
>
>*Attorneys for Defendants Apple Inc.,*
>*Casio America Inc.*

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19899
*jday@ashby-geddes.com*

*Attorneys for Defendant AT&T Mobility LLC*

Steven J. Fineman, Esquire
Kelley E. Farnan, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*fineman@rlf.com*

*Attorneys for Defendant U.S. Cellular Corporation*

Kelley E. Farnan, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*farnan@rlf.com*

*Attorneys for Defendants Cricket Communications Inc.*

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*
*klouden@mnat.com*

*Attorneys for Defendant Motorola Mobility Inc.,*
*Spring Spectrum L.P. and Futurewei Technologies Inc.*

2

Mary B. Graham, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*mgraham@mnat.com*

*Attorneys for Defendant*
*Sony Ericsson Mobile Communications (USA) Inc.*


Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*moyer@rlf.com*

*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*rherrmann@morrisjames.com*

*Attorneys for Defendant Pantech Wireless Inc.*

Kenneth L. Dorsney, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*kdorsney@morrisjames.com*

*Attorneys for Defendant TracFone Wireless Inc.*

Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
*kbrady@cblh.com*

*Attorneys for Defendant Research in Motion Corp.*

John W. Shaw, Esquire
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*

*Attorneys for Defendant Kyocera Communications, Inc.*

Denise Seastone Kraft, Esquire
Aleine M. Porterfield, Esquire
DLA Piper LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
*denise.kraft@dlapiper.com*
*aleine.porterfield@dlapiper.com*

*Attorneys for Sharp Electronics Corporation*

I further certify that on December 1, 2011, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ *Pilar G. Kraman*
                Adam W. Poff (No. 3990)
                Pilar G. Kraman (No. 5199)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19899
                (302) 571-6600
                *apoff@ycst.com*
                *pkraman@ycst.com*