IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>*Defendants.* | C.A. No. 11-827-SLR |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

WHEREAS, CyberFone Systems, LLC ("CyberFone") filed the Complaint (D.I. 1) on September 15, 2011. After service of summonses, the defendants had varying response dates. Most or all of the defendants requested and received extensions of the response dates; and

WHEREAS, CyberFone filed its First Amended Complaint (D.I. 75) on November 22, 2011. Under Fed. R. Civ. P. 15, the defendants once again have varying response dates to the First Amended Complaint. Some defendants have requested extensions of those dates; and

WHEREAS, the parties have conferred and agreed to extend response and answer deadlines to the First Amended Complaint as set forth below and as of the date of this motion, Plaintiff is not aware of any Defendant that opposes this motion;

WHEREAS, the Court set an in-person Rule 16 Scheduling Conference for January 18, 2012 at 4:30 p.m. (D.I. 45);

NOW, THEREFORE, on behalf of all the parties, pursuant to Fed. R. Civ. P. 6(b) and 15, CyberFone moves the Court as follows:

1.      That the date by which any defendant shall move or file a response to the First Amended Complaint other than an Answer be extended to and including December 20, 2011; and

2.      That the date by which any defendant shall file an Answer (including counterclaims, if applicable) to the First Amended Complaint be extended to and including January 6, 2012.

| | |
|---|---|
| December 2, 2011 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| RUSS, AUGUST & KABAT | 222 Delaware Avenue, Suite 900 |
| 12424 Wilshire Boulevard, 12th Floor | Wilmington, DE 19801 |
| | (302) 655-5000 |
| Los Angeles, CA 90025-1031 | rkirk@bayardlaw.com |
| (310) 826-7474 | sbrauerman@bayardlaw.com |
| mfenster@raklaw.com | |
| | *Attorneys for Plaintiff CyberFone Systems, LLC* |

IT IS SO ORDERED this ___ day of _____, 2011.

_____
The Honorable Sue L. Robinson
United States District Judge