# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LVL PATENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-cv-00827-SLR |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CELLCO PARTNERSHIP; AT&T ) | |
| MOBILITY, LLC; SPRINT SPECTRUM ) | |
| L.P.; T-MOBILE USA, INC.; CRICKET ) | |
| COMMUNICATIONS, INC.; LEAP ) | |
| WIRELESS INTERNATIONAL, INC.; ) | |
| VIRGIN MOBILE USA, L.P.; UNITED ) | |
| STATES CELLULAR CORPORATION; ) | |
| METROPCS WIRELESS, INC.; TRACFONE ) | |
| WIRELESS, INC.; BOOST MOBILE, LLC; ) | |
| APPLE, INC.; RESEARCH IN MOTION ) | |
| CORPORATION; NOKIA INC.; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, ) | |
| INC.; MOTOROLA MOBILITY, INC.; HTC ) | |
| AMERICA, INC.; SHARP ELECTRONICS ) | |
| CORPORATION; PANTECH WIRELESS, ) | |
| INC.; LG ELECTRONICS MOBILECOMM ) | |
| U.S.A., INC.; HEWLETT-PACKARD ) | |
| COMPANY; SONY ERICSSON MOBILE ) | |
| COMMUNICATIONS (USA), INC.; CASIO ) | |
| AMERICA, INC.; FUTUREWEI ) | |
| TECHNOLOGIES, INC. DBA HUAWEI; ) | |
| ZTE (USA) INC.; KYOCERA WIRELESS ) | |
| CORP.; AND SANYO NORTH AMERICA ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of M. Elizabeth Day of Feinberg Day Alberti & Thompson LLP to

represent Defendant Hewlett-Packard Company in this matter.

          Respectfully submitted,

          RATNERPRESTIA

          */s/ Rex A. Donnelly*
          Rex A. Donnelly
          1007 Orange Street, Suite 1100
          Wilmington, DE 19801-1231
          Phone: (302) 778-2500
          Fax: (302) 778-2600
          radonnelly@ratnerprestia.com

          Attorneys for Defendant
          HEWLETT-PACKARD COMPANY

Date: ~~November ___, 2011~~ December 6, 2011 *[handwritten]*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

*Margaret Elizabeth Day*
Margaret Elizabeth Day
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
Telephone: 650-618-4360
Fax: 650-618-4368
eday@feinday.com

Date: November 21, 2011