IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-827 (SLR) ) ) ) ) ) ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mitchell G. Stockwell of KILPATRICK TOWNSEND & STOCKTON LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309, Amr O. Aly of KILPATRICK TOWNSEND & STOCKTON LLP, 31 West 52nd Street, 14th Floor, New York, NY 10019 and John C. Alemanni of KILPATRICK TOWNSEND & STOCKTON LLP, 1001 West Fourth Street, Winston-Salem, NC 27101 to represent defendant T-Mobile USA, Inc. in this matter.

                                                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                                */s/ Karen Jacobs Louden*
                                                                                Jack B. Blumenfeld (#1014)
                                                                                 Karen Jacobs Louden (#2881)
                                                                                 1201 North Market Street
                                                                                 P.O. Box 1347
                                                                                 Wilmington, DE 19899
                                                                                 (302) 658-9200
                                                                                 jblumenfeld@mnat.com
                                                                                 klouden@mnat.com

                                                                               *Attorneys for T-Mobile USA, Inc.*

December 12, 2011

1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mitch G. Stockwell, Amr O. Aly and John C. Alemanni is granted.

Dated: _____     _____
                                                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/9/11

Mitchell G. Stockwell
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30390

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12-5-11

Amr O. Aly
KILPATRICK TOWNSEND & STOCKTON LLP
31 West 52nd Street
14th Floor
New York, NY 10019

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/7/11

John C. Alemanni
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 12, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredrica Ung, Esquire<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard<br>Suite 1200<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Collins J. Seitz, Jr., Esquire<br>David E. Ross, Esquire<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street<br>Suite 400<br>Wilmington, DE 19801<br>*Attorneys for Cellco Partnership* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Michael K. Kellogg, Esquire<br>Evan T. Leo, Esquire<br>Wan J. Kim, Esquire<br>Michael E. Joffre, Esquire<br>Kiran S. Raj, Esquire<br>W. Joss Nichols, Esquire<br>KELLOGG, HUBER, HANSEN, TODD, EVANS, &<br>  FIGEL, P.L.L.C.<br>1615 M Street, N.W.<br>Suite 400<br>Washington, DC 20036<br>*Attorneys for Cellco Partnership* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Sony Ericsson Mobile*<br>*Communications (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffri A. Kaminski, Esquire<br>Justin E. Pierce, Esquire<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004-1601<br>*Attorneys for Sony Ericsson Mobile*<br>*Communications (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>*Attorneys for U.S. Cellular Corporation* | *VIA ELECTRONIC MAIL* |
| Richard J. O'Brien, Esquire<br>Robert D. Leighton, Esquire<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>*Attorneys for U.S. Cellular Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Squre<br>Wilmington, DE 19801<br>*Attorneys for Cricket Communications, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Squre<br>Wilmington, DE 19801<br>*Attorneys for Nokia Inc.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 1801<br>*Attorneys for Casio America, Inc. and Apple, Inc.* | *VIA ELECTRONIC MAIL* |
| Scott D. Stimpson, Esquire<br>David C. Lee, Esquire<br>Katerine M. Lieb, Esquire<br>Trent S. Dickey, Esquire<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Attorneys for Casio America, Inc.* | *VIA ELECTRONIC MAIL* |
| Harrison J. Frahn IV, Esquire<br>Jason M. Bussey, Esquire<br>Jeffrey E. Danley, Esquire<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>*Attorneys for Apple, Inc.* | *VIA ELECTRONIC MAIL* |
| John G. Day, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801<br>*Attorneys for AT&T Mobility, LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Evan Finkel, Esquire<br>Mark R. Kendrick, Esquire<br>Michael S. Horikawa, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA 90017<br>*Attorneys for AT&T Mobility, LLC* | *VIA ELECTRONIC MAIL* |
| Karen Jacobs Louden, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Sprint Spectrum L.P., Boost Mobile, LLC and Futurewei Technologies Inc. and HTC America Inc.* | *VIA ELECTRONIC MAIL* |
| Yar R. Chaikovsky, Esquire<br>John A. Lee, Esquire<br>Cary Chien, Esquire<br>Daniel F. Foster, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road<br>Suite 100<br>Menlo Park, CA 94025<br>*Attorneys for Futurewei Technologies Inc. and HTC America Inc.* | *VIA ELECTRONIC MAIL* |
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Pantech Wireless Inc.* | *VIA ELECTRONIC MAIL* |
| Cecil S. Chung, Esquire<br>Wayne M. Helge, Esquire<br>H.C. PARK & ASSOCIATES, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA 22182<br>*Attorneys for Pantech Wireless Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Denise S. Kraft, Esquire<br>Aleine Porterfield, Esquire<br>DLA PIPER LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Sharp Electronics Corp.* | *VIA ELECTRONIC MAIL* |
| Christopher P. Broderick, Esquire<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067<br>*Attorneys for Sharp Electronics Corp.* | *VIA ELECTRONIC MAIL* |
| Rex A. Donnelly, Esquire<br>RATNERPRESTIA<br>1007 Orange Street<br>Suite 1100<br>Wilmington, DE 19801<br>*Attorneys fro Hewlett-Packard Company* | *VIA ELECTRONIC MAIL* |
| M. Elizabeth Day, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>401 Florence Street<br>Suite 200<br>Palo Alto, CA 94301<br>*Attorneys for Hewlett-Packard Company* | *VIA ELECTRONIC MAIL* |
| Kevin F. Bradey, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Research in Motion Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Dominic E. Massa, Esquire<br>Dana O. Burwell, Esquire<br>WILMER CUTLER PICKERING HALE AND<br>  DOOR LLP<br>60 State Street<br>Boston, MA 02109<br>*Attorneys for Research in Motion Corporation* | *VIA ELECTRONIC MAIL* |
| Christopher R. Noyes, Esquire<br>Omar Khan, Esquire<br>Andrea Pacelli, Esquire<br>WILMER CUTLER PICKERING HALE AND<br>  DOOR LLP<br>399 Park Avenue<br>New York, NY 10022<br>*Attorneys for Research in Motion Corporation* | *VIA ELECTRONIC MAIL* |
| Adam W. Poff, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>*Attorneys for Samsung Telecommunications America, LLC* | *VIA ELECTRONIC MAIL* |
| Conco Carrano, Esquire<br>Jin-Suk Park, Esquire<br>Amanda R. Johnson, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br>133 New Hampshire Avenue, NW<br>Washington, DC 20036<br>*Attorneys for Samsung Telecommunications America, LLC* | *VIA ELECTRONIC MAIL* |
| Kellie Johnson, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201<br>*Attorneys for Samsung Telecommunications America, LLC* | *VIA ELECTRONIC MAIL* |

Thomas M. Willimas, Esquire  VIA ELECTRONIC MAIL
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
*Attorneys for TracFone Wireless Inc.*

Amr O. Aly, Esquire  VIA ELECTRONIC MAIL
KILPATRICK TOWNSEN & STOCKTON LLP
31 West 52nd Street, 4th Floor
New York, NY 10019
*Attorneys for T-Mobile USA, Inc.*

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)