IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>        Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP, AT&T MOBILITY LLC, SPRINT SPECTRUM L.P., T-MOBILE USA, INC., CRICKET COMMUNICATIONS, INC., VIRGIN MOBILE USA, L.P., UNITED STATES CELLULAR CORPORATION, METROPCS WIRELESS, INC., TRACFONE WIRELESS, INC., BOOST MOBILE, LLC, APPLE INC., RESEARCH IN MOTION CORPORATION, NOKIA INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, MOTOROLA MOBILITY, INC., HTC AMERICA, INC., SHARP ELECTRONICS CORPORATION, PANTECH WIRELESS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., HEWLETT-PACKARD COMPANY, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., CASIO AMERICA, INC., FUTUREWEI TECHNOLOGIES, INC., ZTE (USA) INC. AND KYOCERA COMMUNICATIONS, INC.,<br><br>        Defendants. | C.A. No. 11-827 (SLR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of MORRIS JAMES LLP for defendant Tracfone Wireless, Inc. ("Tracfone") is withdrawn and the appearance of the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP is hereby substituted for defendant Tracfone.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Karen Jacobs Louden* |
| Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6855<br>kdorsney@morrisjames.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br><br>*Attorneys for Defendant TracfoneWireless, Inc.* |

December 12, 2011
4647901

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 12, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce D. Kuyper, Esquire<br>Fredrica Ung, Esquire<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard<br>Suite 1200<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Collins J. Seitz, Jr., Esquire<br>David E. Ross, Esquire<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street<br>Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Cellco Partnership* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Michael K. Kellogg, Esquire<br>Evan T. Leo, Esquire<br>Wan J. Kim, Esquire<br>Michael E. Joffre, Esquire<br>Kiran S. Raj, Esquire<br>W. Joss Nichols, Esquire<br>KELLOGG, HUBER, HANSEN, TODD, EVANS, &<br>  FIGEL, P.L.L.C.<br>1615 M Street, N.W.<br>Suite 400<br>Washington, DC 20036<br>*Attorneys for Cellco Partnership* | *VIA FEDERAL EXPRESS* |
| Mary B. Graham, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Sony Ericsson Mobile*<br>*Communications (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffri A. Kaminski, Esquire<br>Justin E. Pierce, Esquire<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004-1601<br>*Attorneys for Sony Ericsson Mobile*<br>*Communications (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>*Attorneys for U.S. Cellular Corporation* | *VIA ELECTRONIC MAIL* |
| Richard J. O'Brien, Esquire<br>Robert D. Leighton, Esquire<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>*Attorneys for U.S. Cellular Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Squre<br>Wilmington, DE 19801<br>*Attorneys for Cricket Communications, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>One Rodney Squre<br>Wilmington, DE 19801<br>*Attorneys for Nokia Inc.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 1801<br>*Attorneys for Casio America, Inc. and Apple, Inc.* | *VIA ELECTRONIC MAIL* |
| Scott D. Stimpson, Esquire<br>David C. Lee, Esquire<br>Katerine M. Lieb, Esquire<br>Trent S. Dickey, Esquire<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Attorneys for Casio America, Inc.* | *VIA ELECTRONIC MAIL* |
| Harrison J. Frahn IV, Esquire<br>Jason M. Bussey, Esquire<br>Jeffrey E. Danley, Esquire<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>*Attorneys for Apple, Inc.* | *VIA ELECTRONIC MAIL* |
| John G. Day, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801<br>*Attorneys for AT&T Mobility, LLC* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Evan Finkel, Esquire<br>Mark R. Kendrick, Esquire<br>Michael S. Horikawa, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA  90017<br>*Attorneys for AT&T Mobility, LLC* | *VIA ELECTRONIC MAIL* |
| Karen Jacobs Louden, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Sprint Spectrum L.P., Boost Mobile, LLC and Futurewei Technologies Inc. and HTC America Inc.* | *VIA ELECTRONIC MAIL* |
| Yar R. Chaikovsky, Esquire<br>John A. Lee, Esquire<br>Cary Chien, Esquire<br>Daniel F. Foster, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road<br>Suite 100<br>Menlo Park, CA  94025<br>*Attorneys for Futurewei Technologies Inc. and HTC America Inc.* | *VIA ELECTRONIC MAIL* |
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Pantech Wireless Inc.* | *VIA ELECTRONIC MAIL* |
| Cecil S. Chung, Esquire<br>Wayne M. Helge, Esquire<br>H.C. PARK & ASSOCIATES, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA 22182<br>*Attorneys for Pantech Wireless Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Denise S. Kraft, Esquire<br>Aleine Porterfield, Esquire<br>DLA PIPER LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Sharp Electronics Corp.* | *VIA ELECTRONIC MAIL* |
| Christopher P. Broderick, Esquire<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA  90067<br>*Attorneys for Sharp Electronics Corp.* | *VIA ELECTRONIC MAIL* |
| Rex A. Donnelly, Esquire<br>RATNERPRESTIA<br>1007 Orange Street<br>Suite 1100<br>Wilmington, DE  19801<br>*Attorneys fro Hewlett-Packard Company* | *VIA FEDERAL EXPRESS* |
| M. Elizabeth Day, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>401 Florence Street<br>Suite 200<br>Palo Alto, CA  94301<br>*Attorneys for Hewlett-Packard Company* | *VIA FEDERAL EXPRESS* |
| Kevin F. Bradey, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>*Attorneys for Research in Motion Corporation* | *VIA ELECTRONIC MAIL* |

Dominic E. Massa, Esquire  *VIA ELECTRONIC MAIL*
Dana O. Burwell, Esquire
WILMER CUTLER PICKERING HALE AND
  DOOR LLP
60 State Street
Boston, MA  02109
*Attorneys for Research in Motion Corporation*

Christopher R. Noyes, Esquire  *VIA ELECTRONIC MAIL*
Omar Khan, Esquire
Andrea Pacelli, Esquire
WILMER CUTLER PICKERING HALE AND
  DOOR LLP
399 Park Avenue
New York, NY  10022
*Attorneys for Research in Motion Corporation*

Adam W. Poff, Esquire  *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
*Attorneys for Samsung Telecommunications
America, LLC*

Conco Carrano, Esquire  *VIA ELECTRONIC MAIL*
Jin-Suk Park, Esquire
Amanda R. Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD, LLP
133 New Hampshire Avenue, NW
Washington, DC  20036
*Attorneys for Samsung Telecommunications
America, LLC*

Kellie Johnson, Esquire  *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD, LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX  75201
*Attorneys for Samsung Telecommunications
America, LLC*

6

Thomas M. Willimas, Esquire                                                         *VIA ELECTRONIC MAIL*
W<small>INSTON</small> & S<small>TRAWN</small> LLP
35 W. Wacker Drive
Chicago, IL  60601
*Attorneys for TracFone Wireless Inc.*

Amr O. Aly, Esquire                                                                 *VIA ELECTRONIC MAIL*
K<small>ILPATRICK</small> T<small>OWNSEN</small> & S<small>TOCKTON</small> LLP
31 West 52nd Street, 4th Floor
New York, NY  10019
*Attorneys for T-Mobile USA, Inc.*


                                                              */s/ Karen Jacobs Louden*
                                                              Karen Jacobs Louden (#2881)

7