IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, AT&T MOBILITY LLC, SPRINT SPECTRUM L.P., T-MOBILE USA, INC., CRICKET COMMUNICATIONS, INC., VIRGIN MOBILE USA, L.P., UNITED STATES CELLULAR CORPORATION, METROPCS WIRELESS, INC., TRACFONE WIRELESS, INC., BOOST MOBILE, LLC, APPLE INC., RESEARCH IN MOTION CORPORATION, NOKIA INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, MOTOROLA MOBILITY, INC., HTC AMERICA, INC., SHARP ELECTRONICS CORPORATION, PANTECH WIRELESS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., HEWLETT-PACKARD COMPANY, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., CASIO AMERICA, INC., FUTUREWEI TECHNOLOGIES, INC., ZTE (USA) INC. AND KYOCERA COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 11-827 (SLR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of the law firm of of RICHARDS, LAYTON & FINGER, PA for defendant Cricket Communications, Inc. ("Cricket") is withdrawn and the appearance of the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP is hereby entered for defendant Cricket.

| RICHARDS, LAYTON & FINGER, PA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Karen Jacobs Louden* |
| Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com |
| | *Attorneys for Defendant Cricket Communications, Inc.* |

December 14, 2011
4735160