IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, AT&T MOBILITY LLC, SPRINT SPECTRUM L.P., T-MOBILE USA, INC., CRICKET COMMUNICATIONS, INC., VIRGIN MOBILE USA, L.P., UNITED STATES CELLULAR CORPORATION, METROPCS WIRELESS, INC., TRACFONE WIRELESS, INC., BOOST MOBILE, LLC, APPLE INC., RESEARCH IN MOTION CORPORATION, NOKIA INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, MOTOROLA MOBILITY, INC., HTC AMERICA, INC., SHARP ELECTRONICS CORPORATION, PANTECH WIRELESS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., HEWLETT-PACKARD COMPANY, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., CASIO AMERICA, INC., FUTUREWEI TECHNOLOGIES, INC., ZTE (USA) INC. AND KYOCERA COMMUNICATIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 11-827 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael L. Brody, Jonathan E. Retsky, Thomas M. Williams, and James Winn of WINSTON & STRAWN LLP, 35 W. Wacker Drive, Chicago, IL  60601-9703 and Krishnan Padmanabhan of WINSTON & STRAWN LLP, 200 Park Avenue, New York, NY  10166-

4193 to represent defendants Cricket Communications, Inc. Motorola Mobility, Inc., and TracFone Wireless, Inc. in this matter.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Karen Jacobs Louden*
                                        Jack B. Blumenfeld (#1014)
                                        Karen Jacobs Louden (#2881)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                        klouden@mnat.com

                                        *Attorneys for Defendants Cricket Communications, Inc., Motorola Mobility, Inc., and TracFone Wireless, Inc.*

December 14, 2011
4722559

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: December 12, 2011

Michael L. Brody
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/13/11

Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

4647822

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/13/11

Thomas M. Williams
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 12/13/11

James Winn
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12-12-2011

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

4647822

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael L. Brody, Jonathan E. Retsky, Thomas M. Williams, James Winn, and Krishnan Padmanabhan is granted.

Dated: _____     _____
                                                                    United States District Judge