IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, AT&T MOBILITY LLC, SPRINT SPECTRUM L.P., T-MOBILE USA, INC., CRICKET COMMUNICATIONS, INC., VIRGIN MOBILE USA, L.P., UNITED STATES CELLULAR CORPORATION, METROPCS WIRELESS, INC., TRACFONE WIRELESS, INC., BOOST MOBILE, LLC, APPLE INC., RESEARCH IN MOTION CORPORATION, NOKIA INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, MOTOROLA MOBILITY, INC., HTC AMERICA, INC., SHARP ELECTRONICS CORPORATION, PANTECH WIRELESS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., HEWLETT-PACKARD COMPANY, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., CASIO AMERICA, INC., FUTUREWEI TECHNOLOGIES, INC., ZTE (USA) INC. AND KYOCERA COMMUNICATIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-827 (SLR) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brett E. Cooper of MCKOOL SMITH, One Bryant Park, 47th Floor, New York, NY 10036 and Steven J. Pollinger of MCKOOL SMITH, 300 W. 6th Street, Suite 1700, Austin, TX 78701 to represent defendant MetroPCS Wireless, Inc. in this matter.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Karen Jacobs Louden*
                              Jack B. Blumenfeld (#1014)
                              Karen Jacobs Louden (#2881)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              klouden@mnat.com

                              *Attorneys for Defendant MetroPCS Wireless, Inc.*

December 14, 2011
4647822

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12/12/11

Brett E. Cooper
McKool Smith
One Bryant Park
47th Floor
New York, NY 10036

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Minnesota, Texas, and Washington, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12/13/12

Steven J. Pollinger
McKOOL SMITH
300 W. 6th Street
Suite 1700
Austin, TX 78701

4647822

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Brett E. Cooper and Steven J. Pollinger is granted.

Dated: _____   _____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge