IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP; AT&T | ) | |
| MOBILITY, LLC; SPRINT SPECTRUM L.P.; | ) | C.A. No. 11-827-SLR |
| T-MOBILE USA, INC.; CRICKET | ) | |
| COMMUNICATIONS, INC.; VIRGIN | ) | |
| MOBILE USA, L.P.; UNITED STATES | ) | |
| CELLULAR CORPORATION; METROPCS | ) | |
| WIRELESS, INC.; TRACFONE WIRELESS, | ) | |
| INC.; BOOST MOBILE, LLC; APPLE INC.; | ) | |
| RESEARCH IN MOTION CORPORATION; | ) | |
| NOKIA INC.; SAMSUNG | ) | |
| TELECOMMUNICATIONS AMERICA, | ) | |
| LLC; MOTOROLA MOBILITY, INC.; HTC | ) | |
| AMERICA, INC.; SHARP ELECTRONICS | ) | |
| CORPORATION; PANTECH WIRELESS, | ) | |
| INC.; LG ELECTRONICS MOBILECOMM | ) | |
| U.S.A., INC.; HEWLETT-PACKARD | ) | |
| COMPANY; SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS (USA) INC.; CASIO | ) | |
| AMERICA, INC.; FUTUREWEI | ) | |
| TECHNOLOGIES, INC.; ZTE (USA) INC.; | ) | |
| AND KYOCERA COMMUNICATIONS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the

Court, that the deadline by which defendant ZTE (USA) Inc. must answer, move, or otherwise

respond to the first amended complaint (D.I. 75) in the above action is extended through and

including January 17, 2012.

left blank

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Richard D. Kirk (I.D. #922)
Stephen B. Brauerman (I.D. #4952)
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant ZTE (USA) Inc.*

SO ORDERED, this _____ day of _____, 2011

_____
United States District Judge