# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>　　　　　　Plaintiff,<br>v.<br>CELLCO PARTNERSHIP; et al.,<br><br>　　　　　　Defendants. | C.A. No. 11-827-SLR |

## DEFENDANT NOKIA INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nokia Inc. states:

1. Nokia Inc. is a wholly owned subsidiary of Nokia Holding Inc., which is a wholly owned subsidiary of Nokia Corporation; and

2. There is no publicly held company that owns 10% (ten percent) or more of Nokia Inc.'s stock, to the best of our knowledge.

| | |
|---|---|
| OF COUNSEL:<br><br>Robert F. Perry<br>rperry@kslaw.com<br>Allison H. Altersohn<br>aaltersohn@kslaw.com<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>(212) 556-2100<br><br>Dated: December 23, 2011 | /s/ Elizabeth R. He<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Elizabeth R. He (#5345)<br>he@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for Defendant Nokia Inc.* |

RLF1 5700513v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2011, I caused to be filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record, and served true and correct copies of the foregoing on the following counsel as indicated:

### BY ELECTRONIC MAIL

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff CyberFone Systems LLC*

Collins J. Seitz, Jr.
David Evan Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com

*Attorneys for Defendant Cellco Partnership*

Bruce D. Kuyper
Fredricka Ung
Marc A. Fenster
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
bkuyper@raklaw.com
fung@raklaw.com
mfenster@raklaw.com

*Attorneys for Plaintiff CyberFone Systems LLC*

Michael K. Kellogg
Wan J. Kim
Evan T. Leo
Michael E. Joffre
W. Joss Nichols
Kiran S. Raj
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, DC 20036
mkellogg@khhte.com
wkim@khhte.com
eleo@khhte.com
mjoffre@khhte.com
jnichols@khhte.com
kraj@khhte.com

*Attorneys for Defendant Cellco Partnership*

John G. Day
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant AT&T Mobility LLC*

Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com

*Attorney for Defendants Sprint Spectrum L.P., T-Mobile USA Inc., Cricket Communications Inc., MetroPCS Wireless Inc., TracFone Wireless Inc., Boost Mobile LLC, Motorola Mobility Inc., HTC America Inc., and Futurewei Technologies Inc.*

Yar R. Chaikovsky
McDermott Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com

*Attorney for Defendant Futurewei Technologies Inc.*

Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com

*Attorney for Defendant United States Cellular Corporation*

Evan Finkel
Mark R Kendrick
Michael Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com

*Attorneys for Defendant AT&T Mobility LLC*

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jbbefiling@mnat.com

*Attorney for Defendants TracFone Wireless Inc. and Motorola Mobility Inc.*

Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com

*Attorney for Defendant Pantech Wireless Inc.*

Richard J. O'Brien
Robert D. Leighton
Sidley & Austin LLP
One South Dearborn
Chicago, Illinois 60603
robrien@sidley.com
rleighton@sidley.com

*Attorneys for Defendant United States Cellular Corporation*

3

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jbbefiling@mnat.com

*Attorney for Defendant TracFone Wireless Inc.*

Harrison J. Frahn, IV
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, California 94304
hfrahn@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com

*Attorneys for Defendant Apple Inc.*

Kevin F. Brady
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
kbrady@cblh.com

*Attorney for Defendant Research in Motion Corporation*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Apple Inc. and Casio America Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
sstimpson@sillscummis.com
klieb@sillscummis.com
dlee@sillscummis.com

*Attorneys for Defendant Casio America Inc.*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Dana O. Burwell
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
christopher.noyes@wilmerhale.com
omar.khan@wilmerhale.com
andrea.pacelli@wilmerhale.com
dana.burwell@wilmerhale.com

*Attorneys for Defendant Research in Motion Corporation*

RLF1 5700513v. 1

Denise Seastone Kraft
Aleine Michelle Porterfield
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

*Attorneys for Defendant Sharp Electronics Corporation*

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

*Attorney for Defendant Hewlett-Packard Company*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com

*Attorney for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
amayo@ashby-geddes.com
sbalick@ashby-geddes.com

*Attorney for Defendant ZTE (USA) Inc.*

Christopher P. Broderick
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
christopher.broderick@dlapiper.com

*Attorney for Defendant Sharp Electronics Corporation*

Margaret Elizabeth Day
Sal Lim
Marc C. Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com

*Attorneys for Defendant Hewlett-Packard Company*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, DC 20004
jakaminski@venable.com
jpierce@venable.com

*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

<table>
<tr><td>

Adam W. Poff  
Pilar G. Kraman  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
apoff@ycst.com  
pkraman@ycst.com  

*Attorneys for Defendant Samsung*  
*Telecommunications America, LLC*

</td><td>

Cono A. Carrano  
Jin-Suk Park  
Amanda R. Johnson  
Kellie M. Johnson  
ccarrano@akingump.com  
jspark@akingump.com  
arjohnson@akingump.com  
kmjohnson@akingump.com  
Robert S. Strauss Building  
1333 New Hampshire Avenue, N.W.  
Washington, DC 20036-1564  

*Attorneys for Defendant Samsung*  
*Telecommunications America, LLC*

</td></tr>
</table>

                                                    */s/ Elizabeth R. He*  
                                                  Elizabeth R. He (#5345)  
                                                  he@rlf.com