IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LVL PATENT GROUP LLC,              )
                                   )
            Plaintiff,             )
                                   )
      v.                           )
                                   )        C.A. No. 11-827-SLR
CELLCO PARTNERSHIP, et al.,        )
                                   )
            Defendants.            )
                                   )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Robert F. Perry, Allison H. Altersohn, Jennifer J. Schmidt, Mark H. Francis, and

Charles D. Lee of King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036-

4003, (212) 556-2100, to represent Defendant Nokia Inc. in this matter.

OF COUNSEL:

Robert F. Perry
rperry@kslaw.com
Allison H. Altersohn
aaltersohn@kslaw.com
Mark H. Francis
mfrancis@kslaw.com
Charles D. Lee
clee@kslaw.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
(212) 556-2100

/s/ Elizabeth R. He
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Elizabeth R. He (#5345)
he@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington , DE  19801
(302) 651-7700

*Attorneys for Defendant Nokia Inc.*

Dated:  December 27, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____     _____
                                            United States District Judge

RLF1 5692039v. 1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Northern, Southern, and Eastern Districts of New York, the District of New Jersey, and the Northern District of California, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 21, 2011

Robert F. Perry
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100
rperry@kslaw.com

RLF1 5692039v. 1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Southern and Eastern Districts of New York, the District of New Jersey, the States of New York and New Jersey, as well as the U.S. Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  December 21, 2011

Allison H. Altersohn
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
(212) 556-2100
aaltersohn@kslaw.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Colorado, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 21, 2011

_____
Mark H. Francis
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100
mfrancis@kslaw.com

- 3 -

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Northern District of Georgia as well as the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 21, 2011

Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2100
clee@kslaw.com

- 4 -