**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>       Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.;  T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM  U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA COMMUNICATIONS, INC.,<br><br>       Defendants. | C.A. No. 11-827-SLR |

**LG ELECTRONICS MOBILECOMM U.S.A., INC.'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LG Electronics MobileComm U.S.A., Inc. makes the following corporate disclosure:

      Defendant LG Electronics MobileComm U.S.A., Inc. is a wholly-owned subsidiary of LG Electronics U.S.A., Inc., which is a wholly-owned subsidiary of LG Electronics, Inc., which is a publicly traded company in Korea.

|  |  |
|---|---|
| December 27, 2011 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (#2903) [kpascale@ycst.com]<br>James L. Higgins (#5021) [jhiggins@ycst.com]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6600<br><br>*Of Counsel:*<br><br>MCKENNA LONG & ALDRIDGE LLP<br>R. Tyler Goodwyn, IV<br>Song K. Jung<br>Renzo N. Rocchegiani<br>1900 K Street, NW<br>Washington, DC 20006<br>(202) 496-7500<br><br>*Attorneys for Defendant*<br>*LG Electronics MobileComm U.S.A., Inc.* |

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on December 27, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

## *By E-Mail*

| | |
|---|---|
| Richard D. Kirk [rkirk@bayardlaw.com]<br>Stephen B. Brauerman [sbrauerman@bayardlaw.com]<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box. 25130<br>Wilmington, DE 19899-5130 | *Plaintiff, CyberFone Systems LLC* |
| Mark A. Fenster [mfenster@raklaw.com]<br>Bruce D. Kuyper [bkuyper@raklaw.com]<br>Fredricka Ung [fung@@raklaw.com]<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031 | *Plaintiff, CyberFone Systems LLC* |
| Collins J. Seitz, Jr.[cseitz@seitzross.com]<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801 | *Defendant Cellco Partnership* |
| John G. Day [jday@ashby-geddes.com]<br>Andrew C. Mayo [amayo@ashby-geddes.com]<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | *Defendant AT&T Mobility LLC* |
| Karen Jacobs Louden [klouden@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendants Sprint Spectrum L.P;*<br>*T-Mobile USA Inc.;*<br>*Cricket Communications Inc.;*<br>*Metro PCS Wireless Inc.;*<br>*Boost Mobile LLC; HTC America Inc.; Futurewei Technologies Inc.* |

| | |
|---|---|
| Steven J. Fineman [fineman@rlf.com]<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant United States Cellular Corporation* |
| Jack B. Blumenfeld [jblumenfeld@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendants TracFone Wireless Inc;*<br>*Motorola Mobility Inc.* |
| Richard L. Horwitz [rhorwitz@potteranderson.com]<br>David Ellis Moore [dmoore@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendants Apple Inc.;*<br>*Casio America Inc.* |
| Kevin F. Brady [kbrady@cblh.com]<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | *Defendant Research In Motion Corporation* |
| Jeffrey L. Moyer [moyer@rlf.com]<br>Elizabeth Rui He [he@rlf.com];<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant Nokia Inc.* |
| Adam W. Poff [apoff@ycst.com]<br>Pilar G. Kraman [pkraman@ycst.com]<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801 | *Defendant Samsung Telecommunications America, LLC* |
| Aleine M. Porterfield [aleine.porterfield@dlapiper.com]<br>Denise Seastone Kraft [denise.kraft@dlapiper.com]<br>DLA PIPER LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | *Defendant Sharp Electronics Corp.* |

| | |
|---|---|
| Richard K. Herrmann  [rherrmann@morrisjames.com]<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | *Defendant Pantech Wireless Inc.* |
| Rex A. Donnelly, IV [radonnelly@ratnerprestia.com]<br>RATNER & PRESTIA<br>1007 Orange Street, Suite 1100<br>P.O. Box 1596<br>Wilmington, DE 19899-1596 | *Defendant Hewlett-Packard Company* |
| Mary B. Graham [mgraham@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Sony Ericsson Mobile Communications (USA) Inc.* |
| Steven J. Balick [sbalick@ashby-geddes.com]<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | *Defendant ZTE (USA) Inc.* |
| John W. Shaw [jshaw@shawkeller.com]<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 | *Defendant Kyocera Communications, Inc.* |

 

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

December 27, 2011

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
James L. Higgins (#5021) *[jhiggins@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendant*
*LG Electronics MobileComm U.S.A., Inc.*

3