**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),,<br><br>             Plaintiff,<br><br>       v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA COMMUNICATIONS, INC.,<br><br>             Defendants. | C.A. No.  11-827-SLR |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David C. Doyle, M. Andrew Woodmansee, E. Dale Buxton and Mary Prendergast of Morrison & Foerster LLP, 12531 High Bluff Drive, San Diego, CA 92130-2040, to represent Kyocera Communications, Inc., in the above action. In accordance with Standing

Order for District Court Fund effective July 23, 2009, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

| | |
|---|---|
| Of Counsel:<br><br>David C. Doyle<br>M. Andrew Woodmansee<br>E. Dale Buxton<br>Mary Prendergast<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, CA 92130-2040<br>(858) 720-5100<br>DDoyle@mofo.com<br>MAWoodmansee@mofo.com<br>DBuxton@mofo.com<br>MPrendergast@mofo.com | SHAW KELLER LLP<br><br>  /s/ John W. Shaw  <br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801<br>(302) 476-2050<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br><br>*Attorneys for Defendant*<br>*Kyocera Communications, Inc.* |

Dated: January 3, 2012

### **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of David C. Doyle, M. Andrew Woodmansee, E. Dale Buxton and Mary Prendergast is GRANTED.

Date: _____, 2011

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, David C. Doyle, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, United States District Court Southern District of California, United States District Court Central District of California, United States Court of Appeals for the Federal Circuit, and the United States court of Appeals for the Ninth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

David C. Doyle
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Dated: December 22 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mark Andrew Woodmansee, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the Bar of the State of Illinois, United States District Court Southern District of California, United States District Court Central District of California, United States District Court Northern District of California, United States District Court Northern District of Illinois, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, and Supreme Court of the United States, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

M. Andrew Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Dated: December 22, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, E. Dale Buxton II, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and United States District Court Southern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

E. Dale Buxton II
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Dated: December 22, 2011

sd-577706

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mary Prendergast, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and United States District Court Southern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Mary Prendergast
Mary Prendergast
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Dated: December 22, 2011

sd-577705