IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (f/k/a LVL PATENT GROUP, LLC),<br><br>   Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP, et al.<br><br>   Defendants. | )<br>)<br>)<br>) C.A. No. 11-827-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**

  IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, pursuant to Rules 15(a)(2) and 41(a)(2) of the Federal Rules of Civil Procedure, that the First Amended Complaint filed in the above captioned matter at D.I. 75 is hereby amended to substitute NEC CASIO Mobile Communications, Ltd., a Japanese company as defendant in place of Casio America, Inc. Casio America, Inc. is hereby dismissed from this action and shall be removed as a party from the docket and all subsequent papers filed in this action. The Complaint's allegations concerning Casio America, Inc. shall be deemed to be directed to NEC CASIO Mobile Communications, Ltd. NEC CASIO Mobile Communications, Ltd. shall answer, move, or otherwise plead in response to the First Amended Complaint on or before January 18, 2012. This substitution and dismissal is made without prejudice.

January 14, 2012

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *David E. Moore* |
| Richard D. Kirk (rk0922) | Richard L. Horwitz (rl2246) |
| Stephen B. Brauerman (sb4952) | David E. Moore (dm3983) |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, Sixth Floor |
| Wilmington, DE 19801 | 1313 North Market Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| rkirk@bayardlaw.com | (302) 984-6000 |
| sbrauerman@bayardlaw.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| OF COUNSEL: | OF COUNSEL: |
| Marc A. Fenster | Scott D. Stimpson |
| Russ, August & Kabat | Sills Cummis & Gross P.C. |
| 12424 Wilshire Boulevard, Twelfth Floor | 30 Rockefeller Plaza |
| Los Angeles, CA 90025-1031 | New York, NY 10112 |
| (310) 826-7474 | (212) 500-1550 |
| mfenster@raklaw.com | sstimpson@sillscummis.com |
| *Attorneys for Plaintiff CyberFone Systems, LLC* | *Attorneys for Defendants Casio America, Inc. and NEC CASIO Mobile Communications, Ltd.* |

**IT IS SO ORDERED** this _____ day of January, 2012.

_____
The Honorable Sue L. Robinson
United States District Judge