# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) |
| Plaintiff, | ) ) C.A. No. 11-827-SLR |
| v. | ) ) |
| CELLCO PARTNERSHIP; *et al.,* | ) ) |
| Defendants. | ) ) |

## NEC CASIO MOBILE COMMUNICATIONS, LTD.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NEC CASIO Mobile Communications, Ltd. ("NCmobile") provides this corporate disclosure statement. NCmobile identifies the following parent corporations and publicly held corporations that own 10% or more of its stock: NEC Corporation, CASIO COMPUTER CO., LTD., and Hitachi, Ltd.

                Respectfully submitted,

                POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
| | Richard L. Horwitz (#2246) |
| Scott D. Stimpson | David E. Moore (#3983) |
| Katherine M. Lieb | Hercules Plaza, 6th Floor |
| David C. Lee | 1313 N. Market Street |
| Trent S. Dickey | Wilmington, Delaware 19801 |
| SILLS CUMMIS & GROSS P.C. | Tel:  (302) 984-6000 |
| 30 Rockefeller Plaza | rhorwitz@potteranderson.com |
| New York, NY 10112 | dmoore@potteranderson.com |
| Tel: (212) 643-7000 | |
| | *Attorneys for Defendant* |
| Dated:  January 18, 2012 | *NEC CASIO Mobile Communications, Ltd.* |
| 1043316 / 37380 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on January 18, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 18, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff* | Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Russ, August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>mfenster@raklaw.com<br>*Attorneys for Plaintiff* |
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendant AT&T Mobility LLC*<br>*formerly known as Cingular Wireless LLC* | Evan Finkel<br>Mark R. Kendrick<br>Michael S. Horikawa<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA  90017-5406<br>evan.finkel@pillsburylaw.com<br>mark.kendrick@pillsburylaw.com<br>michael.horikawa@pillsburylaw.com<br>*Attorneys for Defendant AT&T Mobility LLC*<br>*formerly known as Cingular Wireless LLC* |

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

| | |
|---|---|
| Michael K. Kellogg<br>Evan T. Leo<br>Wan J. Kim<br>Michael E. Joffre<br>Kiran S. Raj<br>W. Joss Nichols<br>Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>mkellogg@khhte.com<br>eleo@khhte.com<br>wkim@khhte.com<br>mjoffre@khhte.com<br>kraj@khhte.com<br>jnichols@khhte.com<br>*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless* | Michael L. Brody<br>Jonathan E. Retsky<br>Thomas M. Williams<br>James Winn<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601-9703<br>mbrody@winston.com<br>jretsky@winston.com<br>twilliams@winston.com<br>jwinn@winston.com<br>*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.* |
| Krishnan Padmanabhan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>kpadmanabhan@winston.com<br>*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.* | Yar R. Chaikovsky<br>John A. Lee<br>Cary Chien<br>McDermott Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>ychaikovsky@mwe.com<br>jlee@mwe.com<br>cchien@mwe.com<br>*Attorneys for Defendants Futurewei Technologies Inc.* |
| Rex A. Donnelly , IV<br>Ratner & Prestia<br>1007 Orange Street, Suite 1100<br>Wilmington, DE 19899-1596<br>radonnelly@ratnerprestia.com<br>*Attorneys for Defendant Hewlett-Packard Company* | Margaret Elizabeth Day<br>Sal Lim<br>Marc Belloli<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301<br>eday@feinday.com<br>Slim@feinday.com<br>mbelloli@feinday.com<br>*Attorneys for Defendant Hewlett-Packard Company* |

| | |
|---|---|
| Yar R. Chaikovsky<br>McDermott Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>ychaikovsky@mwe.com<br>*Attorneys for Defendant HTC America Inc.* | Daniel R. Foster<br>McDermott Will & Emery LLP<br>18191 Von Karman Avenue, Suite 500<br>Irvine, CA  92612-7108<br>dfoster@mwe.com<br>*Attorneys for Defendant HTC America Inc.* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Defendant Kyocera Communications, Inc.* | David C. Doyle<br>M. Andrew Woodmansee<br>E. Dale Buxton<br>Mary Prendergast<br>Morrison & Foerster LLP<br>12531 High Bluff Drive<br>San Diego, CA  92130-2040<br>ddoyle@mofo.com<br>mawoodmansee@mofo.com<br>dbuxton@mofo.com<br>mprendergast@mofo.com<br>*Attorneys for Defendant Kyocera Communications, Inc.* |
| Brett E. Cooper<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY  10036<br>bcooper@mckoolsmith.com<br>*Attorneys for Defendant MetroPCS Wireless Inc.* | Steven J. Pollinger<br>McKool Smith<br>300 W. 6th Street, Suite 1700<br>Austin, TX  78701<br>spollinger@mckoolsmith.com<br>*Attorneys for Defendant MetroPCS Wireless Inc.* |
| Jeffrey L. Moyer<br>Elizabeth R. He<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>he@rlf.com<br>*Attorneys for Defendant Nokia Inc.* | Robert F. Perry<br>Allison H. Altersohn<br>Mark H. Francis<br>Charles D. Lee<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br>rperry@kslaw.com<br>aaltersohn@kslaw.com<br>mfrancis@kslaw.com<br>clee@kslaw.com<br>*Attorneys for Defendant Nokia Inc.* |

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Cecil S. Chung
Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182
cchung@park-law.com
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Kevin F. Brady
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
kbrady@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

Dominic E. Massa
Dana O. Burwell
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Dominic.massa@wilmerhale.com
Dana.burwell@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Christopher.noyes@wilmerhale.com
Omar.khan@wilmerhale.com
Andrea.pacelli@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Cono Carrano
Jin-Suk Park
Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Denise S. Kraft
Aleine Porterfield
919 North Market St., Suite 1500
Wilmington, DE  19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Christopher P. Broderick
Richard de Bodo
Andrew Devkar
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
christopher.broderick@dlapiper.com
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30390
Mstockwell@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Amr O. Aly
Kilpatrick Townsend & Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Aaly@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Jalemanni@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1031885 / 37380 / 37366