IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) | C.A. No. 11-827-SLR |
| v. | ) ) | |
| CELLCO PARTNERSHIP; *et al.,* | ) ) | |
| Defendants. | ) | |

## NEC CASIO MOBILE COMMUNICATIONS, LTD.'S
## MOTION TO SEVER FOR MISJOINDER

NEC CASIO Mobile Communications, Ltd. ("NCmobile") hereby respectfully and fully joins the Moving Wireless Handset Manufacturers' Motion to Sever for Misjoinder ("the Motion to Sever") filed on December 20, 2011 and pending in this case. Accordingly, for the reasons set forth in the Motion to Sever and in the accompanying Opening Brief in support thereof, NCmobile respectfully requests that the Court sever this case pursuant to Federal Rules of Civil Procedure 20(a)(2) and 21. NCmobile was recently substituted for Casio America, Inc. in this Action, and agrees to follow the briefing schedule set forth in the Court's January 10, 2012 Order. In the First Amended Complaint, Casio America was identified as a Wireless Handset Manufacturer, and pursuant to the Substitution and Order, all allegations against Casio America, Inc. shall be deemed to be against NCmobile.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246) |
| Scott D. Stimpson | David E. Moore (#3983) |
| Katherine M. Lieb | Hercules Plaza, 6th Floor |
| David C. Lee | 1313 N. Market Street |
| Trent S. Dickey | Wilmington, Delaware 19801 |
| SILLS CUMMIS & GROSS P.C. | Tel: (302) 984-6000 |
| 30 Rockefeller Plaza | rhorwitz@potteranderson.com |
| New York, NY 10112 | dmoore@potteranderson.com |
| Tel: (212) 643-7000 | |
| | *Attorneys for Defendant* |
| Dated: January 18, 2012 | *NEC CASIO Mobile Communications, Ltd.* |
| 1043315 / 37380 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on January 18, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 18, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff* | Marc A. Fenster<br>Bruce D. Kuyper<br>Fredricka Ung<br>Russ, August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>mfenster@raklaw.com<br>*Attorneys for Plaintiff* |
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendant AT&T Mobility LLC*<br>*formerly known as Cingular Wireless LLC* | Evan Finkel<br>Mark R. Kendrick<br>Michael S. Horikawa<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>evan.finkel@pillsburylaw.com<br>mark.kendrick@pillsburylaw.com<br>michael.horikawa@pillsburylaw.com<br>*Attorneys for Defendant AT&T Mobility LLC*<br>*formerly known as Cingular Wireless LLC* |

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
mbrody@winston.com
jretsky@winston.com
twilliams@winston.com
jwinn@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendants Futurewei Technologies Inc.*

Rex A. Donnelly , IV
Ratner & Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com
*Attorneys for Defendant Hewlett-Packard Company*

Margaret Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
Slim@feinday.com
mbelloli@feinday.com
*Attorneys for Defendant Hewlett-Packard Company*

Yar R. Chaikovsky
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
*Attorneys for Defendant HTC America Inc.*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Defendant Kyocera
Communications, Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless
Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Daniel R. Foster
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
dfoster@mwe.com
*Attorneys for Defendant HTC America Inc.*

David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com
*Attorneys for Defendant Kyocera
Communications, Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless
Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann  
Mary B. Matterer  
Morris James LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE  19801  
rherrmann@morrisjames.com  
mmatterer@morrisjames.com  
*Attorneys for Defendant Pantech Wireless Inc.*

Cecil S. Chung  
Wayne M. Helge  
Alan A. Wright  
H. C. Park & Associated, PLC  
850 Leesburg Pike, Suite 7500  
Vienna, VA  22182  
cchung@park-law.com  
whelge@park-law.com  
awright@park-law.com  
*Attorneys for Defendant Pantech Wireless Inc.*

Kevin F. Brady  
Connolly, Bove, Lodge & Hutz  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE  19899  
kbrady@cblh.com  
*Attorneys for Defendant Research in Motion Corporation*

Dominic E. Massa  
Dana O. Burwell  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA  02109  
Dominic.massa@wilmerhale.com  
Dana.burwell@wilmerhale.com  
*Attorneys for Defendant Research in Motion Corporation*

Christopher R. Noyes  
Omar Khan  
Andrea Pacelli  
Wilmer Cutler Pickering Hale and Dorr LLP  
399 Park Avenue  
New York, NY  10022  
Christopher.noyes@wilmerhale.com  
Omar.khan@wilmerhale.com  
Andrea.pacelli@wilmerhale.com  
*Attorneys for Defendant Research in Motion Corporation*

Adam W. Poff  
Pilar G. Kraman  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE  19801  
apoff@ycst.com  
pkraman@ycst.com  
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Cono Carrano  
Jin-Suk Park  
Amanda R. Johnson  
Akin Gump Strauss Hauer & Feld, LLP  
1333 New Hampshire Avenue, NW  
Washington, DC  20036  
ccarrano@akingump.com  
jspark@akingump.com  
arjohnson@akingump.com  
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Denise S. Kraft  
Aleine Porterfield  
919 North Market St., Suite 1500  
Wilmington, DE  19801  
denise.kraft@dlapiper.com  
aleine.porterfield@dlapiper.com  
*Attorneys for Defendant Sharp Electronics Corporation*

Christopher P. Broderick
Richard de Bodo
Andrew Devkar
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
christopher.broderick@dlapiper.com
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30390
Mstockwell@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Amr O. Aly
Kilpatrick Townsend & Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019
Aaly@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Jalemanni@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1031885 / 37380 / 37366