IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-827-SLR |
| CELLCO PARTNERSHIP et al., | ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

PLEASE TAKE NOTICE that the law firm of Young Conaway Stargatt & Taylor, LLP has moved to new offices.  Effective January 30, 2012, the firm's address is as follows:

> **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
> Rodney Square
> 1000 North King Street
> Wilmington, DE  19801

The firm's telephone number, facsimile number and attorney e-mail addresses will remain unchanged.

Dated:  February 1, 2012

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/  *Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE  19801
302-571-6600
*apoff@ycst.com*

01: 11768618.1