**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.;  T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM  U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; NEC CASIO MOBILE COMMUNICATONS LTD.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 11-827-SLR |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that the law firm of Young Conaway Stargatt &

Taylor, LLP has moved to new offices.  Effective January 30, 2012, the firm's address is as

follows:

> **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
> Rodney Square
> 1000 North King Street
> Wilmington, DE  19801

The firm's telephone number, facsimile number and attorney e-mail addresses will remain

unchanged.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

February 7, 2012

Karen L. Pascale (#2903) [kpascale@ycst.com]
James L. Higgins (#5021) [jhiggins@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600

*Of Counsel:*

MCKENNA LONG & ALDRIDGE LLP
R. Tyler Goodwyn, IV
Song K. Jung
Renzo N. Rocchegiani
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Defendant*
*LG Electronics MobileComm U.S.A., Inc.*