IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA WIRELESS CORP,<br><br>Defendants. | C.A. No. 11-827 (SLR) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the address for attorney Daniel R. Foster of MCDERMOTT, WILL & EMERY LLP, counsel of record for defendant HTC America, Inc., has changed to 4 Park Plaza, Suite 1700, Irvine, California 92614-2559. The new telephone number is (949) 851-0633 and the new facsimile number is (949) 534-9917. The attorney's e-mail address remains the same.

                                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                 */s/ Regina S.E. Murphy*

                                                                  Jack B. Blumenfeld (#1014)
                                                                  Karen Jacobs Louden (#2881)
                                                                  Paul Saindon (#5110)
                                                                  Regina S.E. Murphy (#5648)
                                                                  1201 N. Market Street
                                                                  P.O. Box 1347
                                                                  Wilmington, DE  19899-1347
                                                                  (302) 658-9200
                                                                  jblumenfeld@mnat.com
                                                                  klouden@mnat.com

OF COUNSEL:                               psaindon@mnat.com
                                                                  rmurphy@mnat.com
Yar R. Chaikovsky                          *Attorneys for Defendant HTC America, Inc.*
MCDERMOTT, WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
(650) 815-7400

Daniel R. Foster
MCDERMOTT WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
(949) 851-0633

February 8, 2012
5354274