## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA WIRELESS CORP,<br><br>Defendants. | C.A. No.11-827 (SLR) |

## **UNOPPOSED MOTION TO CHANGE CASE CAPTION**

WHEREAS, on January 18, 2012, Defendant NEC CASIO Mobile Communications, Ltd. ("NCMobile") was substituted into this matter in place of Casio America, Inc. (01/18/2012, SO ORDERED regarding D.I. 125),

NOW THEREFORE, NCMobile respectfully requests that the caption going forward in this matter should be amended as follows:

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>            Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; NEC CASIO MOBILE COMMUNICATIONS, LTD.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA WIRELESS CORP,<br><br>            Defendants. | C.A. No. 11-827 (SLR) |

No party has objected to this motion.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Scott D. Stimpson | David E. Moore (#3983) |
| SILLS CUMMIS & GROSS P.C. | Hercules Plaza, 6th Floor |
| 30 Rockefeller Plaza | 1313 N. Market Street |
| New York, NY 10112 | Wilmington, Delaware 19801 |
| Tel: (212) 643-7000 | Tel: (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| Dated: February 14, 2012 | dmoore@potteranderson.com |
| 1047294 /37380 |  |

*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

**IT IS SO ORDERED** this _____ day of February, 2012.

                                         The Honorable Sue L. Robinson
                                         United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 14, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 14, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Marc A. Fenster |
| Stephen B. Brauerman | Bruce D. Kuyper |
| Bayard, P.A. | Fredricka Ung |
| 222 Delaware Avenue, Suite 900 | Russ, August & Kabat |
| Wilmington, DE 19899 | 12424 Wilshire Boulevard, 12th Floor |
| rkirk@bayardlaw.com | Los Angeles, CA 90025-1031 |
| sbrauerman@bayardlaw.com | bkuyper@raklaw.com |
| *Attorneys for Plaintiff* | fung@raklaw.com |
| | mfenster@raklaw.com |
| | *Attorneys for Plaintiff* |
| | |
| John G. Day | Evan Finkel |
| Tiffany Geyer Lydon | Mark R. Kendrick |
| Andrew C. Mayo | Michael S. Horikawa |
| Ashby & Geddes | Pillsbury Winthrop Shaw Pittman LLP |
| 500 Delaware Avenue, 8th Floor | 725 South Figueroa Street, Suite 2800 |
| Wilmington, DE 19899 | Los Angeles, CA 90017-5406 |
| jday@ashby-geddes.com | evan.finkel@pillsburylaw.com |
| tlydon@ashby-geddes.com | mark.kendrick@pillsburylaw.com |
| amayo@ashby-geddes.com | michael.horikawa@pillsburylaw.com |
| *Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC* | *Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC* |

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
mbrody@winston.com
jretsky@winston.com
twilliams@winston.com
jwinn@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendants Futurewei Technologies Inc.*

Rex A. Donnelly , IV
Ratner & Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com
*Attorneys for Defendant Hewlett-Packard Company*

Margaret Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301
eday@feinday.com
Slim@feinday.com
mbelloli@feinday.com
*Attorneys for Defendant Hewlett-Packard Company*

Yar R. Chaikovsky
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
ychaikovsky@mwe.com
*Attorneys for Defendant HTC America Inc.*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Daniel R. Foster
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, CA  92612-7108
dfoster@mwe.com
*Attorneys for Defendant HTC America Inc.*

David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX  78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Cecil S. Chung
Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182
cchung@park-law.com
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Kevin F. Brady
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
kbrady@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

Dominic E. Massa
Dana O. Burwell
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Dominic.massa@wilmerhale.com
Dana.burwell@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Christopher.noyes@wilmerhale.com
Omar.khan@wilmerhale.com
Andrea.pacelli@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Cono Carrano
Jin-Suk Park
Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Denise S. Kraft
Aleine Porterfield
919 North Market St., Suite 1500
Wilmington, DE  19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Christopher P. Broderick
Richard de Bodo
Andrew Devkar
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
christopher.broderick@dlapiper.com
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30390
Mstockwell@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Amr O. Aly
Kilpatrick Townsend & Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Aaly@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Jalemanni@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

- 7 -

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1031885 / 37380 / 37366