IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLCO PARTNERSHIP, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | C.A. No. 11-827 (SLR) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Defendants Research In Motion LTD. and Research In Motion Corp. (collectively "RIM") hereby notify the Court that Kevin Brady is withdrawing his appearance on behalf of RIM in this action and Chad S.C. Stover of Connolly Bove Lodge & Hutz LLP will substitute as counsel for RIM in this action. Counsel from Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent RIM in this action.

Dated: February 15, 2012

/s/ Chad S.C. Stover
Chad S.C. Stover (#4919)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cstover@cblh.com

*Attorney for Research In Motion, Ltd. and Research In Motion Corp.*

/s/ Kevin F. Brady
Kevin F. Brady (#2248)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
(302) 574-7412
kbrady@eckertseamans.com

*Of Counsel:*

William F. Lee
Dominic E. Massa
Christopher R. Noyes
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000


4652445