IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-827-SLR |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 STATEMENT OF DEFENDANT ZTE (USA) INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ZTE (USA) INC. hereby discloses the following:

ZTE (USA) INC. is a wholly owned subsidiary of ZTE Corporation. ZTE Corporation is the only publicly held corporation that owns ten percent (10%) or more of ZTE (USA) INC.'s stock.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant ZTE (USA) Inc.*

*Of Counsel:*

E. Robert Yoches
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000
bob.yoches@finnegan.com

Dated: February 22, 2012

{00606926;v1}  2