**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>        Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 1, 2012, copies of (1) **PLAINTIFF CYBERFONE SYSTEMS, LLC'S FIRST SET OF COMMON INTERROGATORIES TO DEFENDANTS**; (2) **PLAINTIFF CYBERFONE SYSTEMS, LLC'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION TO DEFENDANTS**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Mary B. Graham
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Steven J. Fineman
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Jeffrey L. Moyer
Elizabeth R. He
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

| | |
|---|---|
| Richard K. Herrmann<br>Mary Matterer<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 | Karen L. Pascale<br>James L. Higgins<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 |
| Pilar G. Kraman<br>Adam W. Poff<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801 |
| Denise S. Kraft<br>Aleine Michelle Porterfield<br>DLA PIPER LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | David E. Ross<br>Collins J. Seitz, Jr.<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 South West Street, Suite 400<br>Wilmington, DE  19801 |
| John W. Shaw<br>Andrew Russell<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801 | Chad S.C. Stover<br>CONNOLLY BOVE LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 |

**BY ELECTRONIC AND U.S. MAIL**

| | |
|---|---|
| Allison H. Altersohn<br>Mark H. Francis<br>Robert F. Perry<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Charles D. Lee<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 |
| Amr O. Aly<br>KILPATRICK TOWNSEND & STOCKTON<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 | Marc C. Belloli<br>Margaret E. Day<br>Sal Lim<br>FEINBERG DAY ALBERTI<br>   & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301 |

William P. Atkins
PILLSBURY WINTHROP SHAW
   PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122

Christopher P. Broderick
Andrew V. Devkar
Richard de Bodo
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704

Omar Khan
Christopher R. Noyes
Andrea Pacelli
WILMER CUTLER PICKERING
   HALE & DORR
399 Park Avenue
New York, New York 10022

E. Dale Buxton
David C. Doyle
Mary Prendergast
Mark A. Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040

Yar R. Chaikovsky
McDERMOTT WILL & EMERY
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

Evan Finkel
Michael S. Horikawa
Mark R. Kendrick
PILLSBURY WINTHROP SHAW
   PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

Dana O. Burwell
WILMER CUTLER PICKERING
   HALE & DORR
60 State Street
Boston, Massachusetts 02109

Jason M. Bussey
Jeffrey E. Danley
Harrison J. Frahn, IV
SIMPSON THACHER & BARLTETT LLP
2550 Hanover Street
Palo Alto, California 94304

Cono A. Carrano
Amanda R. Johnson
Kellie M. Johnson
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP

Michael E. Joffre
Michael K. Kellogg
Wan J. Kim
Evan T. Leo
W. Joss Nichols
Kiran Raj
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036

3

| | |
|---|---|
| Jeffri A. Kaminski<br>Justin E. Pierce<br>VENABLE LLP<br>575 Seventh Street, NW<br>Washington, DC 20004<br><br>Robert D. Leighton<br>Richard J. O'Brien<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603 | David C. Lee<br>Katherine M. Lieb<br>Scott D. Stimpson<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| March 1, 2012<br><br>OF COUNSEL:<br>Bruce D. Kuyper<br>Marc A. Fenster<br>Fredericka Ung<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474<br>bkuyper@raklaw.com<br>mfenster@raklaw.com<br>fung@raklaw.com | BAYARD, P.A.<br><br>/s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5938)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff CyberFone Systems, LLC* |