

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: sbrauerman@bayardlaw.com

March 5, 2012

**FILED ELECTRONICALLY**  
<u>**ORIGINAL BY HAND**</u>

The Honorable Sue L. Robinson  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801-3570

Re: *CyberFone Sys. LLC v. Cellco Partnership,* C. A. No. 11-827 (SLR);  
*CyberFone Sys. LLC v. Atlantic Broadband Finance, LLC.* C.A. No. 11-828 (SLR);  
*CyberFone Sys. LLC v. CNN Interactive Group, Inc.,* C.A. No. 11-829 (SLR);  
*CyberFone Sys. LLC v. Avaya Inc.,* C.A. No. 11-830 (SLR);  
*CyberFone Sys. LLC v. Amazon.com, Inc.,* C.A. No. 11-831 (SLR);  
*CyberFone Sys. LLC v. Vlingo Corp.,* C.A. No. 11-832 (SLR);  
*CyberFone Sys. LLC v. Sony Elecs. Inc.,* C.A. No. 11-833 (SLR);

Dear Judge Robinson:

Pursuant to the Court's Order for In-Person Scheduling Conference in the above-referenced actions, the parties submit the attached proposed Orders in advance of tomorrow's Scheduling Conference. The parties met and conferred, but were unable to reach full agreement on the proposed Scheduling Orders for these actions.

Attached hereto are the parties' scheduling proposals. Exhibit A, entitled "Joint Proposed Scheduling Order," reflects Plaintiff's proposal for setting all of the dates for discovery and pretrial events and other discovery limitations at this initial conference. It also includes the alternative proposals of Defendants in the 11-827 to 833 actions for those items in Plaintiff's proposal should this Court decide that it is advisable to set those dates and discovery limitations at this conference. Exhibit B, entitled "Defendants' Proposed Scheduling Order," reflects the position of Defendants in the 11-827 to 11-833 actions that these cases are best managed by setting a schedule for the early stages of discovery pursuant to this Court's Default Standards for Discovery, followed by a status conference at which



The Honorable Sue L. Robinson
March 5, 2012
Page 2

dates for the remaining discovery and pretrial events and other discovery limitations would be set.

        Respectfully submitted,

        /s/ Stephen B. Brauerman

        Stephen B. Brauerman (sb4952)

cc:  All counsel