IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>            Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF WITHDRAWAL OF DISCOVERY REQUESTS

PLEASE TAKE NOTICE that, in response to the Court's comments at the scheduling conference on March 6, 2012, plaintiff CyberFone Systems, LLC ("CyberFone") hereby withdraws (i) CyberFone's First Set of Common Interrogatories to Defendants and (ii) CyberFone's First Set of Common Requests for Production to Defendants, which were served on March 1, 2012 on all Defendants in this action.

March 7, 2012

OF COUNSEL:

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031
(310) 826-7474
bkuyper@raklaw.com
mfenster@raklaw.com
fung@raklaw.com

BAYARD, P.A.

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff CyberFone Systems, LLC*