IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, *et al.*, <br><br> Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 15, 2012, copies of (1) **PLAINTIFF CYBERFONE SYSTEMS, LLC'S INITIAL DISCLOSURES**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Mary B. Graham
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

Steven J. Fineman
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Jeffrey L. Moyer
Elizabeth R. He
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

| | |
|---|---|
| Richard K. Herrmann<br>Mary Matterer<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 | Karen L. Pascale<br>James L. Higgins<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 |
| Pilar G. Kraman<br>Adam W. Poff<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801 |
| Denise S. Kraft<br>Aleine Michelle Porterfield<br>DLA PIPER LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | David E. Ross<br>Collins J. Seitz, Jr.<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 South West Street, Suite 400<br>Wilmington, DE  19801 |
| John W. Shaw<br>Andrew Russell<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801 | Chad S.C. Stover<br>CONNOLLY BOVE LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 |

**BY ELECTRONIC AND U.S. MAIL**

| | |
|---|---|
| Allison H. Altersohn<br>Mark H. Francis<br>Robert F. Perry<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Charles D. Lee<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 |
| Amr O. Aly<br>KILPATRICK TOWNSEND & STOCKTON<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 | Marc C. Belloli<br>Margaret E. Day<br>Sal Lim<br>FEINBERG DAY ALBERTI<br>  & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301 |

William P. Atkins
PILLSBURY WINTHROP SHAW
   PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122

Christopher P. Broderick
Andrew V. Devkar
Richard de Bodo
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704

Omar Khan
Christopher R. Noyes
Andrea Pacelli
WILMER CUTLER PICKERING
   HALE & DORR
399 Park Avenue
New York, New York 10022

E. Dale Buxton
David C. Doyle
Mary Prendergast
Mark A. Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040

Kellie M. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624

Evan Finkel
Michael S. Horikawa
Mark R. Kendrick
PILLSBURY WINTHROP SHAW
   PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

Dana O. Burwell
WILMER CUTLER PICKERING
   HALE & DORR
60 State Street
Boston, Massachusetts 02109

Jason M. Bussey
Jeffrey E. Danley
Harrison J. Frahn, IV
SIMPSON THACHER & BARLTETT LLP
2550 Hanover Street
Palo Alto, California 94304

Cono A. Carrano
Amanda R. Johnson
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Yar R. Chaikovsky
McDERMOTT WILL & EMERY
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

| | |
|---|---|
| Michael E. Joffre<br>Michael K. Kellogg<br>Wan J. Kim<br>Evan T. Leo<br>W. Joss Nichols<br>Kiran Raj<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | John T. Gallagher<br>David C. Lee<br>Katherine M. Lieb<br>Scott D. Stimpson<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| Jeffri A. Kaminski<br>Justin E. Pierce<br>VENABLE LLP<br>575 Seventh Street, NW<br>Washington, DC 20004 | Robert D. Leighton<br>Richard J. O'Brien<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603 |

March 15, 2012

OF COUNSEL:

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031
(310)826-7474
bkuyper@raklaw.com
mfenster@raklaw.com
fung@raklaw.com

BAYARD, P.A.
/s/ Vanessa R. Tiradentes
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff CyberFone Systems, LLC*