## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 11- 00827-SLR |
| CELLCO PARTNERSHIP, et al., | |
| Defendants. | JURY TRIAL DEMANDED |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that the appearance of attorney Cecil S. Chung is hereby withdrawn as counsel of record for Defendant Pantech Wireless, Inc. ("Pantech"). Pantech continues to be represented by the law firms of Morris James LLP and H. C. Park & Associates, PLC.

Dated: March 23, 2012

By:  */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Pantech Wireless, Inc.*