**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 11-827-SLR |
| v. | )<br>) |
| CELLCO PARTNERSHIP; *et al.,* | )<br>) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on March 27, 2012 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT NEC CASIO MOBILE COMMUNICATIONS, LTD.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
bkuyper@raklaw.com
fung@raklaw.com
mfenster@raklaw.com
ecarsten@raklaw.com
*Attorneys for Plaintiff*

Harrison J. Frahn IV
Patrick E. King
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street,
Palo Alto, California 94304
hfrahn@stblaw.com
pking@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com
*Attorneys for Defendant Apple Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
John T. Gallagher
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
jgallagher@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendants Futurewei Technologies Inc.*

Rex A. Donnelly , IV
Ratner & Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com
*Attorneys for Defendant Hewlett-Packard Company*

Margaret Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
Slim@feinday.com
mbelloli@feinday.com
*Attorneys for Defendant Hewlett-Packard Company*

Daniel R. Foster
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
dfoster@mwe.com
*Attorneys for Defendant HTC America Inc.*

David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Yar R. Chaikovsky
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
*Attorneys for Defendant HTC America Inc.*

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

R. Tyler Goodwyn, IV
Song K. Jung
Renzo N. Rocchegiani
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006
tgoodwyn@mckennalong.com
sjung@mckennalong.com
rrocchegiani@mckennalong.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX  78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
cstover@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

| | |
|---|---|
| Dominic E. Massa<br>Dana O. Burwell<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>Dominic.massa@wilmerhale.com<br>Dana.burwell@wilmerhale.com<br>*Attorneys for Defendant Research in Motion Corporation* | Christopher R. Noyes<br>Omar Khan<br>Andrea Pacelli<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022<br>Christopher.noyes@wilmerhale.com<br>Omar.khan@wilmerhale.com<br>Andrea.pacelli@wilmerhale.com<br>*Attorneys for Defendant Research in Motion Corporation* |
| Adam W. Poff<br>Pilar G. Kraman<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>apoff@ycst.com<br>pkraman@ycst.com<br>*Attorneys for Defendant Samsung Telecommunications America, LLC* | Cono Carrano<br>Jin-Suk Park<br>Amanda R. Johnson<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036<br>ccarrano@akingump.com<br>jspark@akingump.com<br>arjohnson@akingump.com<br>*Attorneys for Defendant Samsung Telecommunications America, LLC* |
| Denise S. Kraft<br>Aleine Porterfield<br>919 North Market St., Suite 1500<br>Wilmington, DE  19801<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com<br>*Attorneys for Defendant Sharp Electronics Corporation* | Christopher P. Broderick<br>Richard de Bodo<br>Andrew Devkar<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA  90067-4704<br>christopher.broderick@dlapiper.com<br>richard.debodo@dlapiper.com<br>andrew.devkar@dlapiper.com<br>*Attorneys for Defendant Sharp Electronics Corporation* |
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>mgraham@mnat.com<br>*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.* | Jeffri A. Kaminski<br>Justin E. Pierce<br>Venable LLP<br>575 7th Street, NW<br>Washington, D.C. 20004-1601<br>jakaminski@venable.com<br>jpierce@venable.com<br>*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.* |

Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30390
Mstockwell@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Jalemanni@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Amr O. Aly
Kilpatrick Townsend & Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Aaly@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant ZTE (USA) Inc.*

E. Robert Yoches
Finnegan Henderson Farabow Garrett
  & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
bob.yoches@finnegan.com
*Attorneys for Defendant ZTE (USA) Inc.*

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Scott D. Stimpson | David E. Moore (#3983) |
| David C. Lee | Hercules Plaza, 6th Floor |
| Katherine M. Lieb | 1313 N. Market Street |
| Trent S. Dickey | Wilmington, Delaware 19801 |
| John T. Gallagher | Tel:  (302) 984-6000 |
| SILLS CUMMIS & GROSS P.C. | rhorwitz@potteranderson.com |
| 30 Rockefeller Plaza | dmoore@potteranderson.com |
| New York, NY 10112 |  |
| Tel: (212) 643-7000 | *Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.* |

Dated:  March 28, 2012
1052770/37380

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 28, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 28, 2012, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
cyberfone@raklaw.com
*Attorneys for Plaintiff*

Harrison J. Frahn IV
Patrick E. King
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street,
Palo Alto, California 94304
hfrahn@stblaw.com
pking@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com
*Attorneys for Defendant Apple Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC formerly known as Cingular Wireless LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
John T. Gallagher
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
jgallagher@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendants Futurewei Technologies Inc.*

Rex A. Donnelly , IV
Ratner & Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com
*Attorneys for Defendant Hewlett-Packard Company*

| | |
|---|---|
| Margaret Elizabeth Day<br>Sal Lim<br>Marc Belloli<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301<br>eday@feinday.com<br>Slim@feinday.com<br>mbelloli@feinday.com<br>*Attorneys for Defendant Hewlett-Packard Company* | Yar R. Chaikovsky<br>McDermott Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>ychaikovsky@mwe.com<br>*Attorneys for Defendant HTC America Inc.* |
| Daniel R. Foster<br>McDermott Will & Emery LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559<br>dfoster@mwe.com<br>*Attorneys for Defendant HTC America Inc.* | John W. Shaw<br>Karen E. Keller<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Defendant Kyocera Communications, Inc.* |
| David C. Doyle<br>M. Andrew Woodmansee<br>E. Dale Buxton<br>Mary Prendergast<br>Morrison & Foerster LLP<br>12531 High Bluff Drive<br>San Diego, CA  92130-2040<br>ddoyle@mofo.com<br>mawoodmansee@mofo.com<br>dbuxton@mofo.com<br>mprendergast@mofo.com<br>*Attorneys for Defendant Kyocera Communications, Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.* |

R. Tyler Goodwyn, IV
Song K. Jung
Renzo N. Rocchegiani
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
tgoodwyn@mckennalong.com
sjung@mckennalong.com
rrocchegiani@mckennalong.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA 22182
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

| | |
|---|---|
| Dominic E. Massa<br>Dana O. Burwell<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>Dominic.massa@wilmerhale.com<br>Dana.burwell@wilmerhale.com<br>*Attorneys for Defendant Research in Motion Corporation* | Christopher R. Noyes<br>Omar Khan<br>Andrea Pacelli<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022<br>Christopher.noyes@wilmerhale.com<br>Omar.khan@wilmerhale.com<br>Andrea.pacelli@wilmerhale.com<br>*Attorneys for Defendant Research in Motion Corporation* |
| Adam W. Poff<br>Pilar G. Kraman<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>apoff@ycst.com<br>pkraman@ycst.com<br>*Attorneys for Defendant Samsung Telecommunications America, LLC* | Cono Carrano<br>Jin-Suk Park<br>Amanda R. Johnson<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036<br>ccarrano@akingump.com<br>jspark@akingump.com<br>arjohnson@akingump.com<br>*Attorneys for Defendant Samsung Telecommunications America, LLC* |
| Denise S. Kraft<br>Aleine Porterfield<br>919 North Market St., Suite 1500<br>Wilmington, DE  19801<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com<br>*Attorneys for Defendant Sharp Electronics Corporation* | Christopher P. Broderick<br>Richard de Bodo<br>Andrew Devkar<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA  90067-4704<br>christopher.broderick@dlapiper.com<br>richard.debodo@dlapiper.com<br>andrew.devkar@dlapiper.com<br>*Attorneys for Defendant Sharp Electronics Corporation* |
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>mgraham@mnat.com<br>*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.* | Jeffri A. Kaminski<br>Justin E. Pierce<br>Venable LLP<br>575 7th Street, NW<br>Washington, D.C. 20004-1601<br>jakaminski@venable.com<br>jpierce@venable.com<br>*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.* |


Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30390
Mstockwell@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Amr O. Aly
Kilpatrick Townsend & Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Aaly@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

John C. Alemanni
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Jalemanni@kilpatricktownsend.com
*Attorneys for Defendant T-Mobile USA Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant ZTE (USA) Inc.*

E. Robert Yoches
Finnegan Henderson Farabow Garrett
   & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
bob.yoches@finnegan.com
*Attorneys for Defendant ZTE (USA) Inc.*

By:   */s/ David E. Moore*
         Richard L. Horwitz
         David E. Moore
         POTTER ANDERSON & CORROON LLP
         Tel:  (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

1031885 / 37380 / 37366