IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYBERFONE SYSTEMS, LLC (formerly      )
known as LVL PATENT GROUP, LLC),      )
                                      )
            Plaintiff,                )
                                      )   C.A. No. 11-827 (SLR)
      v.                              )
                                      )
CELLCO PARTNERSHIP; AT&T              )
MOBILITY, LLC; SPRINT SPECTRUM L.P.;  )
T-MOBILE USA, INC.; CRICKET           )
COMMUNICATIONS, INC.; VIRGIN          )
MOBILE USA, L.P.; UNITED STATES       )
CELLULAR CORPORATION; METROPCS        )
WIRELESS, INC.; TRACFONE WIRELESS,    )
INC.; BOOST MOBILE, LLC; APPLE, INC.; )
RESEARCH IN MOTION  CORPORATION;      )
NOKIA INC.; SAMSUNG                   )
TELECOMMUNICATIONS AMERICA,           )
INC.; MOTOROLA MOBILITY, INC.; HTC    )
AMERICA, INC.; SHARP ELECTRONICS      )
CORPORATION; PANTECH WIRELESS,        )
INC.; LG ELECTRONICS MOBILECOMM       )
U.S.A., INC.; HEWLETT-PACKARD         )
COMPANY; SONY ERICSSON MOBILE         )
COMMUNICATIONS (USA), INC.; CASIO     )
AMERICA, INC.; FUTUREWEI              )
TECHNOLOGIES, INC.; ZTE (USA) INC.;   )
AND KYOCERA WIRELESS CORP,            )
                                      )
            Defendants.               )

**<u>STIPULATION AND [PROPOSED] ORDER</u>**

      IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of

the Court, that:

      1.      Defendant Virgin Mobile USA, L.P. ("Virgin Mobile") may file a joinder

in the pending Moving Wireless Carriers' Motion to Stay (D.I. 99) ("Motion to Stay"), as to

which Plaintiff reserves all rights to oppose, as it already has (D.I. 136), other than based on its

timeliness; and

        2.    Virgin Mobile's time to answer the Amended Complaint is extended until

20 days after disposition of the Motion to Stay.


BAYARD, P.A.                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen B. Brauerman*          */s/ Paul Saindon*

_____     _____
Richard D. Kirk (#922)             Jack B. Blumenfeld (#1014)
Stephen B. Brauerman (#4952)      Karen Jacobs Louden (#2881)
222 Delaware Avenue               Paul Saindon (#5110)
Suite 900                          1201 N. Market Street
Wilmington, DE  19801            P.O. Box 1347
(302) 655-5000                  Wilmington, DE  19899-1347
rkirk@bayardlaw.com             (302) 658-9200
sbrauerman@bayardlaw.com      jblumenfeld@mnat.com
*Attorneys for Plaintiff*             klouden@mnat.com
                                psaindon@mnat.com
                                *Attorneys for Defendant*
                                *Virgin Mobile USA, L.P.*


March 28, 2012


SO ORDERED this _____ day of March, 2012.


                                  _____
                                  UNITED STATES DISTRICT JUDGE