IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA COMMUNICATIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 11-827-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2012, the following documents were served on the persons listed below in the manner indicated:

1. Defendant Kyocera Communications Inc.'s Rule 26(a)(1) Initial Disclosures

Richard D. Kirk, Esquire  
Bayard, P .A.  
222 Delaware Avenue, Suite 900            VIA ELECTRONIC MAIL  
Wilmington, DE 19801  

Marc A. Fenster, Esquire  
Russ, August & Kabat  
12424 Wilshire Blvd., 12th Floor            VIA ELECTRONIC MAIL  
Los Angeles, CA 90025-1031  

Collins J. Seitz, Jr., Esquire  
Seitz Ross Aronstam & Moritz, LLP  
100 South West Street, Suite 400            VIA ELECTRONIC MAIL  
Wilmington, DE 19801  

Michael K. Kellogg, Esquire  
Kellogg, Huber, Hansen, Todd, Evans & Figel  
1615 M Street, NW, Suite 400            VIA ELECTRONIC MAIL  
Washington, DC 20036  

Karen Jacobs Louden, Esquire  
Morris Nichols Arsht & Tunnell  
1201 North Market Street            VIA ELECTRONIC MAIL  
Wilmington, DE 19801  

Jack B. Blumenfeld, Esquire  
Morris Nichols Arsht & Tunnell  
1201 North Market Street            VIA ELECTRONIC MAIL  
Wilmington, DE 19801  

Mitchell G. Stockwell, Esquire  
Kilpatrick Townsend & Stockton LLP  
1100 Peachtree Street, Suite 2800            VIA ELECTRONIC MAIL  
Atlanta, GA 30309  

Amr O. Aly, Esquire  
Kilpatrick Townsend & Stockton LLP  
31 West 52nd Street, 14th Floor            VIA ELECTRONIC MAIL  
New York, NY 10019  

John C. Alemanni, Esquire  
Kilpatrick Townsend & Stockston LLP  
1001 West Fourth Street            VIA ELECTRONIC MAIL  
Winston-Salem, NC 2710

| | |
|---|---|
| Michael L. Brody, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | VIA ELECTRONIC MAIL |
| Krishnan Padmanabhan, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | VIA ELECTRONIC MAIL |
| Gregory P. Williams, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Richard J. O'Brien, Esquire<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | VIA ELECTRONIC MAIL |
| Brett E. Cooper, Esquire<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY 10036 | VIA ELECTRONIC MAIL |
| Steven J. Pollinger, Esquire<br>McKool Smith<br>300 West 6th Street, Suite 1700<br>Austin, TX 78701 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Harrison J. Frahn, Esquire<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304 | VIA ELECTRONIC MAIL |
| Chad S.C. Stover, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Dominic E. Massa, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109 | <u>VIA ELECTRONIC MAIL</u> |
| Christopher R. Noyes, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | <u>VIA ELECTRONIC MAIL</u> |
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Robert F. Perry, Esquire<br>King & Spalding LLP<br>1185 Avenue of the America<br>New York, NY 10036-4003 | <u>VIA ELECTRONIC MAIL</u> |
| Adam W. Poff, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Cono Carrano, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | <u>VIA ELECTRONIC MAIL</u> |
| Kellie Johnson, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201 | <u>VIA ELECTRONIC MAIL</u> |
| John A. Lee, Esquire<br>McDermott, Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025 | <u>VIA ELECTRONIC MAIL</u> |
| Daniel R. Foster, Esquire<br>McDermott, Will & Emery LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614-2559 | <u>VIA ELECTRONIC MAIL</u> |

| | |
|---|---|
| Denise S. Kraft, Esquire<br>DLA Piper (US) LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Christopher P. Broderick, Esquire<br>DLA Piper (US) LLP<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704 | VIA ELECTRONIC MAIL |
| Richard K. v, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | VIA ELECTRONIC MAIL |
| Alan A. Wright, Esquire<br>H.C. Park & Associates, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA 22182 | VIA ELECTRONIC MAIL |
| Rex A. Donnelly, IV, Esquire<br>Ratner Prestia<br>1007 Orange Street, Suite 1100<br>Wilmington, DE 19801-1231 | VIA ELECTRONIC MAIL |
| M. Elizabeth Day, Esquire<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301 | VIA ELECTRONIC MAIL |
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Jeffri A. Kaminski, Esquire<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004-1601 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |

Scott D. Stimpson, Esquire
Sills Cummis & Gross P.C.
30 Rockefeller Plaza                                       <u>VIA ELECTRONIC MAIL</u>
New York, NY 10112

E. Robert Yoches, Esquire
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW                                    <u>VIA ELECTRONIC MAIL</u>
Washington, DC 20001-4413

John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor                             <u>VIA ELECTRONIC MAIL</u>
P.O. Box 1150
Wilmington, DE 19899


                                                           SHAW KELLER LLP

                                                           <u>*/s/ Andrew E. Russell*</u>
                                                           John W. Shaw (No. 3362)
                                                           Andrew E. Russell (No. 5382)
                                                           300 Delaware Avenue, Suite 1120
                                                           Wilmington, DE 19801
                                                           (302) 298-0700
                                                           jshaw@shawkeller.com
                                                           arussell@shawkeller.com
                                                           *Attorneys for Defendant Kyocera Communications Inc.*

OF COUNSEL:
David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton II
Mary Prendergast
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
(858) 720-5100

Dated: March 28, 2012

6