IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA WIRELESS CORP,<br><br>Defendants. | C.A. No. 11-827 (SLR) |

**DEFENDANT VIRGIN MOBILE USA, L.P.'S JOINDER IN
THE MOVING WIRELESS CARRIERS' MOTION TO STAY**

Defendant Virgin Mobile USA, L.P. ("Virgin Mobile") hereby joins in the Moving Wireless Carriers' Motion to Stay ("Motion to Stay") (D.I. 99), filed on December 20, 2011. As noted in the Opening and Reply Briefs in support of the Motion to Stay (D.I. 100, 142), Virgin Mobile is a reseller of mobile handset devices, and the case against it should be stayed pursuant to the customer suit exception. Virgin Mobile has conferred with counsel for

- 2 -

Plaintiff, and Plaintiff does not oppose this joinder based on its timeliness, but reserves its rights regarding the merits of the Motion, which it has already opposed (D.I. 136). Therefore, for the reasons set forth in the Opening and Reply Briefs, Virgin Mobile requests that the Court stay the action as to it pending the resolution of the suit against the so-called "Wireless Handset Manufacturers."

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
psaindon@mnat.com
*Attorneys for Defendant*
*Virgin Mobile USA, L.P.*

March 28, 2012
5826059