IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-827-SLR |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of April, 2012, **ZTE (USA) INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | HAND DELIVERY |
| Marc A. Fenster, Esquire<br>Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA  90025-1031 | VIA ELECTRONIC MAIL |
| Collins J. Seitz, Jr., Esquire<br>Seitz Ross Aronstam & Moritz, LLP<br>100 South West Street<br>Suite 400<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Michael K. Kellogg, Esquire<br>Kellogg, Huber, Hansen, Todd, Evans & Figel<br>1615 M Street, NW, Suite 400<br>Washington, DC  20036 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Mitchell G. Stockwell, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA  30309 | VIA ELECTRONIC MAIL |
| Amr O. Aly, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>31 West 52nd Street, 14th Floor<br>New York, NY  10019 | VIA ELECTRONIC MAIL |
| John C. Alemanni, Esquire<br>Kilpatrick Townsend & Stockston LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101 | VIA ELECTRONIC MAIL |
| Michael L. Brody, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA ELECTRONIC MAIL |
| Krishnan Padmanabhan, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193 | VIA ELECTRONIC MAIL |
| Gregory P. Williams, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Richard J. O'Brien, Esquire<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | VIA ELECTRONIC MAIL |
| Brett E. Cooper, Esquire<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY 10036 | VIA ELECTRONIC MAIL |
| Steven J. Pollinger, Esquire<br>McKool Smith<br>300 West 6th Street<br>Suite 1700<br>Austin, TX 78701 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Harrison J. Frahn, Esquire<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304 | VIA ELECTRONIC MAIL |
| Chad S.C. Stover, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Dominic E. Massa, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109 | VIA ELECTRONIC MAIL |
| Christopher R. Noyes, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | VIA ELECTRONIC MAIL |

{00606991;v1 }

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Robert F. Perry, Esquire<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003 | VIA ELECTRONIC MAIL |
| Adam W. Poff, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Cono Carrano, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036 | VIA ELECTRONIC MAIL |
| Kellie Johnson, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX  75201 | VIA ELECTRONIC MAIL |
| John A. Lee, Esquire<br>McDermott, Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025 | VIA ELECTRONIC MAIL |
| Daniel R. Foster, Esquire<br>McDermott, Will & Emery LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559 | VIA ELECTRONIC MAIL |
| Denise S. Kraft, Esquire<br>DLA Piper (US) LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |

Christopher P. Broderick, Esquire  VIA ELECTRONIC MAIL
DLA Piper (US) LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA  90067-4704

Richard K. Herrmann, Esquire  VIA ELECTRONIC MAIL
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

Alan A .Wright, Esquire  VIA ELECTRONIC MAIL
H.C. Park & Associates, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182

Rex A. Donnelly, IV, Esquire  VIA ELECTRONIC MAIL
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE  19801-1231

M. Elizabeth Day, Esquire  VIA ELECTRONIC MAIL
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301

Mary B. Graham, Esquire  VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

Jeffri A. Kaminski, Esquire  VIA ELECTRONIC MAIL
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601

Richard L. Horwitz, Esquire  VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

| | |
|---|---|
| Scott D. Stimpson, Esquire<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY  10112 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Shaw Keller LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| David C. Doyle, Esquire<br>Morrison & Foerster<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA  92130 | VIA ELECTRONIC MAIL |
| John G. Day, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| William P. Atkins, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard<br>14th Floor<br>McLean, VA  22102 | VIA ELECTRONIC MAIL |
| Evan Finkel, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA  90017 | VIA ELECTRONIC MAIL |

{00606991;v1 }

          ASHBY & GEDDES

          */s/ Andrew C. Mayo*

          _____
          Steven J. Balick (I.D. #2114)
          Lauren E. Maguire (I.D. #4261)
          Andrew C. Mayo (I.D. #5207)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE  19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          lmaguire@ashby-geddes.com
          amayo@ashby-geddes.com

          *Attorneys for Defendant ZTE (USA) Inc.*

*Of Counsel:*

Barry W. Graham
E. Robert Yoches
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000
barry.graham@finnegan.com
bob.yoches@finnegan.com

Dated:  April 2, 2012

{00606991;v1 }