IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-827-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Yanbin Xu to represent defendant ZTE (USA) Inc. in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ *Andrew C. Mayo*
_____
Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant ZTE (USA) Inc.*

Dated: April 5, 2012

{00619654;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-827-SLR |
| ) | |
| v. ) | |
| ) | |
| CELLCO PARTNERSHIP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of _____, 2012, the Court having considered the motion for the admission *pro hac vice* of Yanbin Xu to represent defendant ZTE (USA) Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{00619654;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Yanbin Xu
Finnegan Henderson Farabow
 Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000

Dated: 4/4/12

{00619654;v1 }