IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-827-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please take notice that E. Robert Yoches, of Finnegan,

Henderson, Farabow, Garrett & Dunner LLP, hereby withdraws his appearance for ZTE (USA)

Inc., effective immediately.  ZTE (USA) Inc. shall continue to be represented by the law firms of

Finnegan, Henderson, Farabow, Garrett & Dunner LLP and Ashby & Geddes in this action.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Of Counsel:*

Barry W. Graham
Yanbin Zu
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000
barry.graham@finnegan.com
yanbin.xu@finnegan.com

*Attorneys for Defendant ZTE (USA) Inc.*

Dated:  April 5, 2012

{00620038;v1 }