IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br>　　　　　Plaintiff,<br>　　　v.<br>CELLCO PARTNERSHIP, *et al.*,<br>　　　　　Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 5, 2012, copies of (1) **CYBERFONE SYSTEMS, LLC'S DISCLOSURES PURSUANT TO SECTION 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**; (2) **CYBERFONE SYSTEMS, LLC'S DISCLOSURES PURSUANT TO SECTION 4(a) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Mary B. Graham
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

| | |
|---|---|
| Steven J. Fineman<br>RICHARDS LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Jeffrey L. Moyer<br>Elizabeth R. He<br>RICHARDS LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 |
| Richard K. Herrmann<br>Mary Matterer<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 | Karen L. Pascale<br>James L. Higgins<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 |
| Pilar G. Kraman<br>Adam W. Poff<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801 |
| Denise S. Kraft<br>Aleine M. Porterfield<br>DLA PIPER LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | David E. Ross<br>Collins J. Seitz, Jr.<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 South West Street, Suite 400<br>Wilmington, DE  19801 |
| John W. Shaw<br>Andrew Russell<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801 | Chad S.C. Stover<br>CONNOLLY BOVE LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 |
| Paul Saindon<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street<br>Wilmington, DE  19801 | |

**BY ELECTRONIC AND U.S. MAIL**

| | |
|---|---|
| Allison H. Altersohn<br>Mark H. Francis<br>Robert F. Perry<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Charles D. Lee<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 |

Evan Finkel
Michael S. Horikawa
Mark R. Kendrick
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

William P. Atkins
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122

Christopher P. Broderick
Andrew V. Devkar
Richard de Bodo
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704

E. Dale Buxton
David C. Doyle
Mary Prendergast
Mark A. Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040

John T. Gallagher
David C. Lee
Katherine M. Lieb
Scott D. Stimpson
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, New York 10112

Kellie M. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624

Marc C. Belloli
Margaret E. Day
Sal Lim
FEINBERG DAY ALBERTI
  & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301

Dana O. Burwell
WILMER CUTLER PICKERING
  HALE & DORR
60 State Street
Boston, MA 02109

Omar Khan
Christopher R. Noyes
Andrea Pacelli
WILMER CUTLER PICKERING
  HALE & DORR
399 Park Avenue
New York, NY 10022

Jason M. Bussey
Jeffrey E. Danley
Harrison J. Frahn, IV
SIMPSON THACHER & BARLTETT LLP
2550 Hanover Street
Palo Alto, CA 94304

Cono A. Carrano
Amanda R. Johnson
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Yar R. Chaikovsky
Cary Chien
McDERMOTT WILL & EMERY
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

3

| | |
|---|---|
| Jeffri A. Kaminski<br>Justin E. Pierce<br>VENABLE LLP<br>575 Seventh Street, NW<br>Washington, DC 20004 | Robert D. Leighton<br>Richard J. O'Brien<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603 |

Michael E. Joffre
Michael K. Kellogg
Wan J. Kim
Evan T. Leo
W. Joss Nichols
Kiran Raj
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036


Dated: April 5, 2012                                           BAYARD, P.A.

Of Counsel:                                                    /s/ *Stephen B. Brauerman*
                                                               Richard D. Kirk (rk0922)
Marc A. Fenster                                                Stephen B. Brauerman (sb4952)
Bruce D. Kuyper                                                Vanessa R. Tiradentes (vt5398)
Eric J. Carsten                                                222 Delaware Avenue, Suite 900
Fredricka Ung                                                  Wilmington, DE  19801
Russ August & Kabat                                            (302) 655-5000
12424 Wilshire Boulevard, 12th Floor                           rkirk@bayardlaw.com
Los Angeles, CA 90025-1031                                     sbrauerman@bayardlaw.com
(310) 826-7474                                                 vtiradentes@bayardlaw.com
mfenster@raklaw.com
bkuyper@raklaw.com                                             Attorneys for Plaintiff,
ecarsten@raklaw.com                                            CyberFone Systems, LLC
fung@raklaw.com

4