IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 11-827 (SLR) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Sony Mobile Communications (USA), Inc.'s Disclosures Pursuant To Section 3 Of The Delaware Default Standard For Discovery Of Electronically Stored Information* were caused to be served on May 1, 2012, upon counsel for Plaintiff CyberFone Systems, LLC in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| BAYARD, P.A. | RUSS AUGUST & KABAT |
| Richard D. Kirk | Bruce D. Kuyper |
| **rkirk@bayardlaw.com** | **bkuyper@raklaw.com** |
| Stephen B. Brauerman | Marc A. Fenster |
| **sbrauerman@bayardlaw.com** | **mfenster@raklaw.com** |
| Vanessa Ribeiro Tiradentes | Fredricka Ung |
| **vtiradentes@bayardlaw.com** | **fung@raklaw.com** |

Courtesy copies of the foregoing were sent on May 1, 2012, by e-mail to all counsel of record for Defendants.

- 2 -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Mary B. Graham*

        Mary B. Graham (#2256)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mgraham@mnat.com
          *Attorneys for Sony Mobile*
          *Communications (USA) Inc.*

OF COUNSEL:

Jeffri A. Kaminski
Justin E. Pierce
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601

May 1, 2012