IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-827-SLR |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of May, 2012, **ZTE (USA) INC.'S INITIAL DISCLOSURES PURSUANT TO SECTION 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Marc A. Fenster, Esquire<br>Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA  90025-1031 | VIA ELECTRONIC MAIL |
| Collins J. Seitz, Jr., Esquire<br>Seitz Ross Aronstam & Moritz, LLP<br>100 South West Street<br>Suite 400<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Michael K. Kellogg, Esquire<br>Kellogg, Huber, Hansen, Todd, Evans & Figel<br>1615 M Street, NW, Suite 400<br>Washington, DC  20036 | VIA ELECTRONIC MAIL |

{00606991;v1 }

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Mitchell G. Stockwell, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA  30309 | VIA ELECTRONIC MAIL |
| Amr O. Aly, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>31 West 52nd Street, 14th Floor<br>New York, NY  10019 | VIA ELECTRONIC MAIL |
| John C. Alemanni, Esquire<br>Kilpatrick Townsend & Stockston LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101 | VIA ELECTRONIC MAIL |
| Ryan J. McBrayer, Esquire<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099 | VIA ELECTRONIC MAIL |
| Michael L. Brody, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA ELECTRONIC MAIL |
| Krishnan Padmanabhan, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Gregory P. Williams, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Richard J. O'Brien, Esquire<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603 | VIA ELECTRONIC MAIL |
| Brett E. Cooper, Esquire<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY  10036 | VIA ELECTRONIC MAIL |
| Steven J. Pollinger, Esquire<br>McKool Smith<br>300 West 6th Street<br>Suite 1700<br>Austin, TX  78701 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Harrison J. Frahn, Esquire<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304 | VIA ELECTRONIC MAIL |
| Chad S.C. Stover, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Dominic E. Massa, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Christopher R. Noyes, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Robert F. Perry, Esquire<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003 | VIA ELECTRONIC MAIL |
| Adam W. Poff, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Cono Carrano, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036 | VIA ELECTRONIC MAIL |
| Kellie Johnson, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX  75201 | VIA ELECTRONIC MAIL |
| John A. Lee, Esquire<br>McDermott, Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025 | VIA ELECTRONIC MAIL |
| Daniel R. Foster, Esquire<br>McDermott, Will & Emery LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Denise S. Kraft, Esquire<br>DLA Piper (US) LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Richard de Bodo, Esquire<br>DLA Piper (US) LLP<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA  90067-4704 | VIA ELECTRONIC MAIL |
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494 | VIA ELECTRONIC MAIL |
| Alan A .Wright, Esquire<br>H.C. Park & Associates, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA  22182 | VIA ELECTRONIC MAIL |
| Rex A. Donnelly, IV, Esquire<br>RatnerPrestia<br>1007 Orange Street, Suite 1100<br>Wilmington, DE  19801-1231 | VIA ELECTRONIC MAIL |
| M. Elizabeth Day, Esquire<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301 | VIA ELECTRONIC MAIL |
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Jeffri A. Kaminski, Esquire<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC  20004-1601 | VIA ELECTRONIC MAIL |

Richard L. Horwitz, Esquire                                VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Scott D. Stimpson, Esquire                                 VIA ELECTRONIC MAIL
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112

John W. Shaw, Esquire                                      VIA ELECTRONIC MAIL
Shaw Keller LLP
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801

David C. Doyle, Esquire                                    VIA ELECTRONIC MAIL
Morrison & Foerster
12531 High Bluff Drive
Suite 100
San Diego, CA 92130

John G. Day, Esquire                                       VIA ELECTRONIC MAIL
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

William P. Atkins, Esquire                                 VIA ELECTRONIC MAIL
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102

Evan Finkel, Esquire                                       VIA ELECTRONIC MAIL
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
Andrew C. Mayo (I.D. #5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant ZTE (USA) Inc.*

*Of Counsel:*

Barry W. Graham
Yanbin Xu
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000
barry.graham@finnegan.com
yanbin.xu@finnegan.com

Dated:  May 1, 2012

{00606991;v1 }