IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-827-SLR |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of May, 2012, **AT&T MOBILITY LLC'S DISCLOSURES PURSUANT TO PARAGRAPH 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION** were served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                                             VIA ELECTRONIC MAIL
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Marc A. Fenster, Esquire                                             VIA ELECTRONIC MAIL
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025-1031

Collins J. Seitz, Jr., Esquire                                       VIA ELECTRONIC MAIL
Seitz Ross Aronstam & Moritz, LLP
100 South West Street, Suite 400
Wilmington, DE 19801

Michael K. Kellogg, Esquire                                          VIA ELECTRONIC MAIL
Kellogg, Huber, Hansen, Todd, Evans & Figel
1615 M Street, NW, Suite 400
Washington, DC 20036

{00606985;v1 }

3

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Mitchell G. Stockwell, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309 | VIA ELECTRONIC MAIL |
| Amr O. Aly, Esquire<br>Kilpatrick Townsend & Stockton LLP<br>31 West 52nd Street, 14th Floor<br>New York, NY  10019 | VIA ELECTRONIC MAIL |
| John C. Alemanni, Esquire<br>Kilpatrick Townsend & Stockston LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101 | VIA ELECTRONIC MAIL |
| Ryan J. McBrayer, Esquire<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099 | VIA ELECTRONIC MAIL |
| Michael L. Brody, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA ELECTRONIC MAIL |
| Krishnan Padmanabhan, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193 | VIA ELECTRONIC MAIL |
| Gregory P. Williams, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Richard J. O'Brien, Esquire<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603 | VIA ELECTRONIC MAIL |
| Brett E. Cooper, Esquire<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY  10036 | VIA ELECTRONIC MAIL |
| Steven J. Pollinger, Esquire<br>McKool Smith<br>300 West 6th Street, Suite 1700<br>Austin, TX  78701 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Harrison J. Frahn, Esquire<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304 | VIA ELECTRONIC MAIL |
| Chad S.C. Stover, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Dominic E. Massa, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA  02109 | VIA ELECTRONIC MAIL |
| Christopher R. Noyes, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY  10022 | VIA ELECTRONIC MAIL |
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square | VIA ELECTRONIC MAIL |

920 North King Street
Wilmington, DE 19801

Robert F. Perry, Esquire	VIA ELECTRONIC MAIL
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Adam W. Poff, Esquire	VIA ELECTRONIC MAIL
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Cono Carrano, Esquire	VIA ELECTRONIC MAIL
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Kellie Johnson, Esquire	VIA ELECTRONIC MAIL
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

John A. Lee, Esquire	VIA ELECTRONIC MAIL
McDermott, Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

Daniel R. Foster, Esquire	VIA ELECTRONIC MAIL
McDermott, Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559

Denise S. Kraft, Esquire	VIA ELECTRONIC MAIL
DLA Piper (US) LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Richard de Bodo, Esquire	VIA ELECTRONIC MAIL
DLA Piper (US) LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | VIA ELECTRONIC MAIL |
| Alan A .Wright, Esquire<br>H.C. Park & Associates, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA 22182 | VIA ELECTRONIC MAIL |
| Rex A. Donnelly, IV, Esquire<br>RatnerPrestia<br>1007 Orange Street, Suite 1100<br>Wilmington, DE 19801-1231 | VIA ELECTRONIC MAIL |
| M. Elizabeth Day, Esquire<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301 | VIA ELECTRONIC MAIL |
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Jeffri A. Kaminski, Esquire<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004-1601 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Scott D. Stimpson, Esquire<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | VIA ELECTRONIC MAIL |
| John W. Shaw, Esquire<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |

David C. Doyle, Esquire                                         VIA ELECTRONIC MAIL
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA  92130

Barry W. Graham, Esquire                                        VIA ELECTRONIC MAIL
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

                                      ASHBY & GEDDES

                                      /s/ *Andrew C. Mayo*

                                      _____
                                      John G. Day (I.D. #2403)
                                      Tiffany Geyer Lydon (I.D. #3950)
                                      Andrew C. Mayo (I.D. #5207)
                                      500 Delaware Avenue, 8th Floor
                                      P.O. Box 1150
                                      Wilmington, DE  19899
                                      (302) 654-1888
                                      jday@ashby-geddes.com
                                      tlydon@ashby-geddes.com
                                      amayo@ashby-geddes.com

                                      *Attorneys for Defendant AT&T Mobility, LLC*

*Of Counsel:*

Evan Finkel
Mark Kendrick
Michael Horikawa
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
(213) 488-7100

William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA  22102-4859
(703) 770-7900

Dated: May 1, 2012