IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 11-827 (SLR) |
| v. | ) ) | |
| CELLCO PARTNERSHIP, *et al.,* | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant Cricket Communications, Inc.'s Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*; and (2) *Defendant TracFone Wireless, Inc.'s Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery*, were caused to be served on May 1, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                              *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19891
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                              *VIA ELECTRONIC MAIL*
Bruce K. Kuyper, Esquire
Fredericka Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
*Attorneys for Plaintiff*

Collins J. Seitz, Jr., Esquire                                    *VIA ELECTRONIC MAIL*
David E. Ross, Esquire
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
*Attorneys for Cellco Partnership*

Michael K. Kellogg, Esquire                                       *VIA ELECTRONIC MAIL*
Evan T. Leo, Esquire
Wan J. Kim, Esquire
Michael E. Joffre, Esquire
Kiran S. Raj, Esquire
KELLOGG, HUBER, HANSEN, TODD,
  EVANS, & FIGEL PLLC
1615 M Street, N.W., Suite 400
Washington, DC  20036
*Attorneys for Cellco Partnership*

John G. Day, Esquire                                              *VIA ELECTRONIC MAIL*
Tiffany Geyer Lydon, Esquire
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for AT&T Mobility LLC and ZTE
(USA) Inc.*

Evan Finkel, Esquire                                              *VIA ELECTRONIC MAIL*
Mark R. Kendrick, Esquire
Michael Horikawa, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
*Attorneys for AT&T Mobility LLC*

William P. Atkins, Esquire                                        *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
*Attorneys for AT&T Mobility LLC*

Barry W. Graham, Esquire                          *VIA ELECTRONIC MAIL*
Yanbin Xu, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER L.L.P.
901 New York Avenue, N.W.
Washington, DC  2004-4413
*Attorneys for ZTE (USA) Inc.*


Karen Jacobs Louden, Esquire                      *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Sprint Spectrum L.P., Boost
Mobile, LLC, HTC America, Inc. and
Futurewei Technologies, Inc. (d/b/a Huawei)*


Daniel R. Foster, Esquire                         *VIA ELECTRONIC MAIL*
MCDERMOTT, WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614-2559
*Attorneys for HTC America, Inc.*


Yar R. Chaikovsky, Esquire                        *VIA ELECTRONIC MAIL*
John A. Lee, Esquire
Cary Chien, Esquire
MCDERMOTT WILL & EMERY LLP
275 Middletown Road, Suite 100
Menlo Park, CA  94025
*Attorneys for Futurewei Technologies, Inc.
(d/b/a Huawei)*


Jack B. Blumenfeld, Esquire                       *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899
*Attorneys for T-Mobile USA Inc., Motorola
Mobility, Inc., Cricket Communications Inc.,
MetroPCS Wireless Inc. and TracFone
Wireless Inc.*

Ryan J. McBrayer, Esquire                          *VIA ELECTRONIC MAIL*
Kirstin E. Larson, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
*Attorneys for T-Mobile USA Inc.*

Jonathan E. Retsky, Esquire                        *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Motorola Mobility, Inc.*

Steven J. Pollinger, Esquire                       *VIA ELECTRONIC MAIL*
MCKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, TX 78701
*Attorneys for MetroPCS Wireless, Inc.*

Brett E. Cooper, Esquire                           *VIA ELECTRONIC MAIL*
MCKOOL SMITH
One Bryant Park, 47th Floor
New York, NY 10036
*Attorneys for MetroPCS Wireless, Inc.*

Michael L. Brody, Esquire                          *VIA ELECTRONIC MAIL*
Jonathan E. Retsky, Esquire
Thomas M. Williams, Esquire
James Winn, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for TracFone Wireless, Inc. and*
*Cricket Communications, Inc.*

Krishnan Padmanabhan, Esquire                      *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
*Attorneys for TracFone Wireless, Inc. and*
*Cricket Communications, Inc.*

Mary B. Graham, Esquire                                      *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Sony Ericsson Mobile*
*Communication (USA) Inc.*

Justin E. Pierce, Esquire                                    *VIA ELECTRONIC MAIL*
Jeffri A. Kaminski, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004
*Attorneys for Sony Ericsson Mobile*
*Communications (USA), Inc.*

Richard L. Horwitz, Esquire                                  *VIA ELECTRONIC MAIL*
David Ellis Moore, Esquir
POTTER ANDERSON & CORROON
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
*Attorneys for Apple Inc. and NEC CASIO*
*Mobile Communications, Ltd.*

Harrison J. Frahn IV, Esquire                                *VIA ELECTRONIC MAIL*
Jason M. Bussey, Esquire
Jeffrey E. Danley, Esquire
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
*Attorneys for Apple Inc.*
Scott D. Stimpson, Esquire                                   *VIA ELECTRONIC MAIL*
Katherine M. Lieb, Esquire
David C. Lee, Esquire
Trent S. Dickey, Esquire
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY  10112
*Attorneys for NEC CASIO Mobile*
*Communications, Ltd.*

Steven J. Fineman, Esquire                          *VIA ELECTRONIC MAIL*
Gregory P. Williams, Esquire
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for United States Cellular*
*Corporation*

Robert D. Leighton, Esquire                         *VIA ELECTRONIC MAIL*
Richard J. O'Brien, Esquire
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
*Attorneys for United States Cellular*
*Corporation*

Jeffrey L. Moyer, Esquire                           *VIA ELECTRONIC MAIL*
Elizabeth R. He, Esquire
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for Nokia Inc.*

Robert F. Perry, Esquire                            *VIA ELECTRONIC MAIL*
Allison H. Altersohn, Esquire
Mark H. Francis, Esquire
Charles D. Lee, Esquire
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
*Attorneys for Nokia Inc.*

Chad S.C. Stover, Esquire                           *VIA ELECTRONIC MAIL*
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Research In Motion*

Dominic E. Massa, Esquire                                    *VIA ELECTRONIC MAIL*
Dana O. Burwell, Esquire
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
*Attorneys for Research In Motion*

Christopher R. Noyes, Esquire                                *VIA ELECTRONIC MAIL*
Omar Khan, Esquire
Andrea Pacelli, Esquire
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Research In Motion*

Richard K. Herrmann, Esquire                                 *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
*Attorneys for Pantech Wireless, Inc.*

Alan A. Wright, Esquire                                      *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
H.S. PARK & ASSOCIATES, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182
*Attorneys for Pantech Wireless, Inc.*

Denise Seaston Kraft, Esquire                                *VIA ELECTRONIC MAIL*
Aleine Michelle Porterfield, Esquire
DLA PIPER LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*Attorneys for Sharp Electronics Corporation*

Richard de Bodo, Esquire                                     *VIA ELECTRONIC MAIL*
Andrew Devkar, Esquire
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
*Attorneys for Sharp Electronics Corporation*

Rex A. Donnelly, IV, Esquire                           *VIA ELECTRONIC MAIL*
RATNERPRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

M. Elizabeth Day, Esquire                              *VIA ELECTRONIC MAIL*
Marc C. Belloli, Esquire
Sal Lim, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
*Attorneys for Hewlett-Packard Company*

Karen L. Pascale, Esquire                              *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for LG Electronics MobileComm
U.S.A., Inc.*

R. Tyler Goodwyn, IV, Esquire                          *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Renzo N. Rocchegiani, Esquire
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC  20006
*Attorneys for LG Electronics MobileComm
U.S.A., Inc.*

John W. Shaw, Esquire                                  *VIA ELECTRONIC MAIL*
Andrew E. Russell, Esquire
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
*Attorneys for Kyocera Communications Inc.*

David C. Doyle, Esquire                              *VIA ELECTRONIC MAIL*
M. Andrew Woodmansee, Esquire
E. Dale Buxton II, Esquire
Mary Prendergast, Esquire
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
*Attorneys for Kyocera Communications Inc.*

Adam W. Poff, Esquire                                *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Samsung Telecommunications*
*America, LLC*

Cono Carrano, Esquire                               *VIA ELECTRONIC MAIL*
Jin-Suk Park, Esquire
Amanda Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
*Attorneys for Samsung Telecommunications*
*America, LLC*

Kellie M. Johnson, Esquire                          *VIA ELECTRONIC MAIL*
AKIN GUMP STAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
*Attorneys for Samsung Telecommunications*
*America, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina S.E. Murphy*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Regina S.E. Murphy (#5648)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rmurphy@mnat.com
*Attorneys for Cricket Communications, Inc. and*
*TracFone Wireless, Inc.*

May 1, 2012
5799384.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012 I electronically filed the foregoing document, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on May 1, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                  *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19891
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                                  *VIA ELECTRONIC MAIL*
Bruce K. Kuyper, Esquire
Fredericka Ung, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
*Attorneys for Plaintiff*

Collins J. Seitz, Jr., Esquire                            *VIA ELECTRONIC MAIL*
David E. Ross, Esquire
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
*Attorneys for Cellco Partnership*

Michael K. Kellogg, Esquire                               *VIA ELECTRONIC MAIL*
Evan T. Leo, Esquire
Wan J. Kim, Esquire
Michael E. Joffre, Esquire
Kiran S. Raj, Esquire
KELLOGG, HUBER, HANSEN, TODD,
   EVANS, & FIGEL PLLC
1615 M Street, N.W., Suite 400
Washington, DC  20036
*Attorneys for Cellco Partnership*

John G. Day, Esquire                                          *VIA ELECTRONIC MAIL*
Tiffany Geyer Lydon, Esquire
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for AT&T Mobility LLC and ZTE*
*(USA) Inc.*

Evan Finkel, Esquire                                          *VIA ELECTRONIC MAIL*
Mark R. Kendrick, Esquire
Michael Horikawa, Esquire
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
*Attorneys for AT&T Mobility LLC*

William P. Atkins, Esquire                                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
*Attorneys for AT&T Mobility LLC*

Barry W. Graham, Esquire                                      *VIA ELECTRONIC MAIL*
Yanbin Xu, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER L.L.P.
901 New York Avenue, N.W.
Washington, DC  2004-4413
*Attorneys for ZTE (USA) Inc.*

Karen Jacobs Louden, Esquire                                 *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Sprint Spectrum L.P., Boost*
*Mobile, LLC, HTC America, Inc. and*
*Futurewei Technologies, Inc. (d/b/a Huawei)*

Daniel R. Foster, Esquire  
MCDERMOTT, WILL & EMERY LLP  
4 Park Plaza, Suite 1700  
Irvine, CA 92614-2559  
*Attorneys for HTC America, Inc.*

*VIA ELECTRONIC MAIL*

Yar R. Chaikovsky, Esquire  
John A. Lee, Esquire  
Cary Chien, Esquire  
MCDERMOTT WILL & EMERY LLP  
275 Middletown Road, Suite 100  
Menlo Park, CA 94025  
*Attorneys for Futurewei Technologies, Inc.*  
*(d/b/a Huawei)*

*VIA ELECTRONIC MAIL*

Jack B. Blumenfeld, Esquire  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
Wilmington, DE 19899  
*Attorneys for T-Mobile USA Inc., Motorola*  
*Mobility, Inc., Cricket Communications Inc.,*  
*MetroPCS Wireless Inc. and TracFone*  
*Wireless Inc.*

*VIA ELECTRONIC MAIL*

Ryan J. McBrayer, Esquire  
Kirstin E. Larson, Esquire  
PERKINS COIE LLP  
1201 Third Avenue, Suite 4800  
Seattle, WA 98101-3099  
*Attorneys for T-Mobile USA Inc.*

*VIA ELECTRONIC MAIL*

Jonathan E. Retsky, Esquire  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601-9703  
*Attorneys for Motorola Mobility, Inc.*

*VIA ELECTRONIC MAIL*

Steven J. Pollinger, Esquire  
MCKOOL SMITH  
300 W. 6th Street, Suite 1700  
Austin, TX 78701  
*Attorneys for MetroPCS Wireless, Inc.*

*VIA ELECTRONIC MAIL*

Brett E. Cooper, Esquire                                 *VIA ELECTRONIC MAIL*
MCKOOL SMITH
One Bryant Park, 47th Floor
New York, NY 10036
*Attorneys for MetroPCS Wireless, Inc.*

Michael L. Brody, Esquire                                *VIA ELECTRONIC MAIL*
Jonathan E. Retsky, Esquire
Thomas M. Williams, Esquire
James Winn, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for TracFone Wireless, Inc. and
Cricket Communications, Inc.*

Krishnan Padmanabhan, Esquire                            *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
*Attorneys for TracFone Wireless, Inc. and
Cricket Communications, Inc.*

Mary B. Graham, Esquire                                  *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Sony Ericsson Mobile
Communication (USA) Inc.*

Justin E. Pierce, Esquire                                *VIA ELECTRONIC MAIL*
Jeffri A. Kaminski, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, DC  20004
*Attorneys for Sony Ericsson Mobile
Communications (USA), Inc.*

Richard L. Horwitz, Esquire                              *VIA ELECTRONIC MAIL*
David Ellis Moore, Esquir
POTTER ANDERSON & CORROON
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
*Attorneys for Apple Inc. and NEC CASIO
Mobile Communications, Ltd.*

Harrison J. Frahn IV, Esquire                            *VIA ELECTRONIC MAIL*
Jason M. Bussey, Esquire
Jeffrey E. Danley, Esquire
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
*Attorneys for Apple Inc.*

Scott D. Stimpson, Esquire                               *VIA ELECTRONIC MAIL*
Katherine M. Lieb, Esquire
David C. Lee, Esquire
Trent S. Dickey, Esquire
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY  10112
*Attorneys for NEC CASIO Mobile
Communications, Ltd.*

Steven J. Fineman, Esquire                               *VIA ELECTRONIC MAIL*
Gregory P. Williams, Esquire
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for United States Cellular
Corporation*

Robert D. Leighton, Esquire                              *VIA ELECTRONIC MAIL*
Richard J. O'Brien, Esquire
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
*Attorneys for United States Cellular
Corporation*

Jeffrey L. Moyer, Esquire                                    *VIA ELECTRONIC MAIL*
Elizabeth R. He, Esquire
RICHARDS, LAYTON & FINGER, PA
920 N. King Street
Wilmington, DE  19801
*Attorneys for Nokia Inc.*

Robert F. Perry, Esquire                                     *VIA ELECTRONIC MAIL*
Allison H. Altersohn, Esquire
Mark H. Francis, Esquire
Charles D. Lee, Esquire
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
*Attorneys for Nokia Inc.*

Chad S.C. Stover, Esquire                                    *VIA ELECTRONIC MAIL*
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Research In Motion*

Dominic E. Massa, Esquire                                    *VIA ELECTRONIC MAIL*
Dana O. Burwell, Esquire
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
*Attorneys for Research In Motion*

Christopher R. Noyes, Esquire                                *VIA ELECTRONIC MAIL*
Omar Khan, Esquire
Andrea Pacelli, Esquire
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Research In Motion*

Richard K. Herrmann, Esquire                          *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
*Attorneys for Pantech Wireless, Inc.*

Alan A. Wright, Esquire                               *VIA ELECTRONIC MAIL*
Wayne M. Helge, Esquire
H.S. PARK & ASSOCIATES, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182
*Attorneys for Pantech Wireless, Inc.*

Denise Seaston Kraft, Esquire                         *VIA ELECTRONIC MAIL*
Aleine Michelle Porterfield, Esquire
DLA PIPER LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*Attorneys for Sharp Electronics Corporation*

Richard de Bodo, Esquire                              *VIA ELECTRONIC MAIL*
Andrew Devkar, Esquire
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
*Attorneys for Sharp Electronics Corporation*

Rex A. Donnelly, IV, Esquire                          *VIA ELECTRONIC MAIL*
RATNERPRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

M. Elizabeth Day, Esquire                             *VIA ELECTRONIC MAIL*
Marc C. Belloli, Esquire
Sal Lim, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
*Attorneys for Hewlett-Packard Company*

Karen L. Pascale, Esquire                                      *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for LG Electronics MobileComm*
*U.S.A., Inc.*

R. Tyler Goodwyn, IV, Esquire                                  *VIA ELECTRONIC MAIL*
Song K. Jung, Esquire
Renzo N. Rocchegiani, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006
*Attorneys for LG Electronics MobileComm*
*U.S.A., Inc.*

John W. Shaw, Esquire                                          *VIA ELECTRONIC MAIL*
Andrew E. Russell, Esquire
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
*Attorneys for Kyocera Communications Inc.*

David C. Doyle, Esquire                                        *VIA ELECTRONIC MAIL*
M. Andrew Woodmansee, Esquire
E. Dale Buxton II, Esquire
Mary Prendergast, Esquire
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
*Attorneys for Kyocera Communications Inc.*

Adam W. Poff, Esquire                                          *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Samsung Telecommunications*
*America, LLC*

Cono Carrano, Esquire                                                                 *VIA ELECTRONIC MAIL*
Jin-Suk Park, Esquire
Amanda Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
*Attorneys for Samsung Telecommunications*
*America, LLC*

Kellie M. Johnson, Esquire                                                            *VIA ELECTRONIC MAIL*
AKIN GUMP STAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
*Attorneys for Samsung Telecommunications*
*America, LLC*

/s/ Regina S.E. Murphy
_____
Regina S.E. Murphy (#5648)