# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>       Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; et al.,<br><br>       Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 1, 2012, true and correct copies of Defendant Nokia Inc.'s Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery were caused to be served upon the following counsel of record by electronic mail:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa Ribeiro Tiradentes<br>Bayard, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19899-5130<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff CyberFone Systems LLC* | Bruce D. Kuyper<br>Fredricka Ung<br>Marc A. Fenster<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>cyberfone@raklaw.com<br><br>*Attorneys for Plaintiff CyberFone Systems LLC* |

Collins J. Seitz , Jr.
David Evan Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com

*Attorneys for Defendant Cellco Partnership*

John G. Day
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant AT&T Mobility LLC*

Michael K. Kellogg
Wan J. Kim
Evan T. Leo
Michael E. Joffre
W. Joss Nichols
Kiran S. Raj
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, DC 20036
mkellogg@khhte.com
wkim@khhte.com
eleo@khhte.com
mjoffre@khhte.com
jnichols@khhte.com
kraj@khhte.com

*Attorneys for Defendant Cellco Partnership*

Evan Finkel
Mark R Kendrick
Michael Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
William.Atkins@pillsburylaw.com

*Attorneys for Defendant AT&T Mobility LLC*

Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com

*Attorney for Defendants Sprint Spectrum L.P., T-Mobile USA Inc., Cricket Communications Inc., MetroPCS Wireless Inc., TracFone Wireless Inc., Boost Mobile LLC, Motorola Mobility Inc., HTC America Inc., and Futurewei Technologies Inc.*

Yar R. Chaikovsky
Cary Chien
McDermott Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
cchien@mwe.com

*Attorney for Defendant Futurewei Technologies Inc.*

Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com

*Attorney for Defendant United States Cellular Corporation*

Paul Saindon
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
psaindon@mnat.com

*Attorney for Defendant Virgin Mobile USA L.P.*

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jbbefiling@mnat.com

*Attorney for Defendants TracFone Wireless Inc. and Motorola Mobility Inc.*

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant Pantech Wireless Inc.*

Richard J. O'Brien
Robert D. Leighton
Sidley & Austin LLP
One South Dearborn
Chicago, Illinois 60603
robrien@sidley.com
rleighton@sidley.com

*Attorneys for Defendant United States Cellular Corporation*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Apple Inc. and NEC CASIO Mobile Communications Ltd.*

Harrison J. Frahn, IV
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, California 94304
hfrahn@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com

*Attorneys for Defendant Apple Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com

*Attorney for Defendant Research in Motion Corporation*

Denise Seastone Kraft
Aleine Michelle Porterfield
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

*Attorneys for Defendant Sharp Electronics Corporation*

John T. Gallagher
Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
jgallagher@sillscummis.com
sstimpson@sillscummis.com
klieb@sillscummis.com
dlee@sillscummis.com

*Attorneys for Defendant NEC CASIO Mobile Communications Ltd.*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Dana O. Burwell
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
christopher.noyes@wilmerhale.com
omar.khan@wilmerhale.com
andrea.pacelli@wilmerhale.com
dana.burwell@wilmerhale.com

*Attorneys for Defendant Research in Motion Corporation*

Richard de Bodo
Christopher P. Broderick
Andrew V. Devkar
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
richard.debodo@dlapiper.com
christopher.broderick@dlapiper.com
andrew.devkar@dlapiper.com

*Attorneys for Defendant Sharp Electronics Corporation*

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

*Attorney for Defendant Hewlett-Packard Company*

Margaret Elizabeth Day
Sal Lim
Marc C. Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com

*Attorneys for Defendant Hewlett-Packard Company*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com

*Attorney for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, DC 20004
jakaminski@venable.com
jpierce@venable.com

*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Steven J. Balick
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant ZTE (USA) Inc.*

Barry W. Graham
Yanbin Xu
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
barry.graham@finnegan.com
yanbin.xu@finnegan.com

*Attorneys for Defendant ZTE (USA) Inc.*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendant Samsung
Telecommunications America, LLC*

Cono A. Carrano
Jin-Suk Park
Amanda R. Johnson
Kellie M. Johnson
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
kmjohnson@akingump.com
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

*Attorneys for Defendant Samsung
Telecommunications America, LLC*

John W. Shaw
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant Kyocera
Communications, Inc.*

David C. Doyle
Mark Andrew Woodmansee
Edwin Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com

*Attorneys for Defendant Kyocera
Communications, Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendant LG Electronics MobileComm U.S.A. Inc.*

| | |
|---|---|
| OF COUNSEL: | */s/ Elizabeth R. He*<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com |
| Robert F. Perry<br>rperry@kslaw.com<br>Allison H. Altersohn<br>aaltersohn@kslaw.com<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>(212) 556-2100 | Elizabeth R. He (#5345)<br>he@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |
| Dated: May 1, 2012 | *Attorneys for Defendant Nokia Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012, I caused to be filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record, and served true and correct copies of the foregoing on the following counsel as indicated:

**BY ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff CyberFone Systems LLC*

Bruce D. Kuyper
Fredricka Ung
Marc A. Fenster
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
cyberfone@raklaw.com

*Attorneys for Plaintiff CyberFone Systems LLC*

Collins J. Seitz , Jr.
David Evan Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com

*Attorneys for Defendant Cellco Partnership*

Michael K. Kellogg
Wan J. Kim
Evan T. Leo
Michael E. Joffre
W. Joss Nichols
Kiran S. Raj
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, DC 20036
mkellogg@khhte.com
wkim@khhte.com
eleo@khhte.com
mjoffre@khhte.com
jnichols@khhte.com
kraj@khhte.com

*Attorneys for Defendant Cellco Partnership*

John G. Day
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant AT&T Mobility LLC*

Evan Finkel
Mark R Kendrick
Michael Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
William.Atkins@pillsburylaw.com

*Attorneys for Defendant AT&T Mobility LLC*

Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com

*Attorney for Defendants Sprint Spectrum L.P., T-Mobile USA Inc., Cricket Communications Inc., MetroPCS Wireless Inc., TracFone Wireless Inc., Boost Mobile LLC, Motorola Mobility Inc., HTC America Inc., and Futurewei Technologies Inc.*

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jbbefiling@mnat.com

*Attorney for Defendants TracFone Wireless Inc. and Motorola Mobility Inc.*

Yar R. Chaikovsky
Cary Chien
McDermott Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
cchien@mwe.com

*Attorney for Defendant Futurewei Technologies Inc.*

Richard K. Herrmann
Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant Pantech Wireless Inc.*

Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com

*Attorney for Defendant United States Cellular Corporation*

Paul Saindon
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
psaindon@mnat.com

*Attorney for Defendant Virgin Mobile USA L.P.*

Harrison J. Frahn, IV
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, California 94304
hfrahn@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com

*Attorneys for Defendant Apple Inc.*

Richard J. O'Brien
Robert D. Leighton
Sidley & Austin LLP
One South Dearborn
Chicago, Illinois 60603
robrien@sidley.com
rleighton@sidley.com

*Attorneys for Defendant United States Cellular Corporation*

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Apple Inc. and NEC CASIO Mobile Communications Ltd.*

John T. Gallagher
Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, New York 10112
jgallagher@sillscummis.com
sstimpson@sillscummis.com
klieb@sillscummis.com
dlee@sillscummis.com

*Attorneys for Defendant NEC CASIO Mobile Communications Ltd.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cstover@cblh.com

*Attorney for Defendant Research in Motion Corporation*

Denise Seastone Kraft
Aleine Michelle Porterfield
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmignton, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com

*Attorneys for Defendant Sharp Electronics Corporation*

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

*Attorney for Defendant Hewlett-Packard Company*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Dana O. Burwell
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
christopher.noyes@wilmerhale.com
omar.khan@wilmerhale.com
andrea.pacelli@wilmerhale.com
dana.burwell@wilmerhale.com

*Attorneys for Defendant Research in Motion Corporation*

Richard de Bodo
Christopher P. Broderick
Andrew V. Devkar
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
richard.debodo@dlapiper.com
christopher.broderick@dlapiper.com
andrew.devkar@dlapiper.com

*Attorneys for Defendant Sharp Electronics Corporation*

Margaret Elizabeth Day
Sal Lim
Marc C. Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, California 94301
eday@feinday.com
slim@feinday.com
mbelloli@feinday.com

*Attorneys for Defendant Hewlett-Packard Company*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com

*Attorney for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Steven J. Balick
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant ZTE (USA) Inc.*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendant Samsung Telecommunications America, LLC*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, DC 20004
jakaminski@venable.com
jpierce@venable.com

*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Barry W. Graham
Yanbin Xu
Finnegan, Henderson, Farabow, Garrett &
   Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
barry.graham@finnegan.com
yanbin.xu@finnegan.com

*Attorneys for Defendant ZTE (USA) Inc.*

Cono A. Carrano
Jin-Suk Park
Amanda R. Johnson
Kellie M. Johnson
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
kmjohnson@akingump.com
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

*Attorneys for Defendant Samsung Telecommunications America, LLC*

John W. Shaw
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant Kyocera Communications, Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendant LG Electronics MobileComm U.S.A. Inc.*

David C. Doyle
Mark Andrew Woodmansee
Edwin Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com

*Attorneys for Defendant Kyocera Communications, Inc.*

                                                 */s/ Elizabeth R. He*
                                                 Elizabeth R. He (#5345)
                                                 he@rlf.com