**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) | 1:11-cv-00827-SLR |
| v. | ) ) | |
| CELLCO PARTNERSHIP, et al., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on May 1, 2012, copies of (1) **HEWLETT-PACKARD COMPANY'S DISCLOSURES PURSUANT TO PARAGRAPH 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**, and (2) this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P. A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
Russ August & Kabat
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031

Steven J. Balick
John G. Day
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE 19801

Jack B. Blumenfeld
Mary B. Graham
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

Kelly E. Farnan
Steven J. Fineman
Elizabeth R. He
Jeffrey L. Moyer
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard K. Herrmann
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Pilar G. Kraman
James L. Higgins
Karen L. Pascale
Adam W. Poff
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, Sixth Plaza
1313 North Market Street
Wilmington, DE 19801

Denise S. Kraft
Aleine Michelle Porterfield
DLA PIPER LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

David E. Ross
Collins J. Seitz, Jr.
SEITZ ROSS ARONSTAM & MORITZ LLP
100 South West Street, Suite 400
Wilmington, DE 19801

John W. Shaw
Andrew Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Allison H. Altersohn
Mark H. Francis
Robert F. Perry
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

Charles D. Lee
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Amr O. Aly
KILPATRICK TOWNSEND & STOCKTON
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703

William P. Atkins
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122

Evan Finkel
Michael S. Horikawa
Mark R. Kendrick
PILLSBURY WINTHROP SHAW
PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

Christopher P. Broderick
Andrew V. Devkar
Richard de Bodo
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704

Robert D. Leighton
Richard J. O'Brien
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Dana O. Burwell
WILMER CUTLER PICKERING
HALE & DORR
60 State Street
Boston, Massachusetts 02109

Omar Khan
Christopher R. Noyes
Andrea Pacelli
WILMER CUTLER PICKERING HALE &
DORR
399 Park Avenue
New York, New York 10022

Jason M. Bussey
Jeffrey E. Danley
Harrison J. Frahn, IV
SIMPSON THACHER & BARLTETT LLP
2550 Hanover Street
Palo Alto, California 94304

E. Dale Buxton
David C. Doyle
Mary Prendergast
Mark A. Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040

Cono A. Carrano
Amanda R. Johnson
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD
LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Kellie M. Johnson
AKIN GUMP STRAUSS HAUER & FELD
LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624

Yar R. Chaikovsky
McDERMOTT WILL & EMERY
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

Michael E. Joffre
Michael K. Kellogg
Wan J. Kim
Evan T. Leo
W. Joss Nichols
Kiran Raj
KELLOGG, HUBER, HANSEN, TODD,
EVANS &
FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036

| | |
|---|---|
| John T. Gallagher<br>David C. Lee<br>Katherine M. Lieb<br>Scott D. Stimpson<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, New York 10112 | Jeffri A. Kaminski<br>Justin E. Pierce<br>VENABLE LLP<br>575 Seventh Street, NW<br>Washington, DC 20004 |

/s/ Rex A. Donnelly
Rex A. Donnelly
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 7789-2500
Fax: (302) 778-2600
radonnelly@ratnerprestia.com

***Attorneys for Defendant Hewlett-Packard Company***

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Phone: (650) 618-4360
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com

***Pro Hac Vice Attorneys for Defendant Hewlett-Packard Company***