IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>       Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP, et al.<br><br>       Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2012, copies of *Defendant Samsung Telecommunications America, LLC's Disclosures Pursuant to Section 3 of the Delaware Default Standard for Discovery of Electronically Stored Information* were caused to be served upon the following counsel in the manner indicated below:

### BY E-MAIL

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19899-5130
*rkirk@bayardlaw.com*
*sbrauerman@bayardlaw.com*

Mark A. Fenster, Esquire
Bruce D. Kuyper, Esquire
Fredericka Ung, Esquire
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*mfenster@raklaw.com*
*bkuyper@raklaw.com*
*fung@raklaw.com*

PLEASE TAKE FURTHER NOTICE that on May 2, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to all counsel of record.  In addition, on May 2, 2012, this Notice of Service was served on the above-listed counsel in the manner indicated.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Adam W. Poff_____
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, DE  19801
(302) 571-6600
_apoff@ycst.com_

_Attorneys for Samsung Telecommunications America, LLC_