**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),

Plaintiff,

v.

CELLCO PARTNERSHIP; *et al.*,

Defendants.

C.A. No. 11-827-SLR

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on May 1, 2012 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT APPLE INC.'S INITIAL DISCLOSURES PURSUANT TO THE PROTOCOL FOR PRODUCTION OF ESI

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
*Attorneys for Plaintiff*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
cyberfone@raklaw.com
*Attorneys for Plaintiff*

Harrison J. Frahn IV
Patrick E. King
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street,
Palo Alto, California 94304
hfrahn@stblaw.com
pking@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com
*Attorneys for Defendant Apple Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant AT&T Mobility LLC*

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC*

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
John T. Gallagher
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
jgallagher@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendants Futurewei Technologies Inc.*

Rex A. Donnelly , IV
Ratner & Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com
*Attorneys for Defendant Hewlett-Packard Company*

Margaret Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
Slim@feinday.com
mbelloli@feinday.com
*Attorneys for Defendant Hewlett-Packard Company*

Yar R. Chaikovsky
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
*Attorneys for Defendant HTC America Inc.*

Daniel R. Foster
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
dfoster@mwe.com
*Attorneys for Defendant HTC America Inc.*

John W. Shaw
Andrew E. Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Kyocera Communications, Inc.*

David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

R. Tyler Goodwyn, IV
Song K. Jung
Renzo N. Rocchegiani
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
tgoodwyn@mckennalong.com
sjung@mckennalong.com
rrocchegiani@mckennalong.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA 22182
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

Dominic E. Massa
Dana O. Burwell
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Dominic.massa@wilmerhale.com
Dana.burwell@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Christopher.noyes@wilmerhale.com
Omar.khan@wilmerhale.com
Andrea.pacelli@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Cono Carrano
Jin-Suk Park
Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Kellie Johnson
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 752021
kmjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Denise S. Kraft
Aleine Porterfield
919 North Market St., Suite 1500
Wilmington, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Christopher P. Broderick
Richard de Bodo
Andrew Devkar
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
christopher.broderick@dlapiper.com
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant ZTE (USA) Inc.*

E. Robert Yoches
Barry W. Graham
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
bob.yoches@finnegan.com
barry.graham@finnegan.com
*Attorneys for Defendant ZTE (USA) Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Defendant Apple Inc.*

OF COUNSEL:

Harrison J. Frahn IV
Patrick E. King
Jeffrey E. Danley
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street,
Palo Alto, California 94304
Tel: (650) 251-5000

Dated: May 2, 2012
1057599 / 38428

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 2, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 2, 2012, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
*Attorneys for Plaintiff*

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric J. Carsten
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
cyberfone@raklaw.com
*Attorneys for Plaintiff*

Harrison J. Frahn IV
Patrick E. King
Jason M. Bussey
Jeffrey E. Danley
Simpson Thacher & Bartlett LLP
2550 Hanover Street,
Palo Alto, California 94304
hfrahn@stblaw.com
pking@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com
*Attorneys for Defendant Apple Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant AT&T Mobility LLC*

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC*

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
John T. Gallagher
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
jgallagher@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

Collins J. Seitz , Jr.
David E. Ross
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
dross@seitzross.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael K. Kellogg
Evan T. Leo
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
W. Joss Nichols
Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
mkellogg@khhte.com
eleo@khhte.com
wkim@khhte.com
mjoffre@khhte.com
kraj@khhte.com
jnichols@khhte.com
*Attorneys for Defendant Cellco Partnership doing business as Verizon Wireless*

Michael L. Brody
Jonathan E. Retsky
Thomas M. Williams
James Winn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
mbrody@winston.com
jretsky@winston.com
tmwilliams@winston.com
jwinn@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
kpadmanabhan@winston.com
*Attorneys for Defendants Cricket Communications Inc., Motorola Mobility Inc., and TracFone Wireless Inc.*

Yar R. Chaikovsky
John A. Lee
Cary Chien
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
jlee@mwe.com
cchien@mwe.com
*Attorneys for Defendants Futurewei Technologies Inc.*

Rex A. Donnelly , IV
Ratner & Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com
*Attorneys for Defendant Hewlett-Packard Company*

Margaret Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
eday@feinday.com
Slim@feinday.com
mbelloli@feinday.com
*Attorneys for Defendant Hewlett-Packard Company*

Yar R. Chaikovsky
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
*Attorneys for Defendant HTC America Inc.*

Daniel R. Foster
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
dfoster@mwe.com
*Attorneys for Defendant HTC America Inc.*

John W. Shaw
Andrew E. Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Kyocera Communications, Inc.*

David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

R. Tyler Goodwyn, IV
Song K. Jung
Renzo N. Rocchegiani
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
tgoodwyn@mckennalong.com
sjung@mckennalong.com
rrocchegiani@mckennalong.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA 22182
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
cstover@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

Dominic E. Massa
Dana O. Burwell
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Dominic.massa@wilmerhale.com
Dana.burwell@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Christopher.noyes@wilmerhale.com
Omar.khan@wilmerhale.com
Andrea.pacelli@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Cono Carrano
Jin-Suk Park
Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Kellie Johnson
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 752021
kmjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Denise S. Kraft
Aleine Porterfield
919 North Market St., Suite 1500
Wilmington, DE 19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Christopher P. Broderick
Richard de Bodo
Andrew Devkar
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
christopher.broderick@dlapiper.com
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant ZTE (USA) Inc.*

E. Robert Yoches
Barry W. Graham
Finnegan Henderson Farabow Garrett
   & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
bob.yoches@finnegan.com
barry.graham@finnegan.com
*Attorneys for Defendant ZTE (USA) Inc.*

By:  */s/ David E. Moore*
   Richard L. Horwitz
   David E. Moore
   POTTER ANDERSON & CORROON LLP
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

1031885 / 37380 / 37366