IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP; AT&T MOBILITY LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; FUTUREWEITECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA COMMUNICATIONS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 11-827-SLR ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 1, 2012, the following document was served on the persons listed below in the manner indicated:

1. Kyocera Communications, Inc.'s Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery

BY E-MAIL:

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4232
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Evan T. Leo
Kiran S. Raj
Michael E. Joffre
Michael K. Kellogg
W. Joss Nichols
Wan J. Kim
KELLOGG, HUBER, HANSEN, TODD, EVANS
& FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC  20036
(202) 326-7930
eleo@khhte.com
kraj@khhte.com
mjoffre@khhte.com
mkellogg@khhte.com
jnichols@khhte.com
wkim@khhte.com

Collins J. Seitz , Jr.
David Evan Ross
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
dross@seitzross.com

Evan Finkel
Mark R Kendrick
Michael Horikawa
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN
725 South Figueroa Street, Suite 2800
 Los Angeles, CA 90017
(213) 488-7307
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
william.atkins@pillsburylaw.com

John G. Day
Andrew C. Mayo
Steven J. Balick
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
amayo@ashby-geddes.com
sbalick@ashby-geddes.com

Yar R. Chaikovsky
John A. Lee
MCDERMOTT, WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
ychaikovsky@mwe.com
jlee@mwe.com

Karen Jacobs Louden
Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
jblumenfeld@mnat.com

Steven J. Fineman
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
fineman@rlf.com

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market St.,
Hercules Plaza, 6th Flr.
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Chad S.C. Stover
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 252-3158
cstover@cblh.com

Richard J. O'Brien
Robert D. Leighton
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7283
robrien@sidley.com
rleighton@sidley.com

Harrison Frahn
Jason M. Bussey
Jeffrey E. Danley
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5065
hfrahn@stblaw.com
jbussey@stblaw.com
jdanley@stblaw.com

Andrea Pacelli
Christopher R. Noyes
Dana O. Burwell
Omar Khan
WILMER CUTLER PICKERING HALE AND DORR
399 Park Avenue
New York, NY  10022
(212) 295-6311
andrea.pacelli@wilmerhale.com
christopher.noyes@wilmerhale.com
dana.burwell@wilmerhale.com
omar.khan@wilmerhale.com

Allison Altersohn
Charles D. Lee
Mark H. Francis
Robert F. Perry
KING & SPALDING
1185 Avenue of the Americas
New York, NY  10036
(212) 556-2316
aaltersohn@kslaw.com
clee@kslaw.com

|  |  |
|---|---|
| | mfrancis@kslaw.com |
| | rperry@kslaw.com |
| Elizabeth Rui He | Richard K. Herrmann |
| Jeffrey L. Moyer | Mary Matterer |
| Gregory P. Williams | Karen J. Louden |
| RICHARDS, LAYTON & FINGER, PA | MORRIS JAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 N. King Street | P.O. Box 2306 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7871 | (302) 888-6800 |
| he@rlf.com | rherrmann@morrisjames.com |
| moyer@rlf.com | mmatterer@morrisjames.com |
| williams@rlf.com | klouden@morrisjames.com |
| | |
| Denise Seastone Kraft | Rex A. Donnelly, IV |
| Aleine Michelle Porterfield | RATNER & PRESTIA |
| DLA PIPER LLP | 1007 Orange Street, Suite 1100 |
| 919 N. Market Street, Suite 1500 | P.O. Box 1596 |
| Wilmignton, DE 19801 | Wilmington, DE 19899 |
| (302) 468-5645 | (302) 778-2500 |
| denise.kraft@dlapiper.com | radonnelly@ratnerprestia.com |
| aleine.porterfield@dlapiper.com | |
| | |
| Pilar G. Kramen | Mary B. Graham |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT |
| Rodney Square | & TUNNELL LLP |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE 19899 |
| pkramen@ycst.com | (302) 658-9200 |
| | mgraham@mnat.com |
| | |
| Marc C. Belloli | John C. Alemanni |
| Margaret E. Day | KILPATRICK TOWNSEND & STOCKTON LLP |
| Sal Lim | 1001 West Fourth Street |
| FEINBERG DAY ALBERTI | Winston-Salem, NC 27101 |
| & THOMPSON LLP | jalemanni@kilpatricktownsend.com |
| 401 Florence Street, Suite 200 | |
| Palo Alto, CA 94301 | |
| (650) 618-4360 | |
| mbelloli@feinday.com | |
| eday@feinday.com | |
| slim@feinday.com | |

Jeffri A. Kaminski
Justin E. Pierce
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
(202) 344-4048
jakaminski@venable.com
jpierce@venable.com

Andrew V. Devkar
Richard de Bobo
DLA PIPER (US) LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704
andrew.devkar@dlapiper.com
richard.debodo@dlapiper.com

OF COUNSEL:
David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton II
Mary Prendergast
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA  92130
(858) 720-5100

Dated: May 2, 2012

Kellie M. Johnson
AKIN GUMP STRAUSS HAUER & FELD, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
kmjohnson@akingump.com

Daniel R. Foster
MCDERMOTT, WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
dfoster@mwe.com

SHAW KELLER LLP

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Kyocera Communications Inc.*