IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP; AT&T MOBILITY LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; FUTUREWEITECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 11-827-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 7, 2012, the following document was served on the persons listed below in the manner indicated:

1. Defendant Kyocera Communications, Inc.'s Document Production Pursuant To Paragraph 4 Of The Delaware Default Standard For Discovery

2. Defendant Kyocera Communications, Inc.'s First Amended And Supplemental Rule 26(A)(1) Initial Disclosures

**BY E-MAIL**

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa Ribeiro Tiradentes<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 429-4232<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com | Bruce D. Kuyper<br>Fredricka Ung<br>Marc A. Fenster<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>bkuyper@raklaw.com<br>fung@raklaw.com<br>mfenster@raklaw.com |
| Collins J. Seitz, Jr.<br>David Evan Ross<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br>dross@seitzross.com | Evan T. Leo<br>Kiran S. Raj<br>Michael E. Joffre<br>Michael K. Kellogg<br>W. Joss Nichols<br>Wan J. Kim<br>KELLOGG, HUBER, HANSEN, TODD, EVANS<br>& FIGEL, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326-7930<br>eleo@khhte.com<br>kraj@khhte.com<br>mjoffre@khhte.com<br>mkellogg@khhte.com<br>jnichols@khhte.com<br>wkim@khhte.com |
| John G. Day<br>Andrew C. Mayo<br>Steven J. Balick<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com<br>sbalick@ashby-geddes.com | Evan Finkel<br>Mark R Kendrick<br>Michael Horikawa<br>William P. Atkins<br>PILLSBURY WINTHROP SHAW PITTMAN<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>(213) 488-7307<br>evan.finkel@pillsburylaw.com<br>mark.kendrick@pillsburylaw.com<br>michael.horikawa@pillsburylaw.com<br>william.atkins@pillsburylaw.com |

| | |
|---|---|
| Karen Jacobs Louden<br>Jack B. Blumenfeld<br>Paul Saindon<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>klouden@mnat.com<br>jblumenfeld@mnat.com<br>psaindon@mnat.com | David M. Beckwith<br>Yar R. Chaikovsky<br>John A. Lee<br>Cary Chien<br>MCDERMOTT, WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>dbeckwith@mwe.com<br>ychaikovsky@mwe.com<br>jlee@mwe.com<br>cchien@mwe.com |
| Steven J. Fineman<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>fineman@rlf.com | Richard J. O'Brien<br>Robert D. Leighton<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>(312) 853-7283<br>robrien@sidley.com<br>rleighton@sidley.com |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St.,<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Harrison Frahn<br>Jason M. Bussey<br>Jeffrey E. Danley<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>(650) 251-5065<br>hfrahn@stblaw.com<br>jbussey@stblaw.com<br>jdanley@stblaw.com |
| Chad S.C. Stover<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(302) 252-3158<br>cstover@cblh.com | Andrea Pacelli<br>Christopher R. Noyes<br>Dana O. Burwell<br>Omar Khan<br>WILMER CUTLER PICKERING HALE AND DORR<br>399 Park Avenue<br>New York, NY  10022<br>(212) 295-6311<br>andrea.pacelli@wilmerhale.com<br>christopher.noyes@wilmerhale.com<br>dana.burwell@wilmerhale.com<br>omar.khan@wilmerhale.com |

| | |
|---|---|
| Elizabeth Rui He<br>Jeffrey L. Moyer<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7871<br>he@rlf.com<br>moyer@rlf.com | Allison Altersohn<br>Charles D. Lee<br>Mark H. Francis<br>Robert F. Perry<br>KING & SPALDING<br>1185 Avenue of the Americas<br>New York, NY 10036<br>(212) 556-2316<br>aaltersohn@kslaw.com<br>clee@kslaw.com<br>mfrancis@kslaw.com<br>rperry@kslaw.com |
| Denise Seastone Kraft<br>Aleine Michelle Porterfield<br>DLA PIPER LLP<br>919 N. Market Street, Suite 1500<br>Wilmignton, DE 19801<br>(302) 468-5645<br>denise.kraft@dlapiper.com<br>aleine.porterfield@dlapiper.com | Richard K. Herrmann<br>Mary Matterer<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| Adam W. Poff<br>Karen L. Pascale<br>Pilar G. Kraman<br>James L. Higgins<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>kpascale@ycst.com<br>pkraman@ycst.com<br>jhiggins@ycst.com | Marc C. Belloli<br>Margaret E. Day<br>Sal Lim<br>FEINBERG DAY ALBERTI<br>  & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>(650) 618-4360<br>mbelloli@feinday.com<br>eday@feinday.com<br>slim@feinday.com |
| Rex A. Donnelly , IV<br>RATNER & PRESTIA<br>1007 Orange Street, Suite 1100<br>P.O. Box 1596<br>Wilmington, DE 19899<br>(302) 778-2500<br>radonnelly@ratnerprestia.com | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com |

| | |
|---|---|
| Jeffri A. Kaminski<br>Justin E. Pierce<br>VENABLE LLP<br>575 7th Street, NW<br>Washington, DC  20004<br>(202) 344-4048<br>jakaminski@venable.com<br>jpierce@venable.com | Kellie M. Johnson<br>Cono A. Carrano<br>Amanda R. Johnson<br>Jin-Suk Park<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>kmjohnson@akingump.com<br>ccarrano@akingump.com<br>arjohnson@akingump.com<br>jspark@akingump.com |
| Andrew V. Devkar<br>Richard de Bobo<br>DLA PIPER (US) LLP<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704<br>andrew.devkar@dlapiper.com<br>richard.debodo@dlapiper.com | Barry W. Graham<br>Yanbin Xu<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>barry.graham@finnegan.com<br>yanbin.xu@finnegan.com |
| Daniel R. Foster<br>MCDERMOTT, WILL & EMERY LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614-2559<br>dfoster@mwe.com | John T. Gallagher<br>David C. Lee<br>Katherine M. Lieb<br>Scott D. Stimpson<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 500-1565<br>jgallagher@sillscummis.com<br>dlee@sillscummis.com<br>klieb@sillscummis.com<br>sstimpson@sillscummis.com |
| Brett E. Cooper<br>MCKOOL SMITH<br>ONE BRYANT PARK<br>47TH FLOOR<br>NEW YORK, NY  10036<br>bcooper@mckoolsmith.com | Steven J. Pollinger<br>MCKOOL SMITH<br>300 W. 6th Street<br>Suite 1700<br>Austin, TX  78701<br>spollinger@mckoolsmith.com |

/s/ *Andrew E. Russell*
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Defendant Kyocera Communications Inc.*

OF COUNSEL:
David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton II
Mary Prendergast
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5100

Dated: May 9, 2012