# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC),  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>CELLCO PARTNERSHIP; *et al.,*  )<br>)<br>Defendants.  ) | C.A. No. 11-827-SLR |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff CyberFone Systems, LLC and Defendant NEC CASIO Mobile Communications, Ltd. ("NCmobile"), subject to the approval of the Court, that NCmobile's time to answer the Complaint in this action shall be extended to June 13, 2012.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Stephen B. Brauerman*<br>    Richard D. Kirk (#922)<br>    Stephen B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    Wilmington, DE  19801<br>    (302) 655-5000<br>    rkirk@bayardlaw.com<br>    sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*CyberFone Systems, LLC*<br><br>Dated:  May 10, 2012 | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.* |

**IT IS SO ORDERED** this _____ day of May ___, 2012.

                                                  _____
                                                                U.S.D.J.

1058763 / 37380