**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), | ) ) ) | |
| Plaintiff, | ) ) | 1:11-cv-00827-SLR |
| v. | ) ) | |
| CELLCO PARTNERSHIP, et al., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 7, 2012, DEFENDANT HEWLETT-PACKARD COMPANY'S PRODUCTION OF CORE TECHNICAL DOCUMENTS PURSUANT TO PARAGRAPH 4 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY, were served as shown:

**BY FEDERAL EXPRESS**

Bruce D. Kuyper
Marc A. Fenster
Fredericka Ung
Russ August & Kabat
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031

Richard D. Kirk
Bayard, P. A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on May 10, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all counsel of record.

/s/ Rex A. Donnelly
Rex A. Donnelly
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 7789-2500
Fax: (302) 778-2600
radonnelly@ratnerprestia.com

**Attorneys for Defendant Hewlett-Packard Company**

M. Elizabeth Day
Marc C. Belloli
Sal Lim
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Phone: (650) 618-4360
eday@feinday.com
mbelloli@feinday.com
slim@feinday.com

**Pro Hac Vice Attorneys for Defendant Hewlett-Packard Company**