**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC<br><br>    Plaintiff,<br><br> v.<br><br>CELLCO PARTNERSHIP; *et al.,*<br><br>    Defendants. | C.A. No. 11-827-SLR |

**NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Benjamin J. Schladweiler of the law firm Seitz Ross Aronstam & Moritz LLP, 400 S. West Street, Ste. 400, Wilmington, DE 19801, as counsel for Cellco Partnership.

            SEITZ ROSS ARONSTAM & MORITZ LLP

             */s/ Benjamin J. Schladweiler*
            Collins J. Seitz Jr. (DE Bar #2237)
            David E. Ross (DE Bar #5228)
            Benjamin J. Schladweiler (DE Bar #4601)
            100 S. West Street, Suite 400
            Wilmington DE 19801
            302.576.1600
            cseitz@seitzross.com
            dross@seitzross.com
            bschladweiler@seitzross.com

            *Attorneys for Cellco Partnership*

Dated: May 15, 2012