IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-827 (SLR) |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP, ET AL., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sharon A. Israel and Trent L. Menning of MAYER BROWN LLP, 700 Louisiana, Suite 3400, Houston, Texas 77002 to represent TracFone Wireless, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Regina S.E. Murphy*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rmurphy@mnat.com

*Attorneys for TracFone Wireless, Inc.*

May 15, 2012

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Sharon A. Israel and Trent L. Menning is granted.

Dated: _____  _____
United States District Judge

5929151

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 15, 2012

/s/ Sharon A. Israel

Sharon A. Israel
MAYER BROWN LLP
700 Louisiana, Suite 3400
Houston, Texas 77002
Phone: 713-238-2630
Facsimile: 713-238-4630
Email: sisrael@mayerbrown.com

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 15, 2012

Trent L. Menning
MAYER BROWN LLP
700 Louisiana, Suite 3400
Houston, Texas 77002
Phone: 713-238-2621
Facsimile: 713-238-4621
Email: tmenning@mayerbrown.com

4