IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-827-SLR |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-828-SLR |
| | ) | |
| ATLANTIC BROADBAND FINANCE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-829-SLR |
| | ) | |
| CNN INTERACTIVE GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-830-SLR |
| | ) | |
| AVAYA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-831-SLR |
| | ) | |
| AMAZON.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LVL PATENT GROUP, LLC, (n/k/a CyberFone Systems, LLC) | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-832-SLR |
| | ) | |
| VLINGO CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-833-SLR |
| | ) | |
| SONY ELECTRONICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-834-SLR |
| | ) | |
| FEDERAL EXPRESS CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-835-SLR |
| ECHOSTAR TECHNOLOGIES, et al., | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 12-107-SLR |
| ATLANTIC BROADBAND FINANCE, LLC, | ) | |
| Defendant. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 12-109-SLR |
| CEQUEL COMMUNICATIONS, LLC, | ) | |
| Defendant. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 12-110-SLR |
| BRIGHT HOUSE NETWORKS, LLC, | ) | |
| Defendant. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 12-111-SLR |

|  |  |  |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS LLC, | ) ) ) ) | |
| Defendant. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-112-SLR |
| CABLE ONE INC., | ) ) ) | |
| Defendant. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-113-SLR |
| CHARTER COMMUNICATIONS HOLDING COMPANY LLC and CHARTER COMMUNICATIONS INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-114-SLR |
| CSC HOLDINGS LLC, | ) ) ) | |
| Defendant. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-115-SLR |
| COX COMMUNICATIONS INC., | ) ) ) | |

|  |  |
|---|---|
| Defendant. | ) |

| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KNOLOGY INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-116-SLR |
|---|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT COMMUNICATIONS<br>COMPANY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-117-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RCN TELECOM SERVICES LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-118-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDIACOM BROADBAND LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-119-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff, | )<br>)<br>) |  |

|  |  |  |
|---|---|---|
| v. | ) ) ) | Civ. No. 12-120-SLR |
| TIME WARNER CABLE INC., | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

At Wilmington this 16th day of May, 2012, having conferred with counsel;

IT IS ORDERED that defendants shall be permitted to file an early summary judgment motion related to their contention that the '060 patent is invalid under 35 U.S.C. § 101, consistent with the following briefing schedule:

1. Defendants shall file their motion and opening brief in support thereof on or before **May 22, 2012**.

2. Plaintiff shall file its answering brief on or before **June 19, 2012.**

3. Defendants shall file their reply brief on or before **July 12, 2012.**

4. Oral argument on said motion shall be conducted on **July 26, 2012** commencing at **3:00 p.m.** in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware. Defendants (collectively) and plaintiff each shall have forty-five minutes in which to present argument.

United States District Judge