IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-827-SLR |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James Chang to represent defendant AT&T Mobility, LLC in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, a check in the amount of $25.00 is included to cover the annual fee for the attorney listed above.

                                                ASHBY & GEDDES

                                                */s/ Andrew C. Mayo*

                                                John G. Day (I.D. #2403)
                                                Tiffany Geyer Lydon (I.D. #3950)
                                                Andrew C. Mayo (I.D. #5207)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, DE  19899
                                                (302) 654-1888
                                                jday@ashby-geddes.com
                                                tlydon@ashby-geddes.com
                                                amayo@ashby-geddes.com

                                                *Attorneys for Defendant AT&T Mobility, LLC*

Dated:  May 16, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 5/15/12

James Chang
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-827-SLR |
| v. | ) | |
| CELLCO PARTNERSHIP, *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, 2011, the Court having considered the motion for the admission *pro hac vice* of James Chang to represent defendant AT&T Mobility, LLC in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{00632141;v1 }