**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>               Defendants. | C.A. No. 11-827-SLR |

**PLAINTIFF CYBERFONE SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff CyberFone Systems, LLC, by counsel and pursuant to Fed. R. Civ. P. 7.1, states that it is a wholly owned subsidiary of TechDev Holdings, LLC and there are no publicly held companies that own 10% or more of its stock.

Dated: May 18, 2012

Of Counsel:

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff CyberFone Systems, LLC*