IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as CyberFone PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, AT&T MOBILITY LLC, SPRINT SPECTRUM L.P., T-MOBILE USA, INC., CRICKET COMMUNICATIONS, INC., VIRGIN MOBILE USA, L.P., UNITED STATES CELLULAR CORPORATION, METROPCS WIRELESS, INC., TRACFONE WIRELESS, INC., BOOST MOBILE, LLC, APPLE INC., RESEARCH IN MOTION CORPORATION, NOKIA INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, MOTOROLA MOBILITY, INC., HTC AMERICA, INC., SHARP ELECTRONICS CORPORATION, PANTECH WIRELESS, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., HEWLETT-PACKARD COMPANY, SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., CASIO AMERICA, INC., FUTUREWEI TECHNOLOGIES, INC., ZTE (USA) INC. AND KYOCERA COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 11-827 (SLR) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between plaintiff CyberFone Systems LLC and defendant Motorola Mobility, Inc. ("Motorola Mobility"), subject to the approval of the Court, that the time for Motorola Mobility to answer the Amended Complaint is hereby extended through and including June 20, 2012.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard D. Kirk* | */s/ Karen Jacobs Louden* |
| _____ | _____ |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Karen Jacobs Louden (#2881) |
| 222 Delaware Avenue, Suite 900 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 658-9200 |
| sbrauerman@bayardlaw.com | jblumenfeld@mnat.com |
| | klouden@mnat.com |
| *Attorneys for Plaintiff CyberFone Systems, LLC* | *Attorneys for Defendant Motorola Mobility, Inc.* |
| May 18, 2012 | |

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE