IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827 (SLR) |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-829 (SLR) |
| | ) | |
| CNN INTERACTIVE GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-831 (SLR) |
| | ) | |
| AMAZON.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-113 (SLR) |
| | ) | |
| CHARTER COMMUNICATIONS HOLDING COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KNOLOGY INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 12-116 (SLR)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
OF U.S. PATENT NO. 8,019,060 UNDER 35 U.S.C. § 101**

Pursuant to Federal Rule of Civil Procedure 56 and the Court's May 16, 2012 Order Regarding Early Summary Judgment (D.I. 199 in 11-827-SLR), the Moving Defendants in these actions, as defined in the chart below, move for summary judgment that the claims of U.S. Patent No. 8,019,060 are invalid under 35 U.S.C. § 101. The grounds for this motion are set forth in the Moving Defendants' Opening Brief, submitted herewith.

| **Action** | **Moving Defendants** |
|---|---|
| 11-827 (SLR) | AT&T Mobility LLC, Boost Mobile, LLC, Cellco Partnership, Sprint Spectrum LP, T-Mobile USA, Inc., and Virgin Mobile USA, LP |
| 11-829 (SLR) | CBS Interactive Inc., CNN Interactive Group, Inc., Dow Jones & Company, Inc., Dow Jones Local Media Group, Inc., Flixster, Inc., Fox Interactive Media, Inc., Fox News Network, LLC, Fox Soccer Channel, LLC, Fox Sports Interactive Media, LLC, Groupon, Inc., Home Box Office, Inc., Hulu, LLC, LinkedIn Corp., Meebo, Inc., MLB Advanced Media, LP, NBA Media Ventures, LLC, NBA Properties, Inc., Netflix, Inc., NFL Enterprises, LLC, Skype Inc., Twentieth Century Fox Film Corporation, Twitter, Inc., Univision Interactive Media, Inc., Warner Bros. Entertainment Inc., Yahoo!, Inc., and Yelp Inc. |
| 11-831 (SLR) | Avis Budget Group, Inc., Ebay, Inc., Expedia, Inc., Hilton Garden Inns Management LLC, Hilton Worldwide, Inc., Hotels.com, LP, Intercontinental Hotels Corp., Kayak Software Corp., Marriott Int'l, Inc., Orbitz Worldwide, LLC, Paypal Inc., Priceline.com, Inc., Six Continents Hotels Inc., Southwest Airlines Co., The Hertz Corporation, Travelocity.com, LP, and United Air Lines, Inc. |
| 12-113 (SLR) | Charter Communications Holding Company LLC and Charter Communications, Inc. |
| 12-116 (SLR) | Knology, Inc. |

- 3 -

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
psaindon@mnat.com

*With Authority of the Moving Defendants*

May 22, 2012