IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP; AT&T MOBILITY, LLC; SPRINT SPECTRUM L.P.; T-MOBILE USA, INC.; CRICKET COMMUNICATIONS, INC.; VIRGIN MOBILE USA, L.P.; UNITED STATES CELLULAR CORPORATION; METROPCS WIRELESS, INC.; TRACFONE WIRELESS, INC.; BOOST MOBILE, LLC; APPLE, INC.; RESEARCH IN MOTION CORPORATION; NOKIA INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; MOTOROLA MOBILITY, INC.; HTC AMERICA, INC.; SHARP ELECTRONICS CORPORATION; PANTECH WIRELESS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HEWLETT-PACKARD COMPANY; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.; CASIO AMERICA, INC.; FUTUREWEI TECHNOLOGIES, INC.; ZTE (USA) INC.; AND KYOCERA WIRELESS CORP, <br><br> Defendants. | C.A. No. 11-827 (SLR) |

**DEFENDANT MOTOROLA MOBILITY, INC.'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola Mobility, Inc. discloses the following:

   1.  Motorola Mobility, Inc. is a Delaware corporation and is a wholly-owned subsidiary of Motorola Mobility Holdings, Inc. Motorola Mobility Holdings, Inc. is a Delaware corporation.

2

2. Effective May 22, 2012, Motorola Mobility Holdings, Inc. became a wholly-owned subsidiary of Google Inc., which trades on NASDAQ under the ticker symbol GOOG.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Motorola Mobility, Inc.*

May 30, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2012 I electronically filed the foregoing document, which will send notification of such filing(s) to all registered participants.

I also certify that copies were caused to be served on May 30, 2012 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19891<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Bruce K. Kuyper, Esquire<br>Fredericka Ung, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Collins J. Seitz, Jr., Esquire<br>David E. Ross, Esquire<br>Benjamin Schladweiler, Esquire<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>*Attorneys for Cellco Partnership* | *VIA ELECTRONIC MAIL* |
| Michael K. Kellogg, Esquire<br>Evan T. Leo, Esquire<br>Wan J. Kim, Esquire<br>Michael E. Joffre, Esquire<br>Kiran S. Raj, Esquire<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS, & FIGEL PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>*Attorneys for Cellco Partnership* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for AT&T Mobility LLC and ZTE (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Evan Finkel, Esquire<br>Mark R. Kendrick, Esquire<br>Michael Horikawa, Esquire<br>James Chang, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>*Attorneys for AT&T Mobility LLC* | *VIA ELECTRONIC MAIL* |
| William P. Atkins, Esquire<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard, Suite 1400<br>McLean, VA 22102<br>*Attorneys for AT&T Mobility LLC* | *VIA ELECTRONIC MAIL* |
| Barry W. Graham, Esquire<br>Yanbin Xu, Esquire<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 2004-4413<br>*Attorneys for ZTE (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Karen Jacobs Louden, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Sprint Spectrum L.P., Boost Mobile, LLC, HTC America, Inc. and Futurewei Technologies, Inc. (d/b/a Huawei)* | *VIA ELECTRONIC MAIL* |

2

Daniel R. Foster, Esquire  *VIA ELECTRONIC MAIL*
MCDERMOTT, WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
*Attorneys for HTC America, Inc.*

Yar R. Chaikovsky, Esquire  *VIA ELECTRONIC MAIL*
John A. Lee, Esquire
Cary Chien, Esquire
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
*Attorneys for Futurewei Technologies, Inc. (d/b/a Huawei)*

Jack B. Blumenfeld, Esquire  *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
*Attorneys for T-Mobile USA Inc., Motorola Mobility, Inc., Cricket Communications Inc., MetroPCS Wireless Inc. and TracFone Wireless Inc.*

Ryan J. McBrayer, Esquire  *VIA ELECTRONIC MAIL*
Kirstin E. Larson, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
*Attorneys for T-Mobile USA Inc.*

Jonathan E. Retsky, Esquire  *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
*Attorneys for Motorola Mobility, Inc.*

Steven J. Pollinger, Esquire  *VIA ELECTRONIC MAIL*
MCKOOL SMITH
300 W. 6th Street, Suite 1700
Austin, TX 78701
*Attorneys for MetroPCS Wireless, Inc.*

3

| | |
|---|---|
| Brett E. Cooper, Esquire<br>MCKOOL SMITH<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>*Attorneys for MetroPCS Wireless, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael L. Brody, Esquire<br>Jonathan E. Retsky, Esquire<br>Thomas M. Williams, Esquire<br>James Winn, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for TracFone Wireless, Inc. and Cricket Communications, Inc.* | *VIA ELECTRONIC MAIL* |
| Krishnan Padmanabhan, Esquire<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>*Attorneys for TracFone Wireless, Inc. and Cricket Communications, Inc.* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Sony Ericsson Mobile Communication (USA) Inc.* | *VIA ELECTRONIC MAIL* |
| Justin E. Pierce, Esquire<br>Jeffri A. Kaminski, Esquire<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004<br>*Attorneys for Sony Ericsson Mobile Communications (USA), Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David Ellis Moore, Esquire<br>POTTER ANDERSON & CORROON<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>*Attorneys for Apple Inc. and NEC CASIO*<br>*Mobile Communications, Ltd.* | *VIA ELECTRONIC MAIL* |
| Harrison J. Frahn IV, Esquire<br>Jason M. Bussey, Esquire<br>Jeffrey E. Danley, Esquire<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>*Attorneys for Apple Inc.* | *VIA ELECTRONIC MAIL* |
| Scott D. Stimpson, Esquire<br>Katherine M. Lieb, Esquire<br>David C. Lee, Esquire<br>Trent S. Dickey, Esquire<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Attorneys for NEC CASIO Mobile*<br>*Communications, Ltd.* | *VIA ELECTRONIC MAIL* |
| Steven J. Fineman, Esquire<br>Gregory P. Williams, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for United States Cellular*<br>*Corporation* | *VIA ELECTRONIC MAIL* |
| Robert D. Leighton, Esquire<br>Richard J. O'Brien, Esquire<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>*Attorneys for United States Cellular*<br>*Corporation* | *VIA ELECTRONIC MAIL* |

5

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Elizabeth R. He, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Nokia Inc.* | *VIA ELECTRONIC MAIL* |
| Robert F. Perry, Esquire<br>Allison H. Altersohn, Esquire<br>Mark H. Francis, Esquire<br>Charles D. Lee, Esquire<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>*Attorneys for Nokia Inc.* | *VIA ELECTRONIC MAIL* |
| Chad S.C. Stover, Esquire<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Research In Motion* | *VIA ELECTRONIC MAIL* |
| Dominic E. Massa, Esquire<br>Dana O. Burwell, Esquire<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>*Attorneys for Research In Motion* | *VIA ELECTRONIC MAIL* |
| Christopher R. Noyes, Esquire<br>Omar Khan, Esquire<br>Andrea Pacelli, Esquire<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>*Attorneys for Research In Motion* | *VIA ELECTRONIC MAIL* |

Richard K. Herrmann, Esquire  
Mary B. Matterer, Esquire  
MORRIS JAMES LLP  
500 Delaware Ave., Suite 1500  
*Attorneys for Pantech Wireless, Inc.*  
    *VIA ELECTRONIC MAIL*

Alan A. Wright, Esquire  
Wayne M. Helge, Esquire  
H.S. PARK & ASSOCIATES, PLC  
850 Leesburg Pike, Suite 7500  
Vienna, VA 22182  
*Attorneys for Pantech Wireless, Inc.*  
    *VIA ELECTRONIC MAIL*

Denise Seaston Kraft, Esquire  
Aleine Michelle Porterfield, Esquire  
DLA PIPER LLP  
919 N. Market Street, Suite 1500  
Wilmington, DE 19801  
*Attorneys for Sharp Electronics Corporation*  
    *VIA ELECTRONIC MAIL*

Richard de Bodo, Esquire  
Andrew Devkar, Esquire  
DLA PIPER LLP (US)  
2000 Avenue of the Stars  
Suite 400 North Tower  
Los Angeles, CA 90067  
*Attorneys for Sharp Electronics Corporation*  
    *VIA ELECTRONIC MAIL*

Rex A. Donnelly, IV, Esquire  
RATNERPRESTIA  
1007 Orange Street, Suite 1100  
Wilmington, DE 19801  
*Attorneys for Hewlett-Packard Company*  
    *VIA ELECTRONIC MAIL*

M. Elizabeth Day, Esquire  
Marc C. Belloli, Esquire  
Sal Lim, Esquire  
FEINBERG DAY ALBERTI & THOMPSON LLP  
401 Florence Street, Suite 200  
Palo Alto, CA 94301  
*Attorneys for Hewlett-Packard Company*  
    *VIA ELECTRONIC MAIL*

| | |
|---|---|
| Karen L. Pascale, Esquire<br>James L. Higgins, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for LG Electronics MobileComm U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| R. Tyler Goodwyn, IV, Esquire<br>Song K. Jung, Esquire<br>Renzo N. Rocchegiani, Esquire<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K Street, NW<br>Washington, DC  20006<br>*Attorneys for LG Electronics MobileComm U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Andrew E. Russell, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Kyocera Communications Inc.* | *VIA ELECTRONIC MAIL* |
| David C. Doyle, Esquire<br>M. Andrew Woodmansee, Esquire<br>E. Dale Buxton II, Esquire<br>Mary Prendergast, Esquire<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, CA  92130-2040<br>*Attorneys for Kyocera Communications Inc.* | *VIA ELECTRONIC MAIL* |
| Adam W. Poff, Esquire<br>Pilar G. Kraman, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Samsung Telecommunications America, LLC* | *VIA ELECTRONIC MAIL* |

Cono Carrano, Esquire                                                           *VIA ELECTRONIC MAIL*
Jin-Suk Park, Esquire
Amanda Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
*Attorneys for Samsung Telecommunications*
*America, LLC*

Kellie M. Johnson, Esquire                                                       *VIA ELECTRONIC MAIL*
AKIN GUMP STAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
*Attorneys for Samsung Telecommunications*
*America, LLC*

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)

9