**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-00827-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff

CyberFone Systems, LLC ("CyberFone") and Defendant Sharp Electronics Corporation

("Sharp"), subject to the approval of the Court, that Sharp's time to answer, move, or otherwise

respond to the Complaint shall be extended to August 13, 2012.

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel for

CyberFone and Sharp, subject to the approval of the Court, that Sharp's time to comply with the

Default Discovery Standard's paragraph 3 disclosures and paragraph 4 production shall be

extended to August 13, 2012.

Dated: June 19, 2012

WEST\233588133.1

**DLA PIPER LLP (US)**

By: */s/ Denise S. Kraft*
    Denise S. Kraft (DE No. 2778)
    Aleine Porterfield (DE No. 5053)
    919 North Market St.
    Suite 1500
    Wilmington, DE 19801
    Phone: 302-468-5700
    Fax:   302-394-2341
    denise.kraft@dlapiper.com
    aleine.porterfield@dlapiper.com


*Attorneys for Defendant*
*Sharp Electronics Corp.*

**OF COUNSEL**:

Richard de Bodo
Andrew V. Devkar
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Phone: 310-595-3106
Fax:   310-595-3406
Richard.debodo@dlapiper.com
Andrew.devkar@dlapiper.com

**BAYARD, P.A.**

By:   */s/ Stephen B. Brauerman*
    Richard D. Kirk (DE No. 0922)
    Stephen B. Brauerman (DE No. 4952)
    Vanessa Ribeiro Tiradentes (DE No. 5398)
    222 Delaware Avenue, Suite 900
    Wilmington, DE 19899
    Phone: 302-655-5000
    Fax:   302-658-6395
    rkirk@bayardlaw.com
    sbrauerman@bayardlaw.com
    vtiradentes@bayardlaw.com


*Attorneys for Plaintiff*
*CyberFone Systems LLC*

**OF COUNSEL**:

Marc A. Fenster
Bruce D. Kuyper
Fredricka Ung
Eric Carsten
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
Phone:  310 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
fung@raklaw.com
ecarsten@raklaw.com


SO ORDERED, this _____ day of _____, 2012



_____
The Honorable Sue L. Robinson
United States District Court Judge