IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>    *Defendants.* | C.A. No. 11-827-SLR |

**UNOPPOSED MOTION REGARDING BRIEFING ON DEFENDANTS'
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

WHEREAS, on May 22, 2012, certain Defendants ("Moving Defendants") filed a Motion for Summary Judgment of Invalidity of U.S. Patent No. 8,019,060 (the "Motion") and an Opening Brief in Support of the Motion (D.I. 227-228);

WHEREAS, the deadline for Plaintiff Cyberfone Systems, LLC ("Cyberfone") to file its Answering Brief in Opposition to the Motion (the "Answering Brief") is currently June 19, 2012;

WHEREAS, on June 11, 2012, the Court rescheduled oral argument on the Motion from July 26, 2012 to July 31, 2012;

WHEREAS, Cyberfone has requested and Defendants have agreed to extend Cyberfone's deadline to file its Answering Brief by three days, until June 22, 2012, provided that Defendants' deadline to file its Reply Brief is extended from July 12, 2012 through July 17, 2012 and the extension does not impact the July 31, 2012 hearing date.

NOW, THEREFORE, on behalf of all the parties, Cyberfone respectfully moves the Court as follows:

1.    Cyberfone shall file its Answering Brief on or before June 22, 2012.

2.    The Moving Defendants shall file their Reply Brief on or before July 17, 2012.

3. All other deadlines in this matter shall remain the same.

| | |
|---|---|
| June 19, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| Marc A. Fenster | Richard D. Kirk (rk0922) |
| RUSS, AUGUST & KABAT | Stephen B. Brauerman (sb4952) |
| 12424 Wilshire Boulevard, Twelfth Floor | 222 Delaware Avenue, Suite 900 |
| Los Angeles, CA 90025-1031 | Wilmington, DE 19801 |
| (310) 826-7474 | (302) 655-5000 |
| mfenster@raklaw.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |

*Attorneys for Plaintiff
 Cyberfone Systems, LLC*

IT IS SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Sue L. Robinson
United States District Judge