# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP *et al*, <br><br> Defendants. | C.A. No. 11-827 (SLR) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Defendant Motorola Mobility, Inc. ("MMI") and Plaintiff CyberFone Systems, LLC, subject to the approval of the Court, that the deadline for MMI to respond to CyberFone's First Amended Complaint (D.I. 75) shall be extended to July, 20, 2012; that the time for MMI to comply with the Default Discovery Standard's Paragraph 3 disclosures requirement shall be extended to July 23, 2012; and that the time for MMI to comply with the Default Discovery Standard's Paragraph 4 production of core technical documents requirement shall be extended to July 30, 2012.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stepehn B. Brauerman* | */s/ Regina S.E. Murphy* |
| J Richard D. Kirk (#0922) <br> Stephen B. Brauerman (#4952) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br><br> *Attorneys for Plaintiff* <br> *CyberFone Systems, LLC* | Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> Regina S.E. Murphy (#5648) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> klouden@mnat.com <br> rmurphy@mnat.com <br><br> *Attorneys for Defendant* <br> *Motorola Mobility, Inc.* |

Dated: June 19, 2012

       SO ORDERED this _____ day of _____, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE