IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-827-SLR |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-828-SLR |
| | ) | |
| ATLANTIC BROADBAND FINANCE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-829-SLR |
| | ) | |
| CNN INTERACTIVE GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-830-SLR |
| | ) | |
| AVAYA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-831-SLR |
| | ) | |
| AMAZON.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LVL PATENT GROUP, LLC, (n/k/a CyberFone Systems, LLC) | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-832-SLR |
| | ) | |
| VLINGO CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-833-SLR |
| | ) | |
| SONY ELECTRONICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-834-SLR |
| | ) | |
| FEDERAL EXPRESS CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-835-SLR |
| | ) | |
| ECHOSTAR TECHNOLOGIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-107-SLR |
| | ) | |
| ATLANTIC BROADBAND FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-109-SLR |
| | ) | |
| CEQUEL COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-110-SLR |
| | ) | |
| BRIGHT HOUSE NETWORKS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-111-SLR |

| | | |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS LLC, | ) ) ) ) | |
| Defendant. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-112-SLR |
| CABLE ONE INC., | ) ) ) | |
| Defendant. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-113-SLR |
| CHARTER COMMUNICATIONS HOLDING COMPANY LLC and CHARTER COMMUNICATIONS INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-114-SLR |
| CSC HOLDINGS LLC, | ) ) ) | |
| Defendant. | ) ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-115-SLR |
| COX COMMUNICATIONS INC., | ) ) ) | |

|  |  |  |
|---|---|---|
| Defendant. | ) | |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KNOLOGY INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-116-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT COMMUNICATIONS COMPANY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-117-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RCN TELECOM SERVICES LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-118-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDIACOM BROADBAND LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 12-119-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>Plaintiff, | )<br>)<br>) | |

|                          |   |                      |
|--------------------------|---|----------------------|
| v.                       | ) | Civ. No. 12-120-SLR  |
|                          | ) |                      |
| TIME WARNER CABLE INC.,  | ) |                      |
|                          | ) |                      |
| Defendant.               | ) |                      |

## O R D E R

At Wilmington this ___ day of June, 2012, there being a conflict in the court's schedule;

IT IS ORDERED that the in-person status conference originally scheduled for Tuesday, December 4, 2012, is hereby rescheduled to **Wednesday, December 12, 2012, at 4:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge