IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827 (SLR) |
| | ) | |
| CELLCO PARTNERSHIP, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiff CyberFone Systems LLC and defendant Futurewei Technologies, Inc., d/b/a/ Huawei ("Futurewei"), subject to the approval of the Court, that the time for Futurewei to answer the First Amended Complaint is hereby extended through and including August 20, 2012; that the time for Futurewei to comply with the Default Discovery's Standard paragraph 3 disclosures requirement shall be extended to August 13, 2012; and that Futurewei's time to comply with the Default Discovery Standard's paragraph 4 production of core technical documents requirement shall be extended to August 20, 2012.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Karen Jacobs Louden (#2881) |
| 222 Delaware Avenue, Suite 900 | Regina S.E. Murphy (#5648) |
| Wilmington, DE 19801 | 1201 N. Market Street |
| (302) 655-5000 | P.O. Box 1347 |
| rkirk@bayardlaw.com | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff CyberFone Systems, LLC* | klouden@mnat.com |
| | rmurphy@mnat.com |
| | |
| Dated: June 29, 2012 | *Attorneys for Futurewei Technologies, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE