IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-827-SLR |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of July, 2012, **DEFENDANT AT&T MOBILITY LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF CYBERFONE SYSTEMS, LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT AT&T MOBILITY LLC** were served upon the following counsel of record at the address and in the manner indicated:

Richard D. Kirk, Esquire                                                    VIA ELECTRONIC MAIL
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Marc A. Fenster, Esquire                                                   VIA ELECTRONIC MAIL
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025-1031

Collins J. Seitz, Jr., Esquire                                              VIA ELECTRONIC MAIL
Seitz Ross Aronstam & Moritz, LLP
100 South West Street, Suite 400
Wilmington, DE  19801

Michael K. Kellogg, Esquire                                                VIA ELECTRONIC MAIL
Kellogg, Huber, Hansen, Todd, Evans & Figel
1615 M Street, NW, Suite 400
Washington, DC  20036

{00606985;v1 }

Karen Jacobs Louden, Esquire — VIA ELECTRONIC MAIL
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire — VIA ELECTRONIC MAIL
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Mitchell G. Stockwell, Esquire — VIA ELECTRONIC MAIL
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Amr O. Aly, Esquire — VIA ELECTRONIC MAIL
Kilpatrick Townsend & Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019

John C. Alemanni, Esquire — VIA ELECTRONIC MAIL
Kilpatrick Townsend & Stockston LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Ryan J. McBrayer, Esquire — VIA ELECTRONIC MAIL
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

Michael L. Brody, Esquire — VIA ELECTRONIC MAIL
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Krishnan Padmanabhan, Esquire — VIA ELECTRONIC MAIL
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Gregory P. Williams, Esquire — VIA ELECTRONIC MAIL
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Sharon A. Israel, Esquire                                   VIA ELECTRONIC MAIL
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, TX  77002

Richard J. O'Brien, Esquire                                 VIA ELECTRONIC MAIL
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Brett E. Cooper, Esquire                                    VIA ELECTRONIC MAIL
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036

Steven J. Pollinger, Esquire                                VIA ELECTRONIC MAIL
McKool Smith
300 West 6th Street, Suite 1700
Austin, TX  78701

Richard L. Horwitz, Esquire                                 VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Harrison J. Frahn, Esquire                                  VIA ELECTRONIC MAIL
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304

Chad S.C. Stover, Esquire                                   VIA ELECTRONIC MAIL
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801

Dominic E. Massa, Esquire                                   VIA ELECTRONIC MAIL
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA  02109

Christopher R. Noyes, Esquire                               VIA ELECTRONIC MAIL
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Robert F. Perry, Esquire<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003 | VIA ELECTRONIC MAIL |
| Adam W. Poff, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Cono Carrano, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC  20036 | VIA ELECTRONIC MAIL |
| Kellie Johnson, Esquire<br>Akin Gump Strauss Hauer & Feld, LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX  75201 | VIA ELECTRONIC MAIL |
| John A. Lee, Esquire<br>McDermott, Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025 | VIA ELECTRONIC MAIL |
| Daniel R. Foster, Esquire<br>McDermott, Will & Emery LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559 | VIA ELECTRONIC MAIL |
| Denise S. Kraft, Esquire<br>DLA Piper (US) LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Richard de Bodo, Esquire<br>DLA Piper (US) LLP<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA  90067-4704 | VIA ELECTRONIC MAIL |
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494 | VIA ELECTRONIC MAIL |
| Alan A .Wright, Esquire<br>H.C. Park & Associates, PLC<br>850 Leesburg Pike, Suite 7500<br>Vienna, VA  22182 | VIA ELECTRONIC MAIL |
| Karen L. Pascale, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| R. Tyler Goodwyn, IV, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC  20006 | VIA ELECTRONIC MAIL |
| Rex A. Donnelly, IV, Esquire<br>RatnerPrestia<br>1007 Orange Street, Suite 1100<br>Wilmington, DE  19801-1231 | VIA ELECTRONIC MAIL |
| M. Elizabeth Day, Esquire<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301 | VIA ELECTRONIC MAIL |
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Jeffri A. Kaminski, Esquire<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC  20004-1601 | <u>VIA ELECTRONIC MAIL</u> |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | <u>VIA ELECTRONIC MAIL</u> |
| Scott D. Stimpson, Esquire<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY  10112 | <u>VIA ELECTRONIC MAIL</u> |
| John W. Shaw, Esquire<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801 | <u>VIA ELECTRONIC MAIL</u> |
| David C. Doyle, Esquire<br>Morrison & Foerster<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA  92130 | <u>VIA ELECTRONIC MAIL</u> |
| Barry W. Graham, Esquire<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 | <u>VIA ELECTRONIC MAIL</u> |

          ASHBY & GEDDES

          /s/ *John G. Day*

          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. #3950)
          Andrew C. Mayo (I.D. #5207)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com
          amayo@ashby-geddes.com

          *Attorneys for Defendant AT&T Mobility, LLC*

*Of Counsel:*

Evan Finkel
Mark Kendrick
Michael Horikawa
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7100

William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7900

Dated: July 9, 2012