## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827-SLR |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 9th day of July, 2012, Defendant Cellco

Partnership d/b/a Verizon Wireless's Objections and Responses to Plaintiff Cyberfone Systems,

LLC's First Set Of Requests For Admission was served upon the attorneys listed below via e-

mail:

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff*

Marc A. Fenster
Bruce D. Kuyper
Eric J. Carsten
Fredricka Ung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
mfenster@raklaw.com
bkuyper@raklaw.com
ecarsten@raklaw.com
fung@raklaw.com

*Attorneys for Plaintiff*

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Michael K. Kellogg
Wan J. Kim
Michael E. Joffre
Kiran S. Raj
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M St., N.W., Suite 400
Washington, D.C.  20036
(202) 326-7900

July 9, 2012

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (DE Bar No. 2237)
David E. Ross (DE Bar No. 5228)
Benjamin J. Schladweiler (DE Bar No. 4601)
100 S. West Street, Suite 400
Wilmington DE  19801
(302) 576-1600
cseitz@seitzross.com
dross@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Cellco Partnership*