**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, *Plaintiff,* v. CELLCO PARTNERSHIP, *et al.*, *Defendants.* | C.A. No. 11-827-SLR |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Cyberfone Systems, LLC and Defendant LG Electronics MobileComm U.S.A., Inc. ("LG"), subject to the approval of the Court, that LG's time to move, answer, or otherwise respond to the First Amended Complaint in this action shall be extended to and including September 4, 2012 (from July 20, 2012).

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Stephen B. Brauerman | /s/ Karen L. Pascale |
| Richard D. Kirk (No. 922) | Karen L. Pascale (No. 2903) |
| Stephen B. Brauerman (No. 4952) | James L. Higgins (No. 5021) |
| Vanessa R. Tiradentes (No. 5398) | Rodney Square |
| 222 Delaware Avenue, Suite 900 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 429-4232 | (302) 571-6600 |
| rkirk@bayardlaw.com | kpascale@ycst.com |
| sbrauerman@bayardlaw.com | jhiggins@ycst.com |
| vtiradentes@bayardlaw.com | |
| *Attorneys for Plaintiff Cyberfone Systems, LLC* | *Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.* |

Dated: July 11, 2012

IT IS SO ORDERED this _____ day of _____, 2012.

                                                         _____
                                                                  United States District Judge