**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>    Plaintiff,<br>  v.<br><br>CELLCO PARTNERSHIP, et al.,<br><br>    Defendants. | C.A. No. 1:11-cv-827-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>    Plaintiff,<br>v.<br><br>CNN INTERACTIVE GROUP, INC.,<br>et al.,<br><br>    Defendants. | C.A. No. 1:11-cv-829-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AMAZON.COM, INC.,<br>et al.,<br><br>    Defendants. | C.A. No. 1:11-cv-831-SLR |
| CYBERFONE SYSTEMS, LLC,<br><br>    Plaintiff,<br>v.<br><br>CHARTER COMMUNICATIONS<br>HOLDING COMPANY LLC, et al.<br><br>    Defendants. | C.A. No. 1:12-cv-113-SLR |

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>    Plaintiff,<br>v.<br><br>KNOLOGY INC.,<br><br>    Defendants. | C.A. No. 1:12-cv-116-SLR |

## NOTICE OF SUBSEQUENT AUTHORITY

Plaintiff Cyberfone Systems, LLC ("Cyberfone"), pursuant to Local Rule 7.1.2(b), respectfully submits the attached Opinion of the United States Court of Appeals for the Federal Circuit, captioned *CLS Services, Ltd. v. Alice Corp. Pty, Ltd.*, C.A. No. 2011-1301, decided on July 9, 2012, as Subsequent Authority in support of Cyberfone's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 8,019,060 Under 35 U.S.C. § 101. (D.I. 250 in C.A. No. 11-827-SLR; D.I. 117 in C.A. No. 11-829-SLR; D.I. 147 in 11-831-SLR; D.I. 23 in C.A. No. 12-113-SLR; D.I. 24 in C.A. No. 12-116-SLR.)

| | |
|---|---|
| July 11, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Bruce D. Kuyper | Vanessa R. Tiradentes (vt5398) |
| Eric J. Carsten | 222 Delaware Avenue, Suite 900 |
| Fredricka Ung | Wilmington, DE 19801 |
| Russ, August & Kabat | (302) 655-5000 |
| 12424 Wilshire Boulevard, 12th Floor | rkirk@bayardlaw.com |
| Los Angeles, CA 90025-1031 | sbrauerman@bayardlaw.com |
| (310) 826-7474 | vtiradentes@bayardlaw.com |
| mfenster@raklaw.com | |
| bkuyper@raklaw.com | Attorneys for Plaintiff, |
| ecarsten@raklaw.com | Cyberfone Systems, LLC |
| fung@raklaw.com | |