IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYBERFONE SYSTEMS, LLC,

Plaintiff,

v.

CELLCO PARTNERSHIP *et al*,

Defendants.

C.A. No. 11-827 (SLR)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Defendant Motorola Mobility, Inc. ("MMI") and Plaintiff CyberFone Systems, LLC, subject to the approval of the Court, that the deadline for MMI to respond to CyberFone's First Amended Complaint (D.I. 75) shall be extended to August 20, 2012; that the time for MMI to comply with the Default Discovery Standard's Paragraph 3 disclosures requirement shall be extended to August 22, 2012; and that the time for MMI to comply with the Default Discovery Standard's Paragraph 4 production of core technical documents requirement shall be extended to August 29, 2012.

BAYARD, P.A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen B. Brauerman*
Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*
*CyberFone Systems, LLC*

*/s/ Regina S.E. Murphy*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rmurphy@mnat.com

*Attorneys for Defendant*
*Motorola Mobility, Inc.*

Dated: July 16, 2012

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE