# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC (formerly known as LVL PATENT GROUP, LLC), )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CELLCO PARTNERSHIP; *et al.*, )<br>)<br>Defendants. ) | C.A. No. 11-827-SLR |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Arun K. Goel, formerly of Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, CA 94304, hereby withdraws his appearance as counsel for Apple Inc. ("Defendant"). All other attorneys involved in the case from Simpson Thacher & Bartlett LLP and Potter Anderson & Corroon LLP continue to represent Defendant.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Harrison J. Frahn IV
Patrick E. King
Jeffrey E. Danley
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street,
Palo Alto, California 94304
Tel: (650) 251-5000

Dated: July 30, 2012
1068859 /38428

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Defendant Apple Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 30, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 30, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | Marc A. Fenster |
| Stephen B. Brauerman | Bruce D. Kuyper |
| Vanessa R. Tiradentes | Fredricka Ung |
| Bayard, P.A. | Eric J. Carsten |
| 222 Delaware Avenue, Suite 900 | Daniel Hipskind |
| Wilmington, DE 19899 | Russ, August & Kabat |
| rkirk@bayardlaw.com | 12424 Wilshire Boulevard, 12th Floor |
| sbrauerman@bayardlaw.com | Los Angeles, CA 90025-1031 |
| vtiradentes@bayardlaw.com | cyberfone@raklaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| | |
| Harrison J. Frahn IV | John G. Day |
| Patrick E. King | Tiffany Geyer Lydon |
| Jason M. Bussey | Andrew C. Mayo |
| Jeffrey E. Danley | Ashby & Geddes |
| Simpson Thacher & Bartlett LLP | 500 Delaware Avenue, 8th Floor |
| 2550 Hanover Street, | Wilmington, DE 19899 |
| Palo Alto, California 94304 | jday@ashby-geddes.com |
| hfrahn@stblaw.com | tlydon@ashby-geddes.com |
| pking@stblaw.com | amayo@ashby-geddes.com |
| jbussey@stblaw.com | *Attorneys for Defendant AT&T Mobility LLC* |
| jdanley@stblaw.com | |
| *Attorneys for Defendant Apple Inc.* | |

Evan Finkel
Mark R. Kendrick
Michael S. Horikawa
James Chang
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
evan.finkel@pillsburylaw.com
mark.kendrick@pillsburylaw.com
michael.horikawa@pillsburylaw.com
james.chang@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC*

William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
william.atkins@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility LLC*

Jack B. Blumenfeld
Karen Jacobs Louden
Regina S.E. Murphy
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
rmurphy@mnat.com
*Attorneys for Defendants Boost Mobile LLC, Cricket Communications Inc., Futurewei Technologies Inc., HTC America Inc., Motorola Mobility Inc., MetroPCS Wireless Inc., Sprint Spectrum L.P., T-Mobile USA Inc. and TracFone Wireless Inc.*

Scott D. Stimpson
Katherine M. Lieb
David C. Lee
Trent S. Dickey
John T. Gallagher
Sills Cummis & Gross P.C.
30 Rockefeller Plaza
New York, NY 10020
sstimpson@sillscummis.com
dlee@sillscummis.com
klieb@sillscummis.com
tdickey@sillscummis.com
jgallagher@sillscummis.com
*Attorneys for Defendant NEC CASIO Mobile Communications, Ltd.*

| | |
|---|---|
| Collins J. Seitz , Jr.<br>David E. Ross<br>Benjamin J. Schladweiler<br>Seitz Ross Aronstam & Moritz LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>cseitz@seitzross.com<br>dross@seitzross.com<br>bschladweiler@seitzross.com<br>*Attorneys for Defendant Cellco Partnership*<br>*doing business as Verizon Wireless* | Michael K. Kellogg<br>Evan T. Leo<br>Wan J. Kim<br>Michael E. Joffre<br>Kiran S. Raj<br>W. Joss Nichols<br>Kellogg, Huber, Hansen, Todd, Evans, &<br>Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>mkellogg@khhte.com<br>eleo@khhte.com<br>wkim@khhte.com<br>mjoffre@khhte.com<br>kraj@khhte.com<br>jnichols@khhte.com<br>*Attorneys for Defendant Cellco Partnership*<br>*doing business as Verizon Wireless* |
| Michael L. Brody<br>Jonathan E. Retsky<br>Thomas M. Williams<br>James Winn<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601-9703<br>mbrody@winston.com<br>jretsky@winston.com<br>tmwilliams@winston.com<br>jwinn@winston.com<br>*Attorneys for Defendants Cricket*<br>*Communications Inc., Motorola Mobility Inc.,*<br>*and TracFone Wireless Inc.* | Krishnan Padmanabhan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>kpadmanabhan@winston.com<br>*Attorneys for Defendants Cricket*<br>*Communications Inc., Motorola Mobility Inc.,*<br>*and TracFone Wireless Inc.* |
| Yar R. Chaikovsky<br>John A. Lee<br>Cary Chien<br>McDermott Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>ychaikovsky@mwe.com<br>jlee@mwe.com<br>cchien@mwe.com<br>*Attorneys for Defendants Futurewei*<br>*Technologies Inc.* | Rex A. Donnelly , IV<br>Ratner & Prestia<br>1007 Orange Street, Suite 1100<br>Wilmington, DE 19899-1596<br>radonnelly@ratnerprestia.com<br>*Attorneys for Defendant Hewlett-Packard*<br>*Company* |

Margaret Elizabeth Day
Sal Lim
Marc Belloli
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301
eday@feinday.com
Slim@feinday.com
mbelloli@feinday.com
*Attorneys for Defendant Hewlett-Packard Company*

Daniel R. Foster
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614-2559
dfoster@mwe.com
*Attorneys for Defendant HTC America Inc.*

David C. Doyle
M. Andrew Woodmansee
E. Dale Buxton
Mary Prendergast
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA  92130-2040
ddoyle@mofo.com
mawoodmansee@mofo.com
dbuxton@mofo.com
mprendergast@mofo.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Yar R. Chaikovsky
Michael V. Sardina
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
ychaikovsky@mwe.com
msardina@mwe.com
*Attorneys for Defendant HTC America Inc.*

John W. Shaw
Andrew E. Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Kyocera Communications, Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

R. Tyler Goodwyn, IV
Song K. Jung
Renzo N. Rocchegiani
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006
tgoodwyn@mckennalong.com
sjung@mckennalong.com
rrocchegiani@mckennalong.com
*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

Steven J. Pollinger
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX  78701
spollinger@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Robert F. Perry
Allison H. Altersohn
Mark H. Francis
Charles D. Lee
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003
rperry@kslaw.com
aaltersohn@kslaw.com
mfrancis@kslaw.com
clee@kslaw.com
*Attorneys for Defendant Nokia Inc.*

Wayne M. Helge
Alan A. Wright
H. C. Park & Associated, PLC
850 Leesburg Pike, Suite 7500
Vienna, VA  22182
whelge@park-law.com
awright@park-law.com
*Attorneys for Defendant Pantech Wireless Inc.*

Brett E. Cooper
McKool Smith
One Bryant Park, 47th Floor
New York, NY  10036
bcooper@mckoolsmith.com
*Attorneys for Defendant MetroPCS Wireless Inc.*

Jeffrey L. Moyer
Elizabeth R. He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
he@rlf.com
*Attorneys for Defendant Nokia Inc.*

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant Pantech Wireless Inc.*

Chad S.C. Stover
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
cstover@cblh.com
*Attorneys for Defendant Research in Motion Corporation*

Dominic E. Massa
Dana O. Burwell
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Dominic.massa@wilmerhale.com
Dana.burwell@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Christopher R. Noyes
Omar Khan
Andrea Pacelli
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Christopher.noyes@wilmerhale.com
Omar.khan@wilmerhale.com
Andrea.pacelli@wilmerhale.com
*Attorneys for Defendant Research in Motion Corporation*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Cono Carrano
Jin-Suk Park
Amanda R. Johnson
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
ccarrano@akingump.com
jspark@akingump.com
arjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Kellie Johnson
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  752021
kmjohnson@akingump.com
*Attorneys for Defendant Samsung Telecommunications America, LLC*

Denise S. Kraft
Aleine Porterfield
Brian A. Biggs
919 North Market St., Suite 1500
Wilmington, DE  19801
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.biggs@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Richard de Bodo
Andrew Devkar
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
richard.debodo@dlapiper.com
andrew.devkar@dlapiper.com
*Attorneys for Defendant Sharp Electronics Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
mgraham@mnat.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Jeffri A. Kaminski
Justin E. Pierce
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
jakaminski@venable.com
jpierce@venable.com
*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Ryan J. McBrayer
Kristin E. Larson
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
RMcBrayer@perkinscoie.com
KLarson@perkinscoie.com
*Attorneys for Defendant T-Mobile USA Inc.*

Sharon A. Israel
Trent L. Menning
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, TX 77002
sisrael@mayerbrown.com
tmenning@mayerbrown.com
*Attorneys for Defendant TracFone Wireless Inc.*

Gregory P. Williams
Steven J. Fineman
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
williams@rlf.com
fineman@rlf.com
*Attorneys for Defendant U.S. Cellular Corporation*

Richard J. O'Brien
Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
rleighton@sidley.com
*Attorneys for Defendant U.S. Cellular Corporation*

Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendant ZTE (USA) Inc.*

Barry W. Graham
Yanbin Xu
Finnegan Henderson Farabow Garrett
   & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
barry.graham@finnegan.com
yanbin.xu@finnegan.com
*Attorneys for Defendant ZTE (USA) Inc.*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1031885 / 37380 / 37366

8