# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>             Defendants**.** | C.A. No. 11-827-SLR |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Bruce D. Kuyper, Esquire, on behalf of Plaintiff Cyberfone Systems, LLC. All other appearances of counsel shall remain the same. Please adjust your service lists accordingly.

July 31, 2012

OF COUNSEL:

Marc A. Fenster
Fredricka Ung
Eric Carsten
Daniel Hipskind
Russ, August & Kabat
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
ecarsten@raklaw.com
dhipskind@raklaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff*
*Cyberfone Systems, LLC*