IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-827 (SLR) |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-829 (SLR) |
| | ) | |
| CNN INTERACTIVE GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-831 (SLR) |
| | ) | |
| AMAZON.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-113 (SLR) |
| | ) | |
| CHARTER COMMUNICATIONS HOLDING COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KNOLOGY INC., )<br>)<br>Defendant. )<br>) | C.A. No. 12-116 (SLR) |

**STIPULATION REGARDING THE FILING OF THE MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 8,019,060 UNDER 35 U.S.C. § 101**

WHEREAS the defendants named in the chart below (the "Moving Defendants") moved on May 22, 2012 for Summary Judgment of Invalidity of U.S. Patent No. 8,019,060 Under 35 U.S.C. § 101 in C.A. Nos. 11-827 (SLR) (D.I. 227); 11-829 (SLR) (D.I. 147); 11-831 (SLR) (D.I. 127); 12-113 (SLR) (D.I. 18); and 12-116 (SLR) (D.I. 17) ("the Motions");

WHEREAS the Motions included the chart below identifying the Moving Defendants;

WHEREAS Delaware counsel for each of the Moving Defendants authorized Morris, Nichols, Arsht & Tunnell LLP to file the Motions and associated briefing on their behalf;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that Delaware counsel for each of the Moving Defendants authorized Morris, Nichols, Arsht & Tunnell LLP to file the Motions and associated briefing, as indicated on the respective dockets, on behalf of their clients.

| Action | Moving Defendants |
|---|---|
| 11-827 (SLR) | AT&T Mobility LLC, Boost Mobile, LLC, Cellco Partnership, Sprint Spectrum LP, T-Mobile USA, Inc., and Virgin Mobile USA, LP |
| 11-829 (SLR) | CBS Interactive Inc., CNN Interactive Group, Inc., Dow Jones & Company, Inc., Dow Jones Local Media Group, Inc., Flixster, Inc., Fox Interactive Media, Inc., Fox News Network, LLC, Fox Soccer Channel, LLC, Fox Sports Interactive Media, LLC, Groupon, Inc., Home Box Office, Inc., Hulu, LLC, LinkedIn Corp., Meebo, Inc., MLB Advanced Media, LP, NBA Media Ventures, LLC, NBA Properties, Inc., Netflix, Inc., NFL Enterprises, LLC, Skype Inc., Twentieth Century Fox Film Corporation, Twitter, Inc., Univision Interactive Media, Inc., Warner Bros. Entertainment Inc., Yahoo!, Inc., and Yelp Inc. |
| 11-831 (SLR) | Avis Budget Group, Inc., Ebay, Inc., Expedia, Inc., Hilton Garden Inns Management LLC, Hilton Worldwide, Inc., Hotels.com, LP, Intercontinental Hotels Corp., Kayak Software Corp., Marriott Int'l, Inc., Orbitz Worldwide, LLC, Paypal Inc., Priceline.com, Inc., Six Continents Hotels Inc., Southwest Airlines Co., The Hertz Corporation, Travelocity.com, LP, and United Air Lines, Inc. |
| 12-113 (SLR) | Charter Communications Holding Company LLC and Charter Communications, Inc. |
| 12-116 (SLR) | Knology, Inc. |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jack B. Blumenfeld* | */s/ John G. Day* |
| Jack B. Blumenfeld (#1014) | John G. Day (#2403) |
| Karen Jacobs Louden (#2881) | Tiffany Geyer Lydon (#3950) |
| Paul C. Saindon (#5110) | Andrew Colin Mayo (#5207) |
| Regina S.E. Murphy (#5648) | 500 Delaware Avenue, 8th Floor |
| 1201 N. Market Street | P.O. Box 1150 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 654-1888 |
| (302) 658-9200 | jday@ashby-geddes.com |
| jblumenfeld@mnat.com | amayo@ashby-geddes.com |
| klouden@mnat.com | *Attorneys for Defendant* |
| psaindon@mnat.com | *AT&T Mobility LLC* |
| rmurphy@mnat.com | |
| *Attorneys for:* | SEITZ ROSS ARONSTAM & MORITZ LLP |
| <u>11-827 Defendants</u>:  Boost Mobile, LLC; Sprint Spectrum LP; T-Mobile USA, Inc.; and Virgin Mobile USA, LP | */s/ Benjamin J. Schladweiler* |
| <u>11-829 Defendants</u>:  CBS Interactive Inc.; CNN Interactive Group, Inc.; Dow Jones & Company, Inc.; Dow Jones Local Media Group, Inc.; Flixter, Inc.; Fox Interactive Media, Inc.; Fox News Network, LLC; Fox Soccer Channel, LLC; Fox Sports Interactive Media, LLC; Home Box Office, Inc.; Hulu, LLC; LinkedIn Corp.; Meebo, Inc.; NBA Media Ventures, LLC; NBA Properties, Inc.; Netflix, Inc.; NFL Enterprises, LLC; Skype Inc.; Twentieth Century Fox Film Corporation; Twitter, Inc.; Univision Interactive Media, Inc.; Warner Bros. Entertainment Inc.; Yahoo!, Inc.; and Yelp Inc. | Collins J. Seitz , Jr. (#2237) |
| | David Evan Ross (#5228) |
| | Benjamin J. Schladweiler (#4601) |
| | 100 S. West Street, Suite 400 |
| | Wilmington, DE 19801 |
| | (302) 576-1600 |
| | cseitz@seitzross.com |
| | dross@seitzross.com |
| | bschladweiler@seitzross.com |
| | *Attorneys for Defendant Cellco Partnership (d/b/a Verizon Wireless)* |
| | MORRIS JAMES LLP |
| | */s/ Mary Matterer* |
| <u>11-831 Defendants</u>:  eBay, Inc.; Expedia, Inc.; Hilton Garden Inns Management LLC; Hilton Worldwide, Inc.; Hotels.com, LP; Intercontinental Hotels Corp.; Kayak Software Corp.; Paypal Inc.; Priceline.com, Inc.; Six Continents Hotels Inc.; Travelocity.com, LP; and United Air Lines, Inc. | Richard K. Herrmann (#405) |
| | Mary Matterer (#2696) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | mmatterer@morrisjames.com |
| | *Attorneys for Defendant Groupon Inc.* |
| <u>12-116 Defendant</u>:  Knology, Inc. | |

- 5 -

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | FISH & RICHARDSON, P.C. |
| | |
| */s/ Daniel M. Silver* | */s/ Susan Morrison Coletti* |
| Michael P. Kelly (#2295) | William J. Marsden , Jr. (#2247) |
| Daniel M. Silver (#4758) | Susan Morrison Coletti (#4690) |
| Renaissance Centre | 222 Delaware Avenue, 17th Floor |
| 405 N. King Street, 8th Floor | P.O. Box 1114 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1114 |
| (302) 984-6300 | (302) 652-5070 |
| dsilver@mccarter.com | marsden@fr.com |
| mkelly@mccarter.com | coletti@fr.com |
| *Attorneys for Defendant* | *Attorneys for Defendants* |
| *MLB Advanced Media, LP* | *Avis Budget Group, Inc., Orbitz Worldwide,* |
| | *LLC and The Hertz Corporation* |
| | |
| RICHARDS, LAYTON & FINGER, PA | RICHARDS, LAYTON & FINGER, PA |
| | |
| */s/ Anne Shea Gaza* | */s/ Kelly E. Farnan* |
| Frederick L. Cottrell, III (#2555) | Kelly E. Farnan (#4395) |
| Anne Shea Gaza (#4093) | One Rodney Square |
| One Rodney Square | 920 N. King Street |
| 920 N. King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 658-6541 |
| (302) 658-6541 | farnan@rlf.com |
| cottrell@rlf.com | *Attorneys for Defendant* |
| gaza@rlf.com | *Southwest Airlines Co.* |
| *Attorneys for Defendant* | |
| *Marriott International, Inc.* | |
| | |
| | ASHBY & GEDDES |
| | |
| | */s/ Andrew C. Mayo* |
| | Steven J. Balick (#2114) |
| | Lauren E. Maguire (#4261) |
| | Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | *Attorneys for Defendants Charter* |
| | *Communications Holding Company LLC and* |
| | *Charter Communications, Inc.* |

August 1, 2012
6159171