IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827 (SLR) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF CORPORATE FORM

PLEASE TAKE NOTICE that Defendant Motorola Mobility, Inc. has changed its corporate form and is now known as Motorola Mobility LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Regina S.E. Murphy*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Regina S.E. Murphy (#5648)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rmurphy@mnat.com
  *Attorneys for Defendant*
  *Motorola Mobility LLC*

August 8, 2012