# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>      Defendants. | C.A. No. 11-827-SLR |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.

  Plaintiff, Cyberfone Systems, LLC, and Defendant, LG Electronics MobileComm U.S.A., Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate to the dismissal of all claims between them in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Karen L. Pascale* |
| Richard D. Kirk (rk0922) | Karen L. Pascale (kp2903) |
| Stephen B. Brauerman (sb4952) | James L. Higgins (jh5021) |
| 222 Delaware Avenue, Suite 900 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| rkirk@bayardlaw.com | (302) 571-6600 |
| sbrauerman@bayardlaw.com | kpascale@ycst.com |
| | jhiggins@ycst.com |
| *Attorneys for Plaintiff* | |
| *Cyberfone Systems, LLC* | *Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.* |

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2012.

             _____
                United States District Judge