# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-00827-SLR |
| | ) |
| v. | ) |
| | ) |
| CELLCO PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff CyberFone Systems, LLC ("CyberFone") and Defendant Sharp Electronics Corporation ("Sharp"), subject to the approval of the Court, that Sharp's time to answer, move, or otherwise respond to the Complaint shall be extended to September 13, 2012.

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel for CyberFone and Sharp, subject to the approval of the Court, that Sharp's time to comply with the Default Discovery Standard's paragraph 3 disclosures and paragraph 4 production shall be extended to September 13, 2012.

Dated: August 13, 2012

| **DLA PIPER LLP (US)** | **BAYARD, P.A.** |
|---|---|
| By: */s/ Denise S. Kraft* <br> Denise S. Kraft (DE No. 2778) <br> Aleine Porterfield (DE No. 5053) <br> 919 North Market St. <br> Suite 1500 <br> Wilmington, DE 19801 <br> Phone: 302-468-5700 <br> Fax:   302-394-2341 <br> denise.kraft@dlapiper.com <br> aleine.porterfield@dlapiper.com <br><br> *Attorneys for Defendant* <br> *Sharp Electronics Corp.* | By:  */s/ Stephen B. Brauerman* <br> Richard D. Kirk (DE No. 0922) <br> Stephen B. Brauerman (DE No. 4952) <br> Vanessa Ribeiro Tiradentes (DE No. 5398) <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19899 <br> Phone: 302-655-5000 <br> Fax:   302-658-6395 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br><br> *Attorneys for Plaintiff* <br> *CyberFone Systems LLC* |
| **OF COUNSEL**: <br><br> Richard de Bodo <br> Andrew V. Devkar <br> DLA Piper LLP (US) <br> 2000 Avenue of the Stars <br> Suite 400 North Tower <br> Los Angeles, CA  90067-4704 <br> Phone:  310-595-3106 <br> Fax:      310-595-3406 <br> Richard.debodo@dlapiper.com <br> Andrew.devkar@dlapiper.com | **OF COUNSEL**: <br><br> Marc A. Fenster <br> Fredricka Ung <br> Eric Carsten <br> Russ, August & Kabat <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025-1031 <br> Phone:   310 826-7474 <br> mfenster@raklaw.com <br> bkuyper@raklaw.com <br> fung@raklaw.com <br> ecarsten@raklaw.com |

SO ORDERED, this ____ day of _____, 2012

---

The Honorable Sue L. Robinson
United States District Court Judge