**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-827-SLR |
| | ) |
| CELLCO PARTNERSHIP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiff CyberFone Systems LLC and defendant Futurewei Technologies, Inc., d/b/a/ Huawei ("Futurewei"), subject to the approval of the Court, that the time for Futurewei to answer the First Amended Complaint is hereby extended through and including October 4, 2012 (from August 20, 2012); that the time for Futurewei to comply with the Default Discovery's Standard paragraph 3 disclosures requirement shall be extended to September 27, 2012 (from August 13, 2012); and that Futurewei's time to comply with the Default Discovery Standard's paragraph 4 production of core technical documents requirement shall be extended to October 4, 2012 (from August 20, 2012).

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Karen Jacobs Louden |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Karen Jacobs Louden (#2881) |
| Vanessa R. Tiradentes (#5398) | Regina S.E. Murphy (#5648) |
| 222 Delaware Avenue, Suite 900 | 1201 N. Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | klouden@mnat.com |
| vtiradentes@bayardlaw.com | rmurphy@mnat.com |
| *Attorneys for Plaintiff CyberFone Systems, LLC* | *Attorneys for Futurewei Technologies, Inc.* |

Dated: August 7, 2012

    IT IS SO ORDERED this _____ day of _____, 2012.

                                                _____
                                                UNITED STATES DISTRICT JUDGE