IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-827-SLR |
| CELLCO PARTNERSHIP, et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-829-SLR |
| CNN INTERACTIVE GROUP, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-831-SLR |
| AMAZON.COM, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 16th day of August, 2012, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motions for summary judgment are granted. (D.I. 227 in 11-827; D.I. 147 in 11-829; D.I. 127 in 11-831)

2. Plaintiff's motion for leave to file a sur-reply is granted. (D.I. 262 in 11-827; D.I. 188 in 11-829; D.I. 160 in 11-831)

3. The Clerk of Court shall enter judgment for defendant and against plaintiff in cases 11-829 and 11-831.

United States District Judge