IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-827-SLR |
| CELLCO PARTNERSHIP, et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-830-SLR |
| AASTRA USA, INC., et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-833-SLR |
| SONY ELECTRONICS, INC., et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-834-SLR |
| FEDERAL EXPRESS CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

|   |   |   |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-835-SLR |
| | ) | |
| ECHOSTAR TECHNOLOGIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

At Wilmington this 17th day of August, 2012,

IT IS ORDERED that the discovery conference originally scheduled for **Wednesday, September 5, 2012**, at 4:30 p.m. is hereby rescheduled to **2:00 p.m.** on the same date in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge