**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 11-827-SLR |
| CELLCO PARTNERSHIP, *et al.*, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 30, 2012, copies of this **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Mary B. Graham
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

Steven J. Fineman
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Richard K. Herrmann
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Pilar G. Kraman
Adam W. Poff
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Denise S. Kraft
Aleine M. Porterfield
DLA PIPER LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801

John W. Shaw
Andrew Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801

Paul Saindon
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Jeffrey L. Moyer
Elizabeth R. He
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Karen L. Pascale
James L. Higgins
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

David E. Ross
Collins J. Seitz, Jr.
SEITZ ROSS ARONSTAM & MORITZ LLP
100 South West Street, Suite 400
Wilmington, DE  19801

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**BY ELECTRONIC AND U.S. MAIL**

Allison H. Altersohn
Mark H. Francis
Robert F. Perry
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

Charles D. Lee
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Evan Finkel
Michael S. Horikawa
Mark R. Kendrick
PILLSBURY WINTHROP SHAW
    PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

Marc C. Belloli
Margaret E. Day
Sal Lim
FEINBERG DAY ALBERTI
    & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301

William P. Atkins
PILLSBURY WINTHROP SHAW
    PITTMAN LLP
2300 N Street, NW
Washington, DC  20037-1122

Dana O. Burwell
WILMER CUTLER PICKERING
    HALE & DORR
60 State Street
Boston, MA  02109

Andrew V. Devkar
Richard de Bodo
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA  90067-4704

Omar Khan
Christopher R. Noyes
Andrea Pacelli
WILMER CUTLER PICKERING
    HALE & DORR
399 Park Avenue
New York, NY 10022

E. Dale Buxton
David C. Doyle
Mary Prendergast
Mark A. Woodmansee
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040

Jason M. Bussey
Jeffrey E. Danley
Harrison J. Frahn, IV
Patrick E. King
SIMPSON THACHER & BARLTETT LLP
2550 Hanover Street
Palo Alto, CA 94304

John T. Gallagher
David C. Lee
Katherine M. Lieb
Scott D. Stimpson
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, New York 10112

Cono A. Carrano
Amanda R. Johnson
Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Kellie M. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4624

Jeffri A. Kaminski
Justin E. Pierce
VENABLE LLP
575 Seventh Street, NW
Washington, DC 20004

Michael E. Joffre
Michael K. Kellogg
Wan J. Kim
Evan T. Leo
W. Joss Nichols
Kiran Raj
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036

Sharon A. Israel
Trent L. Menning
Mayor Brown LLP
700 Louisiana, Suite 3400
Houston, TX  77002

Alan A. Wright
Wayne M. Helge
H.C. Park & Associates PLC
8500 Leesburg Pike
Vienna, VA 22182

Yar R. Chaikovsky
Cary Chien
McDERMOTT WILL & EMERY
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

Robert D. Leighton
Richard J. O'Brien
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Barry W. Graham
Yanbin Xu
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Ave., NW
Washington, DC  20001-4413

Michael V. Sardina
275 Middlefield Rd.
Menlo Park, CA  94025

Kirstin E. Larson
Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099

Brett E. Cooper
McKool Smith LLP
One Bryant Park
47th Floor
New York, NY 10036

Steven J. Pollinger
McKool Smith LLLP
300 W. 6th Street
Suite 1700
Austin, TX 78701

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST BOOST MOBILE, LLC** were served as shown:

**BY E-MAIL**

Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST T-MOBILE USA INC.** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Mary C. Graham
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

Kirstin E. Larson
Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST PANTECH WIRELESS, INC.** were served as shown:

**BY E-MAIL**

Richard K. Herrmann
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Alan A. Wright
Wayne M. Helge
H.C. Park & Associates PLC
8500 Leesburg Pike
Vienna, VA 22182

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST METRO PCS WIRELESS INC.** were served as shown:

**BY E-MAIL**

Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Brett E. Cooper
McKool Smith LLP
One Bryant Park
47th Floor
New York, NY 10036

Steven J. Pollinger
McKool Smith LLLP
300 W. 6th Street
Suite 1700
Austin, TX 78701

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST UNITED STATES CELLULAR CORPORATION** were served as shown:

**BY E-MAIL**

Steven J. Fineman
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Robert D. Leighton
Richard J. O'Brien
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST HTC AMERICA INC.** were served as shown:

**BY E-MAIL**

Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Yar R. Chaikovsky
Cary Chien
McDERMOTT WILL & EMERY
275 Middlefield Road, Suite 100
Menlo Park, CA 94025

PLEASE TAKE FURTHER NOTICE that, on August 28, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST VIRGIN MOBILE USA L.P.** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Paul Saindon
Regina Murphy
Stephen J. Kraftschik
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Dated: August 30, 2012

Of Counsel:

Marc A. Fenster
Bruce D. Kuyper
Eric J. Carsten
Fredricka Ung
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bkuyper@raklaw.com
ecarsten@raklaw.com
fung@raklaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

Attorneys for Plaintiff,
Cyberfone Systems, LLC