# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 11-827-SLR |
| CELLCO PARTNERSHIP, et al., | ) |
| *Defendants*. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Cyberfone Systems, LLC, and defendant Research In Motion Corporation, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate to the dismissal of all claims between them in this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

BAYARD, P.A.                                   CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Stephen B. Brauerman*                     */s/ Chad S.C. Stover*
Richard D. Kirk (No. 922)                      Chad S.C. Stover (No. 4919)
Stephen B. Brauerman (No. 4952)                1007 North Orange Street
222 Delaware Avenue, Suite 900                 P.O. Box 2207
Wilmington, DE 19899                           Wilmington, DE 19899
(302) 655-5000                                 (302) 658-9141
rkirk@bayardlaw.com                            cstover@cblh.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*                      *Attorneys for Defendant*
*Cyberfone Systems, LLC*                       *Research In Motion Corporation*


**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE