
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>CELLCO PARTNERSHIP, *et al.*,<br><br>        Defendants. | C.A. No. 11-827-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 10, 2012, copies of this (1) **NOTICE OF SERVICE** were served as shown:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Mary B. Graham
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, Eighth Floor
Wilmington, DE  19801

Rex A. Donnelly, IV
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE  19801

Steven J. Fineman
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Richard K. Herrmann
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Pilar G. Kraman
Adam W. Poff
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Denise S. Kraft
Aleine M. Porterfield
DLA PIPER LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801

John W. Shaw
Andrew Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801

Paul Saindon
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE  19801

Kelly E. Farnan
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Jeffrey L. Moyer
Elizabeth R. He
RICHARDS LAYTON & FINGER P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Karen L. Pascale
James L. Higgins
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

David E. Ross
Collins J. Seitz, Jr.
SEITZ ROSS ARONSTAM & MORITZ LLP
100 South West Street, Suite 400
Wilmington, DE  19801

Chad S.C. Stover
CONNOLLY BOVE LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**BY ELECTRONIC AND U.S. MAIL**

| | |
|---|---|
| Allison H. Altersohn<br>Mark H. Francis<br>Robert F. Perry<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Charles D. Lee<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 |
| Evan Finkel<br>Michael S. Horikawa<br>Mark R. Kendrick<br>PILLSBURY WINTHROP SHAW<br>  PITTMAN LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Marc C. Belloli<br>Margaret E. Day<br>Sal Lim<br>FEINBERG DAY ALBERTI<br>  & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301 |
| William P. Atkins<br>PILLSBURY WINTHROP SHAW<br>  PITTMAN LLP<br>2300 N Street, NW<br>Washington, DC 20037-1122 | Dana O. Burwell<br>WILMER CUTLER PICKERING<br>  HALE & DORR<br>60 State Street<br>Boston, MA 02109 |
| Andrew V. Devkar<br>Richard de Bodo<br>DLA PIPER LLP<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704 | Omar Khan<br>Christopher R. Noyes<br>Andrea Pacelli<br>WILMER CUTLER PICKERING<br>  HALE & DORR<br>399 Park Avenue<br>New York, NY 10022 |
| E. Dale Buxton<br>David C. Doyle<br>Mary Prendergast<br>Mark A. Woodmansee<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130-2040 | Jason M. Bussey<br>Jeffrey E. Danley<br>Harrison J. Frahn, IV<br>Patrick E. King<br>SIMPSON THACHER & BARLTETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304 |
| John T. Gallagher<br>David C. Lee<br>Katherine M. Lieb<br>Scott D. Stimpson<br>SILLS CUMMIS & GROSS P.C.<br>30 Rockefeller Plaza<br>New York, New York 10112 | Cono A. Carrano<br>Amanda R. Johnson<br>Jin-Suk Park<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 |

| | |
|---|---|
| Kellie M. Johnson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201-4624 | Yar R. Chaikovsky<br>Cary Chien<br>McDERMOTT WILL & EMERY<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025 |
| Jeffri A. Kaminski<br>Justin E. Pierce<br>VENABLE LLP<br>575 Seventh Street, NW<br>Washington, DC 20004 | Robert D. Leighton<br>Richard J. O'Brien<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603 |
| Michael E. Joffre<br>Michael K. Kellogg<br>Wan J. Kim<br>Evan T. Leo<br>W. Joss Nichols<br>Kiran Raj<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | Barry W. Graham<br>Yanbin Xu<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Ave., NW<br>Washington, DC  20001-4413<br><br>Michael V. Sardina<br>275 Middlefield Rd.<br>Menlo Park, CA  94025 |
| Sharon A. Israel<br>Trent L. Menning<br>Mayor Brown LLP<br>700 Louisiana, Suite 3400<br>Houston, TX  77002 | Kirstin E. Larson<br>Ryan J. McBrayer<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington  98101-3099 |
| Alan A. Wright<br>Wayne M. Helge<br>H.C. Park & Associates PLC<br>8500 Leesburg Pike<br>Vienna, VA 22182 | Brett E. Cooper<br>McKool Smith LLP<br>One Bryant Park<br>47th Floor<br>New York, NY 10036<br><br>Steven J. Pollinger<br>McKool Smith LLLP<br>300 W. 6th Street<br>Suite 1700<br>Austin, TX 78701 |

PLEASE TAKE FURTHER NOTICE that, on September 4, 2012, copies of this (2)

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

4

**AGAINST CELLCO PARTNERSHIP, DOING BUSINESS AS VERIZON WIRELESS**

were served as shown:

**BY E-MAIL**

David E. Ross
Collins J. Seitz, Jr.
Benjamin J. Schladweiler
SEITZ ROSS ARONSTAM & MORITZ LLP
100 South West Street, Suite 400
Wilmington, DE 19801

Michael E. Joffre
Michael K. Kellogg
Wan J. Kim
Evan T. Leo
W. Joss Nichols
Kiran Raj
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036

PLEASE TAKE FURTHER NOTICE that, on September 4, 2012, copies of this

**CYBERFONE SYSTEMS, LLC'S DISCLOSURE OF INFRINGEMENT CONTENTIONS**

**AGAINST SPRINT SPECTRUM L.P.** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Mary C. Graham
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

| | |
|---|---|
| Dated: September 10, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Bruce D. Kuyper | Vanessa R. Tiradentes (vt5398) |
| Eric J. Carsten | 222 Delaware Avenue, Suite 900 |
| Fredricka Ung | Wilmington, DE  19801 |
| Russ August & Kabat | (302) 655-5000 |
| 12424 Wilshire Boulevard, 12th Floor | rkirk@bayardlaw.com |
| Los Angeles, CA 90025-1031 | sbrauerman@bayardlaw.com |
| (310) 826-7474 | vtiradentes@bayardlaw.com |
| mfenster@raklaw.com | |
| bkuyper@raklaw.com | Attorneys for Plaintiff, |
| ecarsten@raklaw.com | Cyberfone Systems, LLC |
| fung@raklaw.com | |