# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP, et al.,<br><br>    Defendants. | C.A. No. 11-827-SLR |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff CyberFone Systems, LLC ("<u>Plaintiff</u>") and Defendant T-Mobile USA, Inc. ("<u>T-Mobile</u>") have settled Plaintiff's claims for relief against T-Mobile and T-Mobile's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and T-Mobile, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against T-Mobile and T-Mobile's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| BAYARD, P.A. | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ *Stephen B. Brauerman*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Cyberfone Systems, LLC* | /s/ *Karen Jacobs Louden*<br>Jack B. Blumenfeld (jb1014)<br>Karen Jacobs Louden (kl2881)<br>Regina S.E. Murphy (rm5648)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>rmurphy@mnat.com<br><br>*Attorneys for Defendant T-Mobile USA, Inc.* |